

IN THE USDC / DISTRICT of Delaware
at WILMINGTON DE 19801

**In the U S District Court** OF SDNY Washington DC 20001 / New York 10007

U In the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York... USA....
Civil... Complaints ... Docket = ..CIVIL CASE No .....    844 N King St,
JURY TRIAL DEMANDED    Complaints
Lock Box 18
that in    Want    Date 11-02-2006 Wilming

society of Democracies in GlOBE, we may such Gods as reincarnated "Absolute GOD/ S" of free
world. Quoted from The JOE'S text of "JUNGLE DEMOCRACIES , Oppressions , etc world wide. Dec 6
2005. All Respectfully submitted Kamal Roy aka J G Jr for all Plaintiffs Pro Se (INDIVIDUAL ane
Unincorporated Associations including a Mobile Electronic and hard copy Book, as shown in Plaintiff
# 1. New York 12983, USA.    GODs are man _ made Concepts. People may be ordered
+New understandings of GODS, " Mother Nature "+ and people of all walks of life and    to
DEMOCRACIES    truthfull

**We. " PEOPLE ", MUST DEVELOP FULLER FAITHS IN GODS ACCOMPANIED BY** amend
**DEVOTION TO GODS . PEOPLE .Mother Nature** along with mutual trust, cooperations,ethics    So they
etc anything best we can conceive Human animals can accomplish for over all traditions of animality    Con LeiVe
qualifications with catalytic rationality, From Joe's J.D. Mobile Book volume of contemporary world    God/s
With major peaceless sorrounding, Chaos but with subdued passion of life.. Gods in retrospect. A New    in
Face , ethics , uniform blissful entity is required at current juncture of civilization in turmoil to unify    Demo
PEOPLE    c/o P.O Box 1173    EIN, 13-3566610    Cracie
World wide, for coexistence, cooperations and developmental purposes of Human animals beyond    In Elle
borders, **beyond territorial water    partitions of seas, land beyond, ecology  patterns,**    who my
**beyond timing of SUN RISEs and SUN sets with human animal sic diversities of cultures,**    Create againes
**religions, nomenclature of Gods, and God like Persons of Human body , or incarnations viz**
**ALLAH, JESUS, Siva, Buddha , Moses, Mohammed, NANAK of SIKHS, confucious, Gandhi,**
**Martin Luther King., Karl Marx, V. Lenin, George Washington , Late, ex USA ET AL. From**
**the dreamland of anti thesis of "JUNGLE DEMOCRACY ETC ....." by JOE, a poor commoner**
**priest of People and Diverse Gods and Religions. The Future of Election of Gods in Globe**
**must** by Negos NY Times clumped Weaker Candidate g/ NY Midterm Election 06
**Have commoners and have nots in societal spetrums, not only the powerfuls of today who**
**supervise Gods and divine systems for their own advantages devoid of best interests of**
**commoners.** That Defendent New York Times along with Other
**Jungle democratic essentials,** decades old trends of abuses including deaths, misc accidental, terrorist,
**Governmental Bombing attacks by powerfuls and Super power Nation / s and Allies , and facts were**
**based of researches, realities and Faiths of Human civilizations these days  as there are apparent great**
**chaos and crises among living souls of HUMAN ANIMALS in leadership, commoners, ecology environments.**
**Morality..The bitter sweet christmas gift to All oppressors from the weaker people, have nots and all oppressed**
**World wide democracy ::  we give a piece of our broken head to** News Media in NY

You so that you may feel your animal strength , and that is most we have in our store
Complaints of U . S. GOVt./ N Y .STATE/ Indian Govt/ U.N.O. New York USA 's OPPRESSIONS , in
neglect with failures to grant privileges of First amendment right of U S Citizens to petition the Govt
to redress specific and many grievances of individual Plaintiff and his Associations and Joe's research
mobile Publication (ELECTRONIC and HARD COPY OF THE BOOK ; "JUNGLE DEMOCRACY Cat
& Mouse doctrine of oppressions to weaker people by the Rich/powerful Nations …Etc. and as
the plaintiffs damaged and suffered inhumane treatments and associationS SUFFERED as plaintiffS
IN MONEY AND MISCELLANEOUS Damages for over decade, private defendants took chances for
abusing plaintiffs as all of plaintiffs belonged to weaker section of democratic society, as a person or
associations ; Geronimo Jr and his associations' grievances were left unattended for decades and the
due process of Laws were dnied To All Plaintiffs, Govt defendant also discriminated for granting

SWORN under penalty of perjury, respectfully submitted for grant of

**LEADERS I PLEASE FORM A CHARATER OF Compassions for common human being of the Nation before you solicest for any power in
DEMOCRACIES. You may be responsible to Gods, devils or - " WE THE PEOPLE" for your violations on "PEOP with changes in societal
changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of**
c/o P. OBx 1173 Riverso Rd, NY 12983
Pursuant 1953 to    11/2/06    11/3/2006    (RAMAL R
Roy
To RCP The Civil    w/pH    For all Plaintiffs    4355
action can be maintained    1 individual + 5 Assoc
by Officer (Authorized) of    Kamal KK Roy
(unincorporated) Pro Se

Left margin (vertical): ORIGINAL / CIVIL Right Violation
COMPLAINT
about 50 pages of complaints

Ms Hillary R Clinton C/o Mr N J Clinton US Senator USA Govt; God/s In Democracies All Jurisdictions of Law N.Y State Govt & New York Time (190 Nrs) SWORN IN Name of Gods

06 - 685    Pursuant 1953 to

**FILED**
NOV 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06 - 685    06 - 685    06 - 685

In **UNITED STATES DISTRICT** Court, SDNY, 500 Pearl St. New York, N.Y 10007  Civil

complaints   Docket No / c v i L cv.   JUDGE : Hon..............   date :

"Jungle Democracy" ..oppressions,,, etc " et al, *Plaintiffs* v . **State of New York, Albany, N.Y**

**Gov. George Pataki. The U S A Govt. et al ( 48 nos defendants named : a few more**

**Defendants may be added in the listin due course of actions, see FRCP .list of 48 includes mr**

**ebbers ex chief Worldcom, Mr Kenneth lay ex chief Enron Inc, Mr Mourice Greenburg ex chief A**

**G Insurance Co, Republic of Iraq, Baghdad, Iraq ; Pasternack Poppish et al Attorneys, friendly**

**Defendants ; UPS Store, Broadway, Sranac Lake , N Y 12983 ; for bad business and oppression**

**to Plaintiff Geronimo and H I I W. R Group : unique demand of money and refusal to sell copy**

**cards at fixed place at their franchise store at Saranac Lake: Harrietstown Housing Authority 14**

**Kiwassa Rd, Saranac Lake, N Y 12983 ; and Debbie Zerrahn , Housing Assistant and Notary**

**Public N Y S, for illegal Coducts: Govt of India, New Delhi, India : 3 more Notaries at Saranac**

**Lake at local Banks at saranac Lake; are violating public laws to insult activities of Lawful**

**nature, just because plaintiffs belong to weaker section of Society ;for refusal of Notaries to**

**perform public service to Plaintiffs) ....Defendants**  Docket No _____ ---Judge ___

Demanded:: Issue: Civil rights violations in New York, USA, IN India, **world wide against Plaintiffs**
**and recoverable compensatory and Punitive damages  by plaintiffs ( 5 Nos now).**

**Damages** recovery demanded : Upto one half billion dollars of U.S currency if not assessed more more , by U.S

Jury, the effective value, as of 8-8-2005: date of filing amended  Affidavit to U S District court submitted by

priority by USPS priority Mail.

"Jungle Democracy" ..etc " is the first Plaintiff as the defendants are are folowers to Jungle Democracy... the he individual Plaintiffs oppos
o malpractices:: The publisher :Reforms International of "Jungle Democracy was damaged as the progress of association was truly hampered an
herent malpractices detailed in the script above, belos and some already submitted to court above , as the most of scripts are replicas of theme o
d truth of facts that occurred in terms of Violations of laws in USA and in India affecting Plaintiffs and which caused pains and damages to
as Individual , corporate or unimcorporated Association , Lawfully constituted associations in USA and in India and World wide of newer
row. TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppressions by
People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civil rights violations or
constitutional laws in USA or India. Thus caused sufferings to plaintiff Geronimo or cjhief editor the Reverend Lisa Roy as the defendants
for her survival in decent and healthy living. Fourth plaintiff :H I I world Religions Group suffered for loss of recognition by most of
New York re gross violators of civil right of Individual plaintiffs, Others are violators as well.

We are extremely sad to announce that **conventional Gods are losing powers** to the

**rulers & dictatorial HUMAN** GODs all over the World.. **Conventional GODS and divinity** concepts are definitely
an. Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time ba
**United national SLOGANS world wide that "WE WANT NATIONAL DEMOCRACY** with regional autonomies, with no foreign
riting of the reverend: **Joseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff) ( The Reverend Lisa N Roy , Chief Edito**
**IOCRACY .....etc" is another victim and Plaintiff/ appellant/Claimant.**

In the *U. S. District Court, S.D.N.Y*, 500 Pearl Street New York 10007 / In the United States Court of Appeals for the 2nd Circuit of New York , NEW YORK 10007 :::

In USA with cronies run the nation. Mr John G Roberts Jr's nomination was not confirmed, yet and were under scrutiny of Senate ( and PUBLIC). Roberts receive another political Pay off to be nominated by mr Bush a Human_God in USA to be nominee as chief Justice of USA. This was illegal because he did discriminate potential deserving candidates who were as wise or talented as Roberts. But defendant Bush did dictorially stasge nomination by tking political edge of Republicans in Senate of US. Now any edge can not obliterate Political nepotisms, unlawful pay off of sevices of roberts in Florida Court in assistance of mr Jeb Bush to gain control of US Presidency Battle of November 2000 Presidential Election in US. By Chance and by luck Bush could grab U S Presidency but He did not buy rights and privileges of U S Citizens, backed by U S constitution. We Plaintiffs and sole appellant moved to Us District Court by filing through US PS priority Mail frm Saranac Lake New York in a civil action of violations of civil rights, as "we the people" to void appoint of Mr Roberts if confirmed by US Senate and he takes oath as Chie Justice of U S Supreme court, Washington DC, USA. It is within plaintiffs civil rights as U S Citizens to voice grievances against a Dictatorial action of a US President. Wwe want to ensure Justice in steps to follow but it may be hard to get in almost a dictators regime, Alternately American allies in Western Europe could teach a a US President how to resign from Presidency in USA as hard and fast rules for easy solution to failed US presidency, quicker election as a mandadate not availble, The impeachment and removal is even harder for failed US Predent at the Current Laws, so Western leaders can teach Gerge W Bush as to how to resign a presidency or Leadership in a Nation named U S A. ® in deep crises in home and abroad. If a national++ Caution in U S A : 9. 20 .2005. Human Gods , Democratic Devils,crooks et al , have been trying to play foul in most societies of Democracy including in New York State in cities in India , at places in USA JURISDICTIONS OR OUTSIDE usa,BUT usa HAS JURISDICTION AS THE INDIVIDUAL plaintiffs and their Association are legal residents oo USA or offices are registered in USA. All violations were cumulative in damages globally and recoverable on trial as the court has jurisdictions. Defendants acted against plaintiffs and sole appellant to make tracks of JUNGLE DEMOCRACY... which are offensive and illegal from the findings of the Jungle Democracy .. plaintiff no 1 a legal entity to be represented by chief editor or author of the Book , electronic or hard copy. ++Matter of Mr Roberts nomination as above, is irregular, defective, discriminatory and as such illegal and did hurt sentiments of Plintiffs for being thrown in Jungle rule and political pay off at the cost of National interests in USA of citizens' rights to have a good government, so, Replacement of Hon. John G. Roberts Jr's nomination may the best for USA in non_partisan national Interests/correction/ in true interests of " We the People"

++ Defendants/appellees : APPELLATE Docket No       +++ Jury Trial Demand ++
Civil rights/ Human Rights Violations affecting plaintiffs and Damaged, recoverable: The violations have been ongoing for decades and violations , new, had continued , as such 5 more DEFENDANTS have been added (total 61 nos of Defendants); Since failure of U S District Court, SDNY had failed to accept Civil Complaints, many times by Pro Se Office, and returned some papers only, as is, pursuant to U S constitutional rights of Citizens to lawfully voice grievances. New Defendants are +++1. Kamal K Roy aka The Reverend Joseph Geronimo Jr of 14 Kiwassa Road, Saranac Lake, New York 12983 swear and confirm civil Rights/human rights violations inflicted to weaker people including plaintiffs, represented by him in his statutory capacities of plaintiffs Association and in own behalf as poor sick part disabled US Citizen looking for Justice for self and swear truth all facts under penalty of perjury.

Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Democracies.

36    USDC | Delaware

Deleted: 1¶
Formatted ... [145]
Deleted: A
Formatted: Bullets and Numbering
Formatted ... [146]
Formatted
Deleted: U
Formatted ... [147]
Deleted: ... [148]

the United states District Court of ... D.C / S.D.N.Y ................. District of ... Washington DC / New

:... USA ............ Civil ......... ADDITIONAL..Complaints/ AFFIDAVITS  . Docket #_____ Judge___ FILED ON 11.

(6)

(5) That KAMAL v Roy a/k/a Joseph
Geronimo Jr is a mobile clergy at Wilmington DE
(1) That Election of Nov 2006 Midterm Election Violated

11/2/06

uniform laws on vital issues of human freedom, justice, equities in human anima societies world wide in so called democratic environments.
The dictation of superpowers or allies or ++++++++++++++++++++++++ LET GODS BLESS all DEPARTED SOULS and living survivors and
the injured living souls. This blessings be extended from nature to SPIRITUAL WORLD of heaven of Gods and heaven of equities and
no injustices to any.

wers lof they do not strategically try to equate human rights and befits for pursuits of lives and pleasure among Have nots, weaker people et al
in societies of so called democracies in the World with optional application of laws used for oppressions to poors and distribution of privileges to
powerfuls and rich. Quoted from Jos s literature Mobile publications ... "JUNGLE DEMOCRACY , oppressions ..." By Jos , a Priest of "People", for
Gods, devil , humman, gods, Democratic Devils, el al who demand further equities . " In all Gods we Trust and In all religious faiths we have
deepest respects . "; In Mother Nature and in the People We Trust "; We trust U S A ; We trust citizens world wide and love them
++++++++++++++++++++++++++ Copy of this ex parte emergency Motion was/were Sent on 10.22. 2005 to the above
appeals court by USPS Priority Mail from Saranac Lake, New York 12983 again being sent additional affidavits. Ex parte motion for emergency
prayers to grant a restraing order on U S A Govt, Washington DC, US President George W Bush to immediately stop/cooperate with any
authority for the current trial episode of Sadam Hussain of Iraq who is in USA Military Custody jointly with unknown Govt and/or Iraq, as the
USA laws do not provide a trial or a US Prisoner by a foreign Judicial Court of Law except International Court of Justice ; 2. There is no
impartial govt or judicial body in IRAQ now the the Govt as of now is dependent on life, strength and security on over 125000 U S armed
forces. We have a reason the so called tribunal though constituted under some law will be free to deliver independent judgment of Sadam

National / International / SUPERPOWER national LEADERS !! !! PLEASE FORM CHARACTERS Of Compassions for
common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods,
devils or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER and Message (2) . Plaintiffs are so
happy from a news item this morning, on 11.6. 2005, that The white House ( U S Govt) has planned a course on ethics for
MOST administrative personnel AT THE White house, but " Head " of the white House , should not be discriminated from joining
such course on " ETHICS" at Govt expense. But the promise is to find an acceptable and qualified "Instructor" for Hon. George
W Bush, U S President to teach him, ethics of democratic principle , therefore the U S District Court may lawfully suggest a
way out for resolution in the matter, however matter is vital to USA, and prayer is also made by Plaintiff on the issue s. The
matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical
international policy of the HUMAN GOD President BUSH (1) who may make or break fate of many armed personnel of U S A
or foreign countries or thousands of civilians dying in pain abroad even in peace time world situations due to national
atrocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned and in retaliation , acts to fight back by so called
terrorist /nationalists /unknown type of living souls ****That " NEW Gods" in the new world of" divinity and GODS are in

making for the next generations of New People from just tomorrow. We   want   new Gods ( in

oriental Hindi language : HUM SOBKO NAYA Bhagawan/Allah chahiye
+ JINE KE LIYE : Bengali :ami natun ishwar chai banchar prvojane+ i.e to demand by people on earth to
peacefully survive, as matter of rights ALL human ANIMAS ARE COMBINED EFFORTS OF
HUMAN REPRODUCTIONS Nature of animality, WITH ACTIVE ASSISTANCES OF Mother Nature, Gods
and societies bound ethics of the current generations, as such we may demand for New Gods
of New Gods new people next generations however we are not sure if Mother Nature
may subject to protocols if any and what speed of acceptance of the same or other...From
Joe mobile texts.

Kork
note

11/2/06

11/2/06

original

38

(3)

USDC / Delaware

Deleted: 1¶
Formatted: A ... [153]
Deleted: A
Formatted: Bullets and Numbering
Formatted ... [154]
Formatted
Deleted: U
Formatted ... [155]
Deleted: ... [156]

(5)

the United states District Court of ... D.C. / S.D.N.Y. ........ District of ...Washington DC/ New

;... USA............ Civil.........ADDITIONAL..Complaints/ AFFIDAVITS , Docket # , Judge , FILED ON 11.

That                                        including free & fair election, to sustain

Republic of USA But USA & Mr Bush failed as the Weaker Citizen like Kamel did not have regulatory and needed more money to Conduct a fair Conlist in an Election of N.Y. state Governor Nov 2006 midterm U.S. senate 2006

by US Constitution and a US President is responsible to execute affairs of People in Lawful mannaers only. We have a reason to suspect that misc laws aree being violated with superpower status of USA. We suspect a world war, say #3, may begin to shape in current circumstances, the court is authorized to determine afcts of the situation and inform PEOPLE of USA including appellant Geronimo jr the sole signatory of this Affidavit sworn in names of all Name, GODS and Son of God "Jesus" All respect fully submitted as on 10, 18/ 2005 Pro se appellant PO Box 1171, Saranac Lake, New York, 12963, USA. B) note the Details of prayers about Sadam are in the scripts +and inexhibits+++ which ALL TOGETHER form complaints/ appeal matters++ SEE+ FRAP/FRcp + PL NOTE IF THE COURT DECIDES THAT Iraq if determined as a defacto US territory then Usa should bring Sadam as as ther is no provision in Law in USA that US Judges should preside in a foreign soiel as US congress bodies as of yet did not declare Iraq US Controlled Territory. And USA should/may try sadam if he did harm US people/property and interests pursuant US laws. Alternately if USA APPEALS court DETERMINE Iraq as a NON OCCUPIED ? Territory then Mr BUSH above or USA et al should release custody of Sadam to appropriate IRAQ Administration , and until such determination is made by court USA shouls directli of immdirectly abstain from Trial issue of Sadam HUSSAIN NON , and necessary order may be issued. Appellant s civil rights shall be violated if USA et al disable appellant+ to watch crimes are being committed openly, and we grieve hopelessly without any lawful redress as provided in right of citizens to petition Govt without restraints, by a Nation named USA, and appellant deem to be fair,+ Verified Civil complaints. / Appeals duly filed and pending with US Court of appeals 2 nd circuit, N.Y and fresh complaints filed with lower court and court of appeals above/ appellate DOCKET NO ...... US District court docket was not available, so appeal was filed as thje pro se clerk's office of USD Court, SDNY did violate US Citizen's US Constitutional 1 st amendment right li petition Government for redress of grievances But the above clerk's

**National / International / SUPERPOWER national LEADERS !!.!! PLEASE FORM CHARACTERs Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER, and Message (2) :Plaintiffs are so happy from a news item this morning, on 11.6. 2005, that The white House ( U. S. Govt) has planned a course on ethics for MOST administrative personnel AT THE White house, but " Head " of the white House, should not be discriminated from joining such courses on " ETHICS" of Govt purposes. But the problem is to find an acceptable and qualified "Instructor" for Hon. George W. Bush, U.S President to teach him ethics of democratic principle , therefore the U S District Court may lawfully suggest a why not for resolution in the matter, however matter is vital to USA, and prayer is also made by Plaintiff on the issue s. The matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical international policy of the HUMAN GOD President BUSH (1), who may make or break fate of many armed personnel of U S A or foreign countries or thousands of civilians dying in pain abroad even in peace, time world situations due to national atrocities/ indiscriminate bombing decisions of the HUMAN GOD concerned and in retaliation, acts to fight back , by so called terrorist /nationalists /unknown type of living souls. ****That " NEW Gods" in the new world of" divinity and GODS are in making for the next generations of New People from just tomorrow. We  want new Gods ( in oriental Hindi language : HUM SORKO NAYA Bhagawan/Allah chahiye +TINE KE LIYE: Bengali :ami natun ishwar chai banchar provojane+ i.e. to demand by people on earth to peacefully survive, as matter of rights ALL human-ANTMAS ARE COMBINED EFFORTS OF HUMAN REPRODUCTIONS Nature of animality. WITH ACTIVE ASSISTANCES of Mother Nature, Gods and societies, bound ethics of the current generations, as such we may desperate to survive with protocol of New Gods, new people next generations however we are not sure if Mother Nature may subject to protocols, if any, and what speed of acceptance of the same or other...From Joe'mobile texts.

JGjr 11/2/06   The US Press like N.Y. Times defendant used violation US antitrust laws when it would be contrary to its di statu / JGjr    & was blocked out from News demand item chances   As such Rich / powerful and elite Got... JGjr   11/2/06

JGjr 11/07/06

USDC / Delaware

Deleted: 1¶
Formatted ... [109]
Deleted: A
Formatted: Bullets and Numbering
Formatted ... [110]
Formatted
Deleted: U
Formatted ... [111]
Deleted: ... ... [112]

(4)

the United states District Court of ... D,C / S,D,N,Y............ District of ...Washington DC/ New

;... USA............ Civil.........ADDITIONAL..Complaints/ AFFIDAVITS-  , Docket #_____  Judge  ., FILED ON 11.

honest work and  good faiths of people, God faiths , but the Defendants did not show legal  help  to  Plaintiffs

when  necessary under various Laws of USA, India, Iraq, nations world wide  to lawfully assist Plaintiffs and

failed  the  plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and

prolonged  sufferings.. GODS ( through American , U S A Followings) also faled possibly through pele followers

; The Editorial Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to

weaker people/ Nationsto disturb regional and international peace , harmony, live of human  animals. Their

Faiths , Religions, life  styles, heritage, identity, National origins etc etc ... ( total 62 Defendants  full list of

Plaintiffs ( S )  and  the defendants ( 62 ) are  attached and their illeghal actions of defendants are  listed in

marked exhibits and in plain scripts of complaints. Plaintiffs were harmed as such for Lawlessness and civil

rights and human rights violations is a plaintiff++++, due to migration of *. Plaintiff and associations,

violations continued  beyond boundary of nations.         Let all Gods of various faiths and Allah welcome  all

departed souls from earth  to Zannat/ heaven et al of spiritual entities and the left

National / International / SUPERPOWER  national LEADERS !!!! PLEASE  FORM  CHARACTERS Of Compassions for
common  human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods,
devils or  " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER  and Message (2) : Plaintiffs are so
happy from a news item this morning, om 11.6. 2006, that The white House ( U. S. Govt) has planned a course on ethics for
MOST administrative personnel AT THE White house, but " Head " of the white House  should not be discriminated from joining
such course on " ETHICS" at Govt expense. But the problem is to find  an acceptable and qualified "Instructor" for Hon. George
W. Bush, U S President to teach him  ethics of democratic principle , therefore the U S District  Court may  lawfully suggest a
way out for resolution in the matter, howuever matter is vital to USA, and prayer  is also made by Plaintiff on the issue s. The
matter may be treated as extremely urgent as thousands of living souls world wide may die / or  be killed in tackcal
international policy of the HUMN  GOD  President   BUSH (!), who may make or break fate of  many armed personnel of U S A
ot foreign countries or thousands of civilians dying in pain abroad even in peace  time world situations due to national
atrocities/ Indiscriminate bombing decisions of the HUMAN  GOD concerned, and in retaliation , acts to fight back ,  by so called
terrorist /nationalists  /unknown type of living souls ****That " NEW Gods" in  the  new world  of" divinity and GODS  are  in

making for the next generations  of New People from  just  tomorrow. **We    want  new Gods** ( in

oriental Hindi language ;  HUM SOBKO  **NAYA Bhagawan/Allah chahiye**

+JINE KE LIYE; Bengali ;sami  natun ishwar chai banchar proyojona+ i.e  to  demand  by  people on earth to
peacefully survive, as  matter of rights, ALL  human-ANTMAS ARE COMBINED EFFORTS OF
HUMAN  REPRODUCTIONS Nature of animality, WITH ACTIVE ASSISTANCES OF Mother Nature, Gods
and societies, bound ethics of the current generations, as such we may demand to survive with protocol
of New Gods, new people next generations,however we are not sure if Mother Nature
may subject to protocols, if any, and what speed of acceptance of the same or other... From
Joe'mobile texts.

original

JBV
11/2/06
KPj

USDC/ Delaware

*(handwritten)* 25

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804309 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Nazdizer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

⑤ *(circled handwritten)*

*(left margin handwritten):* Revival of Plaintiff Kamal Roy aka Kamal Karuna Roy aka Jozeff Geronimo Jr & Ms Nirban Roy a non hostile Defendant when they were injured on Job on June 2,93 et al

That NYS office &/or at the State Insurance Fund at 15 computer drive West Albany new York 12205 named as: Ms Nancy Wood and Ms. Estelle Kraushar (of SI Fund NYS) now under Mr George Pataki Administration, New York State should be immediately as well arrested by F B I, US Dept of justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants : nirban Roy & Joseph Geronimo Jr to defacto state court :W.C Board, NY State when such claimants did work and sustained serious injuried in 1999 and 1993 in various work related accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize their safety of lives due to injuries, when they alleged fraud by claimants without any effort to prove such crimes by claimants. NY State attorney General shoul try to disbar these two corrupt Bureaucrats (attorneys) and judge from practising law in State of New York, for their intentional efforts to file and harm sick citizen by Statements made to WCB ,NY on differents dates to cause damage and human body safety of two WCB claimants and to make a small employer not small but a bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious organisation since 1992 and /or before since samaller non profit entity in USA, currently it is a smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance essional and highly educated alleged criminals noted in the scripts are not expired yet and has not yet gone to hell house or Heavenly abode of good men ( we don't have conviction of these corrul pt souls from a competent Court of Earth as yet; then pl Arrest of some Judges, attorneys, CPA for illegal activities at the workers' Comp commercial bunessin New York State for criminal negligence in office and charges of perjury in high offices of Judges, WCB, the later body is deemed TO BE court in New York State COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE;but as per advice of letter from WCB presumably dt 6.2. 2005 notarised copies of all documents pursuant to order of panel judges are resubmitted herewith , and by this affidavit, I, Joseph Geronimo Jr aka KAMAL kARUNA Roy of 3 Riverside Drive, Saranac Lake, New York 12983 DO HEREBY authorise any authority of Laws , government bodies and any interested person may receive certified copies of all documents for their verification /proof/authenticity ofanyor all documents , copies of which are attached. herewih. attach. The IRS,SS Admn, NY S dept of labor for employment taxes paid by H I I Inc for 1990 and 19! 93, along with other Govt bodies are included, and copy forwarded to, with original affidavit of complaints to The Federal Bureau of Investigations, Us Dept of Justice, 26 Federal Plaza, New York, NY 10278 with a request and prayer to lawfully arrest some attorney of S I FUND, Trvelers Insurance co , some Judges , CPA Auditor for illegally making WCB office a dumping ground of oppression and injustices of sick ,disabled and weaker citizen of New York. The NYS Insurance dept has been made a 3rd party Respondent pursuant to CPLR to provide Justice to WCB Claimant s and smaller employer H I I Inc. We alleged that like enron worldcom,etc etc,new York State under George Pataki Admn in New York is optionally using fraud , illegal actions to control budget in a very pathetic environment of state of afffairs. Geoge Pataki, the elected Governor may not be immune from the consequences of state sponsored corruption lately revealed in Workers' Compensation Commercial Business through S I Fund. ! NY State. Pataki was recommended a corruption & civil violation fine of atleast $ 1000.00 penalty for of violations in decade old corruptions in New York State.The Hon US president may immediately examine, through US dept of Justice, Washington Dc ,if the Entire Workers' Compensation Board currently in session can be dissolved for subsequently , reappointing the W. C Board with with honest new judges by selection of
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The immediate

*(handwritten signatures at bottom):* 1/27/2006    11/2/06

original

3

*Delaware*
USDC *In affidavit* The United States Court of Appeals, for the
2nd Circuit of New York, NY 10007 at U.S Court House , centre N, at
Foley Sq, New Y0rk, N Y 10007; Dated Filed : 9.12. 2005 .Sworn
statement in names of all Gods. Human_Gods, Powerful enough
& divine in aititudes/appearance among public on earth, and
sworn under penalty of perjury: filed by USPS Priority Mail from
Saanac Lake , N Y 12983 on 9.12.2005

*Was a* *See Page 1* Genuine Roy a/k/a Kamil Jr Jr *e/f/k Kamil Rj*
passenger of the vehicle as supervising officer For H I I Inc (now part of H I I- W R Group since A.D 2002
August, and nother person as injured victim of the M V Accident ofmthe Date and time. Accident related
injuries o victims including appellant Geronimo Jr , mostly remained unattended due to non availability of
insurance benefits due to fraudulent and illegal practices of N Y State bureaucrats & from the State Insurance Fund, N Y Stat
199 Church Street, New York, N Y 10007 , on account of corruptions of N Y State and others with or without support of laws, and th
was violated of civil and the Travelers Insurance company for a 1983 accident on Job, and injury did not fully cured as of 6.7.1993
relation to former injury, took a part time job with Non-profit association, Tax exempt by the I.R.S , former accident caused injuries a
damaged many others.+++++ Separate Court_ applications against total nos of 56 Defendants/appellees, for each of the violaton
and associated damages are difficult to be filed, as the damages were cummulative and gronims suffered beyond abilities to prosec
action separately. So appeal as litwas filed was justified.

That the N Y State through State Insurance Fund, mostly *Employ of h.I.I inc allege by workers* as disabled *for life live with friend*
Donate generously for the victims of KATRINA HURRICANE VICTIMS. OUR prayers
go to departed souls and casualties
of natural disasters. Let us feel united for reliefs to all affected and reliefs to poor people those who are sure to be
affected in aftermath of this disaster in consequences like price rises in Gasoline et al all over the world . and especially
millions o U S poors, often neglected by authorities in various Governments in USA.                    *refusal to*

::: Anticipatory Notice of Appeal and extremely ugent Motion for an order to district Court, SDNY to accept complaint as deposited to the court but
times returned back to complainant by Pro Se Office of Court with return of $ 95.00 and M O of $ 155.00 submitted to court on 7.21.2005 is still in
possession of the SDNY : Returned money order Coupn is resubmitted for possible order of Court of appeals , 2nd circuit, N Y to accept the Civil
complaints as submitted to Appeals Court 2nd circuit on 8.25. 2005 by certified priority mail, ex Parte motion & Notice of Appeals on the
Ground that Sole plaintiff/appellant the Reverend Joseph Geronimo jr aka K Roy as # 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, a U S Citizen, is Guaranteed by the USA
constitution to U S Citizen to file complaint to Government to voice concerns and allegations against Government; as U S court System is
basic constituent of US Government, Plaintiff Geronimo Jr files ex Parte motion for relief with anticipations that the subject Civil
COMPLAINT AND ALLEGATIONS THAT Global violations of Civil rights and other law violations againt the plaintiffs/appellants wherein
Joseph Geronimo ia a party_Plaintiff_individual, may be returned again and agin not not lawfully accepted for submissions at the SDNY which
is a Violation of US constitution. Additional affidavits are enclosed + return of $ 95.00 +proof of $ 155.00 was submitted earlier but not
returned to Plaintiffs yet as of . 27.2005. Original applications are (some copies with originals are still available with SDNY. This is an
Ex parte notice/motion as the official summons were not issued to Defendants/appellees. However all papers were served to
defendents/appellees as of 8.27.2005 by USPS fee paid mails by plaintiff_appellant Joseph Geronimo Jr. As the person ,later described is Part
disabled poor and having no personal asset.over 200 U S $ and no Bank account now, and attached proof from S S Admn, US Govt., the fees
for filing notice of appeals, filing fee may be waived, a copy of these motion etc if filed with US Attorney, SDNY One St andrews Plaza, N Y,
N Y 10007  for waiver of fees as poor person reliefs, in his personal Capacity as Plaintiff/appellants, ex parte. All Sccripts were sworn in
names of GODS (US), all powerfuls as human_Gods, et al and under penaly of perjury by Joseph Geronimo Jr.       Appeals from the
Additional Affidavit dated 8. 18.2005 again notarised on 8.26.2005_____ and/or re_affirmed under penalty of perjury , and in the names of
Gods.and/or Human_gods, as truthfully powerful enough to be sworn in their names more safely , such affidavit may be re_affirmed before a
Notary Public of N Y State on 8.18, 2005 and also duly affirmed on 8. 18 .2005. in the names of all Gods and under penalty of perjury shall
be submitted to Hon Chief Judge of United States District court, SDNY at 500 Pearl Street,

ellant , U S Citizen : the Reverend Joseph Geronimo Jr aka Kamel Roy , poor , Part_
disabled,, is extremaly sad to announce that conventional Gods are losing effective powers and true control of
affairs of Human_animals to the assumed rulers & dictatorial HUMAN GODs all over the World . Waiver of filing
Fees for apeducated in U S A, in India and at plpeahk, etc is prayed vide FRAP and FRCP rules. The supporting
papers for rclle from FEES are attached. Notice of appeal was filed on 8.24, 2005 and

Plaintiff/ appellant , U S Citizen : the Reverend Joseph Geronimo Jr aka Kamel Roy , poor
, Part _ disabled,, is extremaly sad to announce that conventional Gods are losing effective powers and true control
of affairs of Human_animals to the assumed rulers & dictatorial HUMAN GODs all over the World . Waiver of
filing Fees for apeducated in U S A, in India and at plpeahk, etc is prayed vide FRAP and FRCP rules. The
supporting papers for rclle from FEES are attached. Notice of appeal was filed on 8.24. 2005 and
e returned papers from Pro Se clerk's office, SDNY are resubmitted in hopes for resubmissions to the SDNY pursuant to rights of
U S citizens to file grievances as the Civil complaints alleges The Federal U S A govt, NY state Govt, Foreign Govts
are roots of civil rights violations to Plaintiffs and Damages caused to individual Plaintiffs and Associations run by
their participations.

*Footnote*

*Footnote 1*

*Note premium paid for 1993* THE STATE *for 1993* *Defender* *IN 1993 one*
INSURANCE
FUND        DISABILITY BENEFITS
                                                INSURANCE *carrier*
*Defender*
For Inquiries: DISABILITY BENEFITS, ONE WATERVLIET AVENUE EXTENSION, ALBANY, NEW YORK 12206-1649

*Employer*    Any questions, Call 1-866-697-4332

*JBF 11/7/06*    *Defendant*    *JBF 11/21/06*

*JBF*    8    ORIGINAL

U In the United states District Court of ... DC / SDNY............... District of ... Washington DC ..........

Civil...........Complaints ____ Docket #

survival..+++++++++++++++++++ DEMO & Cracy ...... ----etc ^ mobile Book is Plant

EIN 13-3566610 & is a part of complaints & as all plaintiff as acts of Violation

++++++++++++++people / Nations/ Superpower nations to destroy peace , living,

evrything except possibly faiths in Religions and dream God   etc ** but faith

and thents redesigned for the greedy powerfuls & to Suthort

many oppression

o        Short title of the civil action

o        "Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Sinerpower to  all weaker people/ Nations

...etc " EIN & Tax exempt ID (  by (IRS) 133566610

•        V.

o        **The State of New** York , c /o  N.Y.S Attorney General, 12n Broadway, New York , N.Y 10271, ;

U.S.A  Government c/o U S Attorney General, JUSTICE DEPT, Headquarters .. Washington , D.C; The  U N O , New

York, N Y; Govt of India , New Delhi, India ; Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal,

India ; City of New York , c/o Corp Counsel, 100 Church  Street, New York, NY 10007; CINGULAR Wireless aka

Cinqular Albany New York & elsewhere; HSBA Bahk , Main street,. Saranac Lake, N Y; Harrietstown Housing Authority

and Debbie Zerrahn , Housing Assistant 14 Kiwassa Road , Saranac Lake N Y 12983; Citizens Bank, Saranac Lake at

Broadway near Post office; UPS SDTore/ MBE store: Debbie, owner/Franchise Broadway 17, elsewhere Saranac Lake

NY 12983 ;The New York Times English Daily Newspaper  33 st. new York, New York & elsewherezip Usa; The New

York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co. P O Box

9444, Albany, New York 12201; Us Dept of Justice, Justice Dept Headqvarters, Washington D.C , Hon George W Bush U S A President,

The White House, Washington D C 20500 ; Hon Dick CheneY , Vice President U S A and The President of the United States Senate, Capitil,

Washington D C 20900 ; The Workers' Compensation Board, State of New York , 20 Park Street, Albany, New York 12207 ; The Hon Gov,.

Pataki, New York, State,  Governor's Executive MansionAlbany, ..  New York 12207 More defendants may be named as per FRCP

with court'spermissions, et al, ( 62 NOS )  **Defendants**  -Full ( List of Defendants from next pages : 1 A  to  1 G ,. ,then page 2  for

continuation of  scripts, Total 30 pages of Complaints + marked Exhibits + poor person's petition to file  without pre  payments of f

ees  **GROUNDS of Litigations :** Civil and Human Righits Violation  : violation and neglect in take

lawful actipons of Government parties as Defendants on multiple and numerous petitions of Plaintiff

Kamal Roy  aka Joseph + Full lists of Defendants is attached )

Thets                                     Gbtl  6th  (5th)  (vis)

O        **  Plaintiffs listing consist of, all  democratic entities incluiding a Book volume published and  defendants include

a US based entity "GOD", The plaintiffs and  association as unincorporated lawful /entities also  reflect blessings for honest work

and  good faiths of people, God faiths , but the Defendants did not show legal  help  to Plaintiffs when necessary under various

Laws of USA, India, Iraq, nations world wide  to lawfully assist Plaintiffs and failed the  plaintiffs errors, neglect, abuses ,

violations of laws anf damaged and caused pains , losses and prolonged sufferings., GODS ( through American , U S A

Followings) also failed possibly through  followers ; The Actg ,  chairperson, Editorial Board, "Jungle Democracy oppression of

rich powerful people/ Nations/ Superpower Nation to weaker people/ Nationsto disturb regional

and international peace , harmony, live of human  animals. Their  Faiths , Religions, life  styles,

Chief Editor : The Reverend Lisa N Roy 107 A, Scribner Avenue , Staten Island , New York    103 b)

LEADERS ! PLEASE  FORM A CHARATER Of Compassions for common  human  being of the Nation before you contest for any power in
DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with  changes in societal
changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power-blocs of

Kamel Roy  11/2/06    3197

ORIGINAL

USDC /

USDC / Delaware                                    filed On 1.26. 2007

------------------------------------------------country at _____ 10-10-06

n the U.S. District Court, _____ for the Middle District of state of Louisiana ,
aton Rogue , LA, Louisiana, LA, USA (    ) ; also filed at different Jurisdiction for different violations in th Same :Jung
emocracies including af following Jurisdiction : U .S District Court, ____ at various jurisdictions including E.D.N.Y,
.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201 / Middle District for the State of Luisiana at
aton Rouge ,LA , USA .any other courts where par but  different reiefs have been prayed have been noted in below
ripts. Date filed in different above and bow on 1-26,2006

~~USA But Plaintiff considers that the corrupt must be pursued till the accuser gets some~~
~~standard result in judicial process. The defendants caused pain and  sufferings as well~~
~~as dishonors to plaintiffs and laters were damaged , trherefore compensations are due~~
~~for damages in Jungle democratic dysfunctions in USA.~~ +++++++ THE LISTs OF
DEFENDANTS HAS INSCRIPTIONS OF SPECIFIC LEGAL VIOLATIONS OF EACH OF THE
DEFENDANTS AGAINST PLAINTIFFS AND OTHERS AND THE DEFENDANTS HAVE CAUSED DAMAGES
TO Plaintiffs due to legal violations  and  the cause of damages against  each defendant  has been
summed as the Total claims of damages. As the complaints were filed in different Jurisdictions of
laws in different countries, the sub categories of legal violations are different in entirity. and  5

Nos palintiffs all by " **Joe** ", and aka's in lawful capacity to represent unincorporated

associations including  Plaintiff  # 1 ' which is a legally publiShed Electronic book volume EIN of
USA 12-3566610 of 107 A scribner Avenue, Staten Island, New York 10301 (City  & State of New
York, U S A: Publisher : Reforms International  all mailing address P O Box 1173, Saranac
Lake,New York 12983, USA. for Oriental address ,  do hereby swear all acts above and below. &
and the facts swon in Marked Exhibits: M E # 's and poor person's affidavit and encousres to
support facts n the lists of totl defendants as of today, 1-20-200, as to be true and bear facts and
truth of oppressions at various times, at various occasions. An unemployment Insurance division
lady  Admn Law judge  n at the Buffalo  office, New york, amed   :Ms Catherine Brown , Admn law
Judge  Unemployment Insurance division of New York State Dept of Labor) and during violation
she officiated as a Judge , posted on duities in 2000-2001 at Niagara Falls  under jurisdiction of
Buffalo Office unit has been added to her role in falsifying a statement under oath in hearing in
unemployment insurance matter in respect of Handicap Interest International , and she wrote in a
statement  of ruling that a claimant to bonafide insurance claimant  told her that the claimant was
born in two different countries. So for her judgement which was based on perjury  to wilfully  stop
a claim illegally , thus, she harmed the claimant of unemployment Insurance of ex laid off
employee of his dues:  Employer was a tax exempt non profit religious organization , a Plaintiff in
this action. Her corrupt assistants or associates may be named later.pl  see main scripts below.
This matter may prove how easy, prompt and evil decisions can so easily be taken by a sitting
Judge  and how criminally she performed to deny benefit and justice on a weaker unprivileged
person in a Democracy with direct participation of another Defendantin this actions. Several
petitions of complaints in the episode in 2000 –2002 to othjer USA and City Governments were
illegally ignored from the Plaintiffs. The alleged Governments have been named in many other
violations in respect  of current civil action with request of ordering criminal inquiries , if deemed
required, at court's options , but for due process of laws.

for Plaintiffs .

"**Jungle democracies**" as  harmful events , destructive & abusive ethics have grown supreme now. The
powerfuls !!people/ nations / or superpowers  may note that. It is time to amend. ABUSES ARE ALARMING.   7

11/2/06

In    The U .S District Court,          at various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201, USA & other prominanant Jurisdictions outside USA where authorities of ruling Govt and Political rulers ignore civil rights issues of commoner and the weaker in Democracy with dysfunctional Jungle democratic syndromes  / The hon'ble Court of laws .  for _____ of State of _____ at ____, JURISDICTION / The Supreme Court _____ Country  at _____ filed on _ 1...1...  2006

Community world wie and members of Religious public or any living soul are invited to attend a religious Seminar at Saranac Lake. ADIRONDACK MOUNTAIN AREA about 350 miles from New York City at Upstate New York about 90 miles from Montreal city. Canada ; aout 155 miles from Albany , New York. Ar Mamie Hogan social Hall, Harrietstown Housing Authority, 1st floor 14 Kiwassa Road aka3-5 Riverside Drive , Saranac Lake, New York 12983, Rev. Kamal aka Reverend Joseph Geronimo Jr and others shall speak. You are also invited to speak and attend meeting. Coffee  and snacks were served at kichen on mil meeting with reporters and public. Italian restaurant

and many others  were availanle around the meetin arera Police Parking area nerebt .

More

details below. Thanks and regards RSVP email: vishwa12@hotmail.com US Phone 518- 891 5466 & 315 -276 5001.  518 891.....*** more Details : The Reverend Dr. Joseph

Geronimo Jr.: Kamal / aka/ Joseph Geronimo Jr is an Ordained Priest, aces in other countries in general educational fields like management science, Public administration, religions and many Gods and people...etc; registered as a clergy & religious marriage officer , New York State(a N Y State constitutional Officer ) .with the City Clerk, City of New York .1 Centre St. New York, N.Y 10007  did  meet public and  tele  talked with members of news media/ Press .both national and International. in behalf of World Religions Group, 107A ,Scribner Avenue , Staten Island, New York 10301; India & Oriental main office : 46 C Chowringhee Road , Kolkata 700071, West Bengal, India.; Meeting Hours on 9.16.2005, Sunday 6 pm till 9 p.m evening , rsvp. our phones 518 891 5466 or 315- 276 5001 . All  were  invited.. Venue : Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) .

Discussion topics : defiencies of modern Democratic society and Concepts of Jungle democracies. ethics have grown supreme now. If former coldwar enemies could turn godd tactical friends now, a cease fire in between So called  regional terrorists ( and/or regional Nationalists in many nations , in versions of warring garoups) and permanent solution to conflict between power and freedom and dignity of the  regional "liliputs" are feasible. Win or lose Goliaths have to retire by laws of nature. Some mr Bush or  rgional Liliputs please restrain becoming forces of mass destruction. Joe, the priest, in stuggle for own  and commoners survival for decade.

You may not succeed to imaintain a loving and blissful relationship with God/s of you faiths .if u forget to love and care for people just around You and your family. As birth of God  hood are extension of security and survival in societal units of families near or at large

Case 1:06-cv-00685-SLR    Document 1    Filed 11/07/2006    Page 12 of 34

Re: 10. 6. 2006 in Orient & as et in West and eLsewhere : LATE Late...

USDC / Delaware

Lisa K. PRATTA, Plaintiff, v. AMERICAN GENERAL FINANCIAL SERVICES, INC., Defendant. , D.Del., September 13, 2006
Thomas S. Neuberger, and Stephen J. Neuberger, of the Neuberger Firm, P.A., Wilmington, Delaware, John M. LaRosa, Wilmington, Delaware, for Plaintiff.
Barbara Rittinger Rigo, and Christina M. Hanna, of Littler Mendelson, P.C., Philadelphia, Pennsylvania, Peter M. Sweeney, of Gordon, Fournaris &
Mammarella, P.A., Wilmington, Delaware, for Defendant. MEMORANDUM OPINION FARNAN, J. Pending before the Court is Defendant American General
Finance Services, Inc.'s Motion for Summary Judgment...

Daniel Anthony LYNCH, Plaintiff, v. COINMASTER USA, INC., a Delaware corporation, and Paul A. Cox, Defendants. , D.Del., September 12, 2006
James S. Green, and Kevin A. Guerke, of Seitz, Van Ogtrop & Green, P.A., Wilmington, Delaware, for Plaintiff. Erin K. Brignola, Kevin J. Thornton, Frederic L.
Shenkman, and Rebecca Higbee, of Cooper Levenson April Niedelman & Wagenheim, P.A., Bear, Delaware, for Defendants. MEMORANDUM OPINION
FARNAN, J. Pending before the Court is Plaintiff's Motion for Remand (D.I.7) following Defendant Paul A. Cox's ("Defendant") Notice of Removal (D.I.1) to
this Court from the Superior Court for ...

JUNGLE DEMOCRACY and Kamal Karna Roy, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. , D.Del., September 12, 2006
MEMORANDUM ORDER ROBINSON, J. Plaintiffs Jungle Democracy and Kamal Karna Roy ("Roy") filed this civil rights action on August 14, 2006. They
appear pro se and seek in forma pauperis status pursuant to 28 U.S.C. Â,Â§ 1915. (D.I.1) For the reasons discussed below, the motion for leave to proceed in
forma pauperis is granted as to Plaintiff Roy. The complaint is dismissed as frivolous and malicious pursuant to 28 U.S.C. Â,Â§ 1915(e)(2)(B). I.
BACKGROUND Initially, the court notes that Roy i...

Charles S. MILLER-BEY, Plaintiff, v. ILA, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION AND OFFICERS, et al., Defendants. , D.Del.,
September 11, 2006
Charles S. Miller-Bey, Plaintiff, pro se. John P. Sheridan, of Gleason & Mathews, P.C., New York, New York, Stephen B. Potter, of Potter Carmine Leonard &
Aaronson, P.A., Wilmington, Delaware, for Defendants. MEMORANDUM OPINION FARNAN, J. Pending before the Court are Defendants' Motion To
Dismiss Complaint Pursuant To Rule 37(d) (D.I.53) and Plaintiff's Motion To Quash Defendants' Motion To Dismiss The Complaint Pursuant To Rule 37(d)
And Demand For Default Judgment (D.I.56). For th...

POWER INTEGRATIONS, INC., a Delaware corporation, Plaintiff, v. FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation,
and Fairchild Semiconductor Corporation, a Delaware corporation, Defendants. , D.Del., September 8, 2006
MEMORANDUM ORDER FARNAN, J. By letter (D.I.336) dated August 24, 2006, Plaintiff requests clarification and reconsideration of the Court's August 22
Order (D.I.330) granting Defendants Motion To Compel Power Integrations To Provide "Pared Down" Infringement Contentions For Trial. Specifically, Plaintiff
requests the Court to allow Power Integrations to select a total of seven (7) claims and four (4) groups of accused products for trial, rather than the one claim per
patent and three group...

James HALL, Plaintiff, v. David HOLMAN, Lawrence, McGugan, and Deputy Warden Clyde D. Sagers, Defendants. , D.Del., September 8, 2006
MEMORANDUM SLEET, J. I. INTRODUCTION On October 4, 2004, James Hall ("Hall") filed this pro se civil rights action pursuant to 42 U.S.C. Â,Â§ 1983.
The events giving rise to this action occurred when Hall was housed at the Delaware Correctional Center (the "DCC"). In his complaint, Hall alleges that David
Holman ("Holman"), Security Superintendent, Lawrence McGugan [sic] ("McGugan"), Deputy Warden, and Clyde D. Sagers ("Sagers"), acting Deputy Warden
(collectively, the "defendants") fide...

Samuel Turner POOLE, Plaintiff, v. Stan TAYLOR and Raphael Williams, Defendants. , D.Del., September 7, 2006
MEMORANDUM ORDER ROBINSON, J. At Wilmington this 7th day of September, 2006, having reviewed the motion for summary judgment filed by
defendants, the motion to supplement the pending summary judgment motion filed by defendants, and the motion for a pretrial conference filed by plaintiff, and
the papers filed in connection therewith; IT IS ORDERED that said motions (D.186, 99, 101) are denied, for the reasons that follow: 1. Background. Plaintiff
Samuel Turner Poole, proceeding pro ...

Steven G. MILLETT, Melody J. Millett, on behalf of themselves and all others similarly situated, Plaintiffs, v. TRUELINK, INC., a Trans Union Company,
Defendant. , D.Del., September 7, 2006
Christopher J. Curtin, of Erisman & Curtin, Wilmington, Delaware, Barry R. Grissom, Overland Park, Kansas, for Plaintiffs, of counsel. William J. Lafferty, and
Jerry C. Harris, Jr., of Morris, Nichols, Arsht, & Tunnell LLP, Wilmington, Delaware, Michael O'Neil, and Paula D. Friedman, of DLA Piper Rudnick Gray Cary
U.S. LLP, Chicago, Illinois, for Defendant, of counsel. MEMORANDUM OPINION ROBINSON, Chief J. Presently before the court are defendant's motion to
dismiss counts I, II, II...

Harry M. WOOD, III, Plaintiff, v. Jo Anne B. BARNHART, Commissioner, Social Security Administration, Defendant. , D.Del., September 7, 2006
Steven L. Butler, of the Law Office of Gary Linarducci, New Castle, Delaware, for Plaintiff. Colm F. Connolly, United States Attorney, of the United State's
Attorney's Office, Wilmington, Delaware, for Defendants, David F. Chermol, Special Assistant United States Attorney for the District of Delaware, Donna L.
Calvert, Regional Chief Counsel, and Lori Karimoto, Assistant Regional Counsel of the Office of the General Counsel of the Social Security Administration,
Philadelphia, Pennsylvania, of...

ANGIODYNAMICS, INC., Plaintiff, v. DIOMED HOLDINGS, INC., Defendant. , D.Del., September 7, 2006
David E. Wilks, Reed Smith LLP, Wilmington, DE, Arthur Dresner, Stephen M. Chin, Reed Smith LLP, New York, NY, for Plaintiff. Frederick L. Cottrell, III,
Richards, Layton & Finger, Wilmington, DE, Michael A. Albert, Michael N. Rader, Wolf, Greenfield & Sacks, P.C., Boston, MA, for Defendant.
MEMORANDUM GREGORY M. SLEET, District Judge. I. INTRODUCTION On January 3, 2006, AngioDynamics, Inc. ("AngioDynamics") brought this
declaratory judgment action against Diomed Holdings, Inc. ...

CASHEDGE, INC., Plaintiff, v. YODLEE, INC., Defendant. , D.Del., August 30, 2006
MEMORANDUM ORDER FARNAN, J. Pending before the Court is Plaintiff's Motion For Reconsideration Of The Court's Order To Transfer To The Northern
District Of California (D.I.30). For the reasons discussed, the Motion will be denied. I. BACKGROUND On May 4, 2006, Defendant filed a Motion To Transfer
To The Northern District Of California arguing that a related dispute pending in California warranted a transfer for the convenience of the parties and to further
the interests of justice (...

NOKIA CORP. and Nokia, Inc., Plaintiffs, v. QUALCOMM, INC. Defendant. , D.Del., August 29, 2006
A. William Urquhart, Frederick Lorig, Patrick Shields, and Erica Taggart, of Quinn Emanuel Urquhart Oliver & Hedges, L.L.P., Los Angeles, California,
Richard I. Werder, Jr., and Sanford I. Weisburst, of Quinn Emanuel Urquhart Oliver & Hedges, L.L.P., New York, New York, Thomas A. Beck, Lisa A.
Schmidt, Jeffrey L. Moyer, and Steven J. Fineman, of Richards, Layton & Finger, P.A., Wilmington, Delaware, for Plaintiffs. Evan R. Chesler, and Richard J.
Stark, of Cravath, Swaine & Moore, L.L.P., New...

Thomas A. EAMES, Roberta L. Eames, and Tammy Eames, on behalf of themselves and all others similarly situated, Plaintiffs, v. NATIONWIDE MUTUAL
INSURANCE COMPANY, Defendant. , D.Del., August 29, 2006
John S. Spadaro, Murphy Spadaro & Landon, Wilmington, Delaware, for Plaintiffs. Nicholas E. Skiles, Curtis P. Cheyney, III, Swartz Campbell LLC,
Wilmington, Delaware, for Defendant. MEMORANDUM OPINION JORDAN, J. I. INTRODUCTION This is a proposed class action involving insurance
contracts. The proposed class representatives, Thomas A. Eames, Roberta L. Eames, and Tammy Eames (collectively "Plaintiffs"), allege that Nationwide
Mutual Insurance Company ("Nationwide") misrepresented ...

Charles F. CARDONE, Petitioner, v. Thomas CARROLL, Warden, and Carl C. Danberg, Attorney General of the State of Delaware, Respondents. , D.Del.,
August 29, 2006
Charles F. Cardone, petitioner pro se. Elizabeth R. McFarlan, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware, for
respondents. MEMORANDUM OPINION JORDAN, J. I. INTRODUCTION Petitioner Charles F. Cardone ("Cardone") filed the pending petition for a writ of
habeas corpus pursuant to 28 U.S.C. Â,Â§ 2254. (D.I.1.) As explained herein, I conclude that Cardone has presented a mixed petition containing both exhausted
and unexhausted claims. The AEDPA limitatio...

David C. SAFFORD, II, Petitioner, v. Rick KEARNEY, Warden, and Carl C. Danberg, Attorney General of the State of Delaware, Respondents. , D.Del., August
28, 2006
David C. Safford, II, Petitioner, pro se. Loren Meyers, Chief of Appeals Division, Delaware Department of Justice, Wilmington, Delaware, for Respondents.
MEMORANDUM OPINION FARNAN, J. Pending before the Court is an Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. Â,Â§ 2254
("Petition") filed by Petitioner David C. Safford, II ("Petitioner"). (D.I.2.) For the reasons discussed, the Court will deny the Petition. I. FACTUAL AND
PROCEDURAL BACKGROUND In December 2004, bas...

ORIGINAL

10/6/2006 9:16 AM

**World News from** New york :8.6. 2005 :: Conventional any American/ U.S GOD was made
Defendant like any non_ individual or corporate Defendants in a Civil action in USA, as any conventional
God in US/India failed to control civil_ damages , & individual Plaintiffs suffered::
In *UNITED STATES DISTRICT* Court, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)

ue to on job injuries, the themes of Books written may be controversial to some, may be even widely
at_read, but book and themes may havce been circulated through Electronic publications world_wide;
s such, construction errors or spelling error may be plentiful as , text of scripts were partly typed in
Computers by disabled persons with Brain injuries from job related accidents. As the English languages
have mobile spelling and construction styles at countries world wide, where English is a medium of
publications we, the editors and Publishers of " Jungle Democracy ..... etc " declare that some . The
Reverend Lisa N Roy, the 4th Plaintiff is a victim of above laws violations in US AND INDIA, & A
2_ OWNER AND INTERESTS HOLDER OF CERTAIN PROPERTY DESCRIBED IN THE CURRENT SCRIPT OF
AFFIDAVIT AT 16 F , 46 C, CHOWRINGHEE ROAD , KOLKATA 700071, IN INDIA,BASED ON CERTAIN REAL
ESTATE DEED RECORDED,WITH THE REGISTRAR OF ASSURANCES, GOVT OF WEST BENGAL IN OR
AROUND 1997 WHEN PLAINTIFFS VISITED IN KOLKATA INDIA. THE DEED IS IRREVERSIBLE AS THE
MAN IS ASSOCIATED IN BETWEEN PLAINTIFFS AND THE PLAINTIFF,NON PROFIT ASSOCIATIONS ALSO
REGISTERED IN INDIA AS PER LAWS.PLAINTIFF : : REFORMS INTERNATIONAL PO BOX 1173 NON
PROFIT PUBLICATION WING IS LAWFULLY REGISTERED WITH THE CHIEF METROPOLITAN MAGISTRATE
OFFICE GOVT OF WEST BENGAL, INDIA & WITH AUTHORITIES IN USA INCLUDING WITH BUREAU OF
CHARITIES , OFFICE OF N Y STATE ATTORNEY GENERAL,NEW YORK,, N.Y 10271 .

struction or spelling variances, if as if no errors, in compositions, and such practices are made acceptable and declared by us.
the initial authority in the field; as ways for Handicap and allied Literatures to reduce hardships to handicapped authors. As some
are PUBLISHED by us in English Languages. We the, editors , of publications,do swear in names of Gods etc, that we ACCEPT A
AUTHORIZE use the of SOME CONVENTIONAL errors in modern Handicap _English languages as appropriate, for use universally.
WE approve repeat approve... such writing. .. ...Joe from writing of "Jungle Democracy ..........etc" #****** We are very sad to
announce that conventional Gods are losing powers to control affairs of Human_ animals, and for welfares of living beings,
mostly Human_ species:The epidemic from virus of "Human_Gods" have made modern democracies as new empires of
greed,Control by powerfuls, new slavery for the weaker section of people/poors/have_nots who are trading their democratic
rights for bare necessities of survival of lives. The convetional Gods and ethics must have *In*carnations, again, to replace
human_ Gods, or any devils, powerfuls enough by manipulations, intelligence, power, money, coterie,etc etc;to
interfere our lives . ************************ Note: Errors and ommissions may be tolerated by readers , if
any, as a matter of Handicap_ literature Handicap literature, in matters of typing or construction_ in English_ language
if Typist of the scripts is disabled with brain injuries. With work related accidents.

***N (1) JURY Trial Is demanded for a civil***
*****************************Human
ds and devils do jeopardize democratic rights and freedoms, for true welfare of human_ animals and civilizations o
rrent generation and the future of our future generations.Human_ lives are immortal through our next generations
rough our offsprings. Wee have agreements with mother Nature to protect next generations of our species Th

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the **assumed rulers &**
**dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts** are definitely superior
Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths.
**Raise SLOGANS** world_ wide that "WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from
writing of of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from
tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression
by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ
rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the
Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I 1 world Religeions
Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

ORIGINAL

U S D C / Delaware

In **UNITED STATES DISTRICT** Court, SDNY, 500 Pearl St, New York, N Y 10007    Civil
**complaints    Docket No**    JUDGE : Hon................    date : 8.8. 2005
"**Jungle Democracy** ..oppressions,,, etc " et al, ~~Plaintiffs~~ V. **State of New York, Albany, N.Y,
Gov.George Pataki. The U S A Govt. et al ( 48 nos defendants named : a few more
Defendants may be added in the listin due course of actions, see FRCP .list of 48 includes mr
ebbers ex chief Worldcom, Mr Kenneth lay ex chief Enron Inc, Mr Mourice Greenburg ex chief A
G Insurance Co, Republic of Iraq, Baghdad, Iraq ; Psternack Poppish et al Attorneys, friendly
Defendants ; UPS Store, Broadway, Sranac Lake, N Y 12983 : for bad business and oppression
to Plaintiff Geronimo and H I I W. R Group : undue demand of money and refusal to sell copy
cards at fixed place at their franchise store at Saranac Lake: Harrietstown Housing Authority 14
Kiwassa Rd, Saranac Lake, N Y 12983 ; and Debbie Zerrahn , Housing Assistant and Notary
Public N Y S, for illegal Coducts: Govt of India, New Delhi, India : 3 more Notaries at Saranac
Lake at local Banks at saranac Lake, are violating public laws to insult activities of Lawful
nature, just because plaintiffs belong to weaker section of Society ;for refusal of Notaries to
perform public service to Plaintiffs**) ...**Defendants**    Docket No. ____---Judge_____ Jury Trial
Demanded:: Issue: Civil rights violations in New York, USA, IN India, **world wide against Plaintiffs
and recoverable compensatory and Punitive damages by plaintiffs ( 5 Nos now).**

**Damages** recovery demanded : Upto one half billion dollars of U.S currency if not assessed more more , by U. S
Jury, the effective value, as of 8.8.2005, date of filing amended Affidavit to U S District court submitted by
priority by USPS _priority Mail.

operator of the store was illegally refused to sell copy card used to make xero copies at store on a fgalse pretext
nd violation of civil rights of a weak customer doing non profit buness at Saranac Lake.. This happened in connecti
check cashing, Due to errors at Bank and some of errors , a check was no cashed and some paulty was impose . Th
owed $ 15.00 outstanding penalty but asked plaintiff geronimo jr refusal to sell copy cards until the money was pa
aye a bill of $$$,oo which was fully paid but wante $ 15,oo more  why we never knew. This was case of extortion.
purchase copy card was rrefuse as we are weak citien. the n+++ some totary Publics NYS with office at saranac la
2983 illegally to serve us to take oath on some court papers on false grounds as we belonged to weaker section of
shall name them as defendants in violation of our right to receive public sevices from duly conmstituted NY State

er New york : dated ,8.8. 2005 ::Conventional, one of the unknown GODS of the American/ U.S "**GODS**
de Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any
ntional God in US/India failed to control civil _damages , & individual Plaintiffs sufferred::
al Affidavit dated 8.16.2005 to be notarized on 8.16.2005 and re_affirmed in the names of God
man_gods, as of 8. 14., 2005 world wide ( as truthfully powerful enough to be sworn in their names any
ling powerfuls, Convention_GODS and/or Human_gods of repote, more safely, , such affidavit was be
before a Notary Public of N Y State on 8.13. 2005 but duly affirmed I on8.7.2005. in the names of all Go

**S** are extremely sad to announce that **conventional Gods are losing powers to the**
**rulers & dictatorial** HUMAN_GODs all over the World.. Conventional GODS and divinity concepts are definitely
ian_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bas
United national SLOGANS world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies,  with no foreign
riting of of the reverend: **Joseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff) (** The Reverend Lisa N Roy , Chief Edito
**IOCRACY .....etc" is another victim and Plaintiff/ appellant/Claimant.**

26. New York , 6.10. 2005; 6.11.2005 Early at Oriental Nations ; WORLD News; :. Affidavit #
18- A & B, dt 8.10.2005. with reference to ++all+ previous affidavits duly filed until 6.9. 2005 to
WC Board, NYS and to the U S attorney, SDNY, New York N.Y 10007, USA et al the USA President,
Heads of all Nations, and the Secretary General, U.N.O, World Body in New York, New York at U N
Plaza, New York, in the below related matters  Or  above or  matters filed before withany
authority of Laws and Administration of USA, NY State or any bonafide entity of Laws; and cplr
4404 Motion To full Board of commissioners. Workers' Compensation Board_ NYS, Appeal office
20 Park Street Albany NY 12207 filed by certified mail  on 6.7. 2005 new evidences found since
two panel decisions filed on 1.24. 1996 & 4.8. 2004  on the pertinent issues of appeal,and  for a
decade .ALL lawful federal and state investigations are demanded for various irregularities and
violations of laws, to  the Federal and State authrities , as we call it Corruptions; TWO N Y State
attorneys posted at the State Insurance Fund at 15 computer drive West Albany new York 12205
named as: Ms Nancy Wood  and Ms. Estelle Kraushar (of SI Fund NYS)  now under Mr George
Pataki Administration, New York State should be immediately arrested  by F B I, US Dept of
justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants
: nirban Roy & Joseph Geronimo Jr  to defacto state court :WC Board, NY State when such
claimants did work and sustained serious injuried in 1999 and 1993 in various work related
accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize
their safety of lives du to injuries, when they alleged fraud by claimants without any effort to
prove such crimes by claimants. NY State attorney General  shoul try to disbar these two corrupt
Bureaucrats (attorneys)from practising law in State of New York, for  their intentional efforts to
file  and harm sick citizen by Statements  made to WCB ,NY on differents dates to cause  damage
and human body safety of two WCB claimants and  to make a small employer not small but a
bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious
organisation since 1992  and /or before since samaller non profit entity in USA, currently it is a
smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also
demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance

company, if he is not expired yet and has not yet gone to hell house or Heavenly abode
of good men ( we don't have conviction from a competent Court of Earth yet; Arrest of some Judges for
criminal negligence in office and charges of perjury in  high offices of Judges, WCB, deemed TO BE court in
New York State  COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE;but as per

attorney of travelers Insurance co if he is not dead yet be immediately arrested to
answer his illegal steps in the Travelers Insurance cases. If he is not arrested now
then he may miss the event of arrest in process of Laws . He  may however be not
jailed as only  correction in system is claimants' and employer H I I Inc's motto so
that in future the weaker citizens are not made victim of abusive system.

8. A. The Insurance Dept of New York State, Albany, New York is being made a 3rd
party respondent in WC Board cases J Geronimo Jr aka K  Roy v H I I INC 2 cases
of 1993 injuries AND V Kentucky fried Chicken ( 1983 Case) v all 3rd  Party
respondents, et al. Hon George Bush by name may pl be removeD as 3rd  party
respondent but His designation of U S President of U S A The White House, 1600
Pennsylvania Ave NW Washington DC be made 3rd party respondent. Hon . George
Bush as is, a world leader of a juncture of history of World ,full of corruptions,
terrorism, violence, insurgencies, various actions of them for nationalism or
terrorism , defined variously by world nationals of diverse interests group,may
engage his time differently or keep his time free for more important crises
worldwide.+++++++

There is nothing wrong, immoral or illegal about to look back into any  episode & action
of a State , people, Nation , or individuals if complaints develop in Public which
potentially damaged interests of even  unknown /any citizen  of a Democracy in Globe.
Common People are visually weaker in any Democracy. but some day, any time. they
may grab control of democratic admn of any human_animals settlements. So wise and
powerful  human_animals of current time, pl learn art of shared benefits of power of
democracy without delays: from writing of Jungle Democracy    … by joe Geronimo Jr

USDC / Delaware

11

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
MisconductsA anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12202, medical report from neurologist Dr
Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

>>two corrupt Bureaucrats (attorneys) and judge from practising law in State
>>of New York, for their intentional efforts to file and harm sick citizen
>>by statements made to WCB ,NY on different dates to cause damage and
>>human body safety of two WCB claimants and to make a small employer not
>>small but a bogus Entity, whereas as the employer H I I Inc was a duly
>>tax exempt non profit socio religious organization since 1992 and /or
>>before since samaller non profit entity in USA, currently it is a smaller
>>to medium size International Organisation; Arrest of CPA Auditor for SI
>>Fund also demanded, arrest of one late middle age to senior citizen
>>attorney of Travelers Insurance  co and highly educated alleged
>>criminals noted in the scripts are not expired yet and has not yet gone to
>>hell house or Heavenly abode of good men ( we don't have conviction after trial of
>>these corrupt souls from a competent Court of Earth as yet; then pl Arrest
>>of some Judges, attorneys, CPA for illegal activities at the workers' Comp
>>commercial bunessin New York State for criminal negligence in office and
>>charges of perjury in high offices of Judges, WCB, the later body is
>>deemed TO BE court in New York State COURT SYSTEMS under Statutes:
>>miscellaneous demand, WERE ALSO MADE;but as per advice of letter from WCB
>>presumably dt 6.2. 2005 notarised copies of all ducuments pursuant to
>>order of panel judges are resubmittred herewith , and by this affidavit,
>>I, Joseph Geronimo Jr aka KAMAL kARUNA Roy of 3 Riverside Drive, Saranac
>>Lake, New York 12983 DO HEREBY authorise any authority of Laws ,
>>government bodies and any interested person may receive certified copies
>>of all documents for their verification /proof/authenticity of any/or all
>>documents , copies of which are attached. herewith. attach. The IRS,SS
>>Admn, NY S dept of labor for employment taxes paid by H I I Inc for 1990
>>and 1993, along with other Govt bodies are included, and copy forwarded
>>to, with original affidavit of complaints to The Federal Bureau of
>>Investigations, US Dept of Justice, 26 Federal Plaza, New York, NY 10278
>>with a request and prayer to lawfully arrest some attorney of S I FUND,
>>Travelers Insurance co , some Judges , CPA Auditor for illegally making WCB
>>office a dumping ground of oppression and injustices of sick ,disabled and
>>weaker citizen of New York. The NYS Insurance dept halp been made a 3rd
>>party Respondent pursuant to CPLR to provide Justice to WCB Claimant s and
>>smaller employer H I I Inc. We alleged that like Enron World_com,etc
>>etc,new York State under George Pataki Admn in New York is optionally
>>using fraud , illegal actions to control budget in a very pathetic
>>environment of state of affdairs. Geoge Pataki, the elected Governor may
>>not be immune from the consequences of state sponsored corruption lately
>>revealed in Workers' Compensation Commercial Business through S I Fund. NY
>>State. Pataki was recommended a corruption & civil violation fine of
>>atleast $ 1000.00 penalty for of violations in decade old corruptions in
>>New York State.The Hon US president may immediately examine, through US
>>dept of Justice, Washington DC ,if the Entire Workers' Compensation Board
>>currently in session can be dissolved ! for subsequently , reappointing the
>>W. C Board with with honest new judges by selection of most honest and dedicated Judges,
>>*********************************************** The immediate

FISCHER·FISHMAN
PASTERNACK·POPISH
HELLER·RUBIN &
REIFF
ATTORNEYS AT LAW

Con't.   Re:  Nirban Roy, Claimant                    2/1/01

State Insurance Fund in its application does not indicate when, if
at all, it obtained this information but it is clear that it had
this information since 1995 since the application is attached to
a 1995 audit by James R. Borowski.  If the State Insurance Fund
wished to raise the issues presently raised in its appeal it
should have done so in 1995, not in 2001.  To wait six years to
raise these issues at the time when the case has finally been
concluded and the claimant has been waiting for all this time is
outrageous.  Certainly, it prejudices the claimant to raise these
issues at this time where so much time has gone by that it may be
difficult for the claimant to defend herself on these issues as
witnesses may have disappeared and evidence may have been
destroyed.

We therefore wish to raise this issue of laches and on
this basis request that the appeal by the State Insurance Fund be
denied.

We also note that the carrier has not raised one single
issue with respect to the decision at the Law Judge as it applies
to the medical issues in this case.  We therefore contend that if
our argument of laches is upheld or if for some other reason the
application of the carrier is denied then the decision of the Law
Judge both at the 12/8/00 hearing as well as the reserved decision
mentioned above should be affirmed in their entireties.

However, we wish to also submit as newly obtained
evidence in this case a copy of the third-party closing statement
in this matter.  As noted previously at the last hearing of
12/8/00, the carrier was directed to withhold $12,000.00 as and
for a possible third-party credit in this case.  Subsequently, we
contacted the claimant's third-party attorney, Samuel Katz, Esq.
and obtained a copy of the third-party closing statement in this
case.  It should be noted that the third-party closing statement
in this case notes that the claimant received a net recovery in
the amount of $10,140.61.  We would therefore respectfully request
that the decision from the hearing of 12/8/00 be modified only
insofar as the net recovery/third-party credit and that third-
party credit should be fixed as $10,140.61 and there should be a
direction that the balance of the $12,000.00 that was directed to
be withheld by the carrier as and for the third-party credit be
released but that the carrier can take credit for $10,140.61 out

-3-



Verizon
Defendant

(16)

Marked Exhibits  8

**AFFIDAVIT # 80 dt 8.26. 2005 & Complaints of corruptions, and DEMANDS MADE to The United States Attorneys, NDNY/ SDNY and to N Y State Attorney and to District Attorneys of various Counties Of New York for lawful** investigations of corruptions by WC Plaintiffs/Appellants/ claimant el al including Employer Handicap Interests International Inc, New York for altering and removing evidences from files/archives of the Board, conspiracies of bureaucrats of Insurance carriers and attorneys,harrasments and oppressions by the New York State Bureaucrats, to weaker citizens in New York Workers' Compensation Insurance Industry, while taking insurance premiums the insurance carriers including NY State operated State Insurance Fund, and The Travelers Insurance Company make charges of false allegations thyat claimant did no work,or the employer is bogus, Sham etc, and they ignore all reports including Police, doctors' reports,Inspectors' report but conspire with CPA audit, to control cost

**New York, Saranac Lake, 8.1..200**

The United States Attorney, Souther District of New York,
United States Dept Of Justice,
One St Andrews Plaza, New York , New York 10007
Dear sir/madam,

The text of the script is a prototype of descriptions of Jungle Democracy... Cat and Mouse Doctrine of Oppressions ... to weaker people and have nots, Domestic nationals , aliens/alien Nations .. World wide ..etc" a mobile or hard copy contemporary records of democracy of Human animals in total chaos, war, terrorism and international animalistic show of human animal character, and Rationality for allied destruction of Mankind.. or high handed imposed democracy...Non Gandhian oppositions to stop aggressions of

USDC /Delware

Ref
Plaintiff
& Def.

Plaintiff #1

go
dark

Original

11/2/00

11/5/00



**JAMES R. BOROWSKI**
CERTIFIED PUBLIC ACCOUNTANT
192 FOREST DRIVE
HILLSDALE, N.J. 07642

(201) 664-1595
fax (201) 666-2594

March 20, 1995

Mr. Bruce Gonsky
Chief Investigator
The State Insurance Fund
199 Church Street
New York, N.Y. 10007

Case No. 37488442-016
D/A:  2/26/93
and
Case No. 37998432-016
D/A:  6/7/93

Claimant: Karuna Roy (a/k/a Joseph Geronimo, Jr.)
Residential address: unknown
Home telephone: unknown

**SPECIAL ASSIGNMENT**

You have asked me to audit certain records in order to determine the claimant's salary for the years 1993 and 1994 and his relationships with Ms. Nirban Roy (a/k/a Lisa James) and Handicap Interests International, Inc.

Information on form C-2 (for the 2/26/93 accident) indicates that Mr. Geronimo was 42 years old in 1993 and was employed as a full-time executive assistant for Handicap Interests International, Inc., earning $600 per week. He alleges (per form C-2) that he was in the World Trade Center buying office supplies when he was injured in the destruction caused by the explosion of a terrorist's bomb on February 26, 1993. His purpose for being in Manhattan was to pick up mail at a post office box maintained at the Church Street Station post office (which is directly across the street from the World Trade Center). The form gives the address of Handicap Interests International, Inc. as 2049 Richmond Terrace, Staten Island, N.Y. 10302.

Information on form C-2 (for the 6/7/93 accident) indicates that Mr. Geronimo was involved in a motor vehicle accident while supervising Ms. Nirban Roy, who was taking driving lessons. The form indicates that her instructor at the time was a Mr. Alex, but curiously, Mr. Geronimo was also in the car. Mr. Geronimo reports that he was earning an annual salary of $45,000. The C-2 form describes his job as a part-time professional manager/advisor.

I wrote to the claimant (exhibits A1 to A7), sending correspondence to three different addresses. Two letters were returned marked "Forwarding Order Expired". The address

Re: Nirban Roy(aka Lisa Nirban Roy; Lisa/Nelly Alston; Lisa James)
No: 32-387-979-024    37-998-432-094
WCB: 0905-3942    0933-9977

Page 3
March 3, 2005

Despite numerous hearings relative to both claimants, the voluminous records that have been submitted to the Board are largely duplicative, illegible and lacking in any appearance of having been records prepared in the ordinary course of business. The sparse tax forms that have been submitted have been amended with hand-written, difficult to decipher marginal comments of doubtful authenticity. The record as developed does not demonstrate continued entitlement to benefits.

Accordingly, carrier requests that the WCLJ's decision be affirmed and that the claims remain closed.

In the alternative, carrier requests that the Board exercise its continuing jurisdiction and plenary authority over these claims pursuant to WCL Section 123 and make a formal finding rescinding the establishment of these claims. See, e.g., Matter of Mary Tomlin v. L & B Contract Industries, 307 AD2d 682, 763 NYS2d 374 (3d Dept. 2003), quoting Matter of Buchanan v. Adirondack Steel Casting Co., 175 AD2d 971, 971 (3d Dept. 1991). The claims of Nirban/Lisa Roy were established based upon the corroboration of the associated claimant, whose credibility has come into significant question as proceedings in his cases have progressed. As in the Tomlin claim, the Board's plenary authority includes the ability to revisit its initial determination of "whether a workplace accident did, in fact, actually occur," particularly where the credibility of information relied upon is later shown to be unreliable. Considering the sharp contradictions and inconsistency in the record as a whole, this would be an appropriate instance for exercise of such authority relative to all four cases.

Based on the above and on the record as a whole, carrier requests that the WCLJ's decision be affirmed, or in the alternative, that the Board exercise its continuing jurisdiction and plenary authority pursuant to WCL Section 123 to rescind the establishment of these claims. If the Board determines that additional development of the record is required, carrier requests that the claims of both claimants travel together for hearing, as documents, testimony and other evidence are intermingled throughout the claims of both individuals.

Very truly yours,

DOUGLAS J. HAYDEN
General Attorney

By: Nancy Wood

Nancy Wood
Supervising Attorney

Encl.
cc:    Nirban/Lisa Roy
       Handicap Interests International



LEGAL APPEALS UNIT
WORKERS' COMPENSATION BOARD
20 PARK ST
ALBANY, NY  12207
www.wcb.state.ny.us

**David P. Wehner**
Chairman

State of New York - Workers' Compensation Board

In regard to Joseph Geronimo, WCB Case #0931 4088

# MEMORANDUM OF BOARD PANEL DECISION
*keep for your records*

Opinion By:  Scott C. Firestone
Karl A. Henry
Frances Libous

\* This decision also pertains to the following case(s):  09333688.

Through correspondence filed on December 30, 2003, the claimant acting on his own behalf requests review of the Workers' Compensation Law Judge (hereinafter "WCLJ") decision made at a hearing on November 25, 2003 and filed December 4, 2003 that denied the claimant's request to reopen the claims. The WCLJ specifically found that the claimant has not submitted sufficient evidence to prove the legitimacy of the alleged employer as directed by the Board Panel in a Memorandum of Decision filed January 24, 1996.

The claimant filed two claims alleging that he was injured while working at Handicap Interests International in separate accidents in 1993. The carrier raised the issue of fraud and collusion in both cases and the record was developed on the issue. In a Memorandum of Decision filed January 24, 1996, the Board Panel gave the claimant a final opportunity to produce evidence showing the incorporation of the alleged employer along with witnesses and payroll records to support his claims.

At a hearing on November 25, 2003, the WCLJ reviewed the Board file and various documents submitted by the claimant. The WCLJ concluded that the claimant has failed to submit sufficient evidence showing the incorporation of the alleged employer as directed by the Board Panel.

The Board Panel finds, following a complete review of the Board files, that the WCLJ correctly concluded that the

\*\*\* Continued on next page \*\*\*

| | | | |
|---|---|---|---|
| Claimant - | Joseph Geronimo | Employer - | Handicap Interests Internati |
| Social Security No. - | 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 | Carrier - | State Insurance Fund |
| WCB Case No. - | 0931 4088 | Carrier ID No. - | W204002 |
| Date of Accident - | 02/26/1993 | Carrier Case No. - | 37488442-083 |
| District Office - | Albany | Date of Filing of this Decision - | 04/08/2004 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EBRB-1 (4/99)

Page 1 of 2

2

closed for failure to prosecute, reopened, and closed for failure to prosecute. Needless to say, Mr. Roy never produced any of the promised documents or witnesses.

While payments were discontinued on Mr. Roy's PPD case with a different carrier and on all SIF cases, the Board did not actually make findings on the question of fraud. Rather, the case was continued *ad nauseum* while the claimant was given opportunity to produce promised documents, the case was closed, the case was reopened, etc. Carrier continued to anticipate some sort of resolution on this issue so that it could be applied to the present case of Nirban Roy. In the interim, Nirban Roy's case was being developed on the issue of degree of disability and payments were not being directed.

Payments have now been directed and, at this point, it is clear that Karuna Roy is never going to produce witnesses or documents to refute the evidence that Handicap Interests International, if it existed, never had any money and never paid any salary. Therefore, it could not have paid any salary to Nirban Roy.

It appears that each claimant filed the C-2 for the other and, essentially, each lied for the other pursuant to their claim for the auto accident that allegedly occurred. This was not quickly discovered because collusion between employer and claimant are rare and not suspected when the employers complete the C-2 forms.

Accordingly, carrier respectfully requests that all awards and findings in the above captioned case be rescinded and that the above captioned case be restored to the calendar with the cases of Karuna Roy known to the Board as Joseph Geronimo (#0931 4088 d/a 2/26/93, SIF #37488442-016 and #0933 3688, d/a 6/7/93, SIF #38063442-016). All three cases should be reopened on the issue of fraud and possible penalties.

Very truly yours,

James P. O'Connor
General Attorney

Estelle Kraushar
Associate Attorney

EK/ll
cc:   Pasternack Popish et al.
      Joseph Geronimo a/k/a Karuna Roy



STATE UNIVERSITY OF NEW YORK MARITIME COLLEGE, FORT SCHUYLER, BRONX, N.Y.

ADVANCED STANDING FROM
ENTERED FROM

**GRADUATE PROGRAM**

From        To
1/29/73    5/25/73
4501 InterSur Bus Law        3  A  12
2407 Marketing               3  A  12
3507 Sys Ana Oper Rus        3  A  12

From         To
946/73     12/22/73
2504-Ind'l Rel Trans         3  A  12
3502 Anal of Air Trans       3  D   9
2507 Eco Int'l Trade         3  A  12
3513 Comp Trans Sys          3  B   9
3601 Thesis I                1  B   3
3662 Thesis II               2  B   6

3506 Prof.Credit             3.

Transfer Credits
2409 Fin Money & Capt.       3   T/C University of Rhode Island
3502 Mg'l Stat I             3   T/C (Univ.of Rhode Island)
3503 Mg'l Stat II            3   T/C (Univ.of Rhode Island, Grad.School,USDept.Agric.)
2501 Eco Anal                3   T/C (Univ Rhode Island)
1501 Inten Accts             3   T/C (Grad.School, U.S.Dept Agric.)
5501 -Data Processing        3   T/C
2301-Business Management ( 3cr excused)

STUDENT COPY

GRADING SYSTEM:

TOTAL CREDITS: 45     TOTAL CREDITS EARNED: 24+21 T/C

RATIO FOR: 3.6/4.0
DATE: 12/31/73

DEGREE CONFERRED: MASTER OF SCIENCE ( TRANSPORTATION MANAGEMENT )     12/31/73
DATE OF BIRTH: 3/31/43     PLACE OF BIRTH: India

ADDRESS: 244 W. 99th St. apt.635-New York, N.Y. 10025     Transportation Manag.

Karuna Midhon

EX h-6
11/2/06
a/k/a KAMAL KARUN
Roy
11/02/06
Joseph Germino

**NYSIF** _New York State Insurance Fund_

Writer's Direct Telephone (212) 312-7894

January 10, 2001

New York State
Workers' Compensation Board
Office of Appeals
20 Park Street
Albany, New York 12207

Re:   0933-9977
      37998432-369
      Nirban Roy a/k/a Lisa James v.
      Handicap Interests International
      Inj: 6/7/193

Commissioners:

Application is herewith made for a review of the WCL Judge's decision duly filed on 12/15/00 wherein awards were made from 9/18/95 onwards at $306.25 pursuant to a finidng that the claimant had a permanent partial disability.

Carrier takes exception to the decision in its entirety on the grounds that the company that claimant allegedly worked for never existed, and the claimant had no earnings in the year preceding her accident.

All information provided by the alleged employer was provided by Karuna Roy. He was allegedly in the car at the time of the alleged accident and also had a claim. In conjunction with his claim, investigations were made and it was clear that his alleged company never existed and he never earned any money from this alleged work. It also turned out that during the time he alleged he was working for Handicap Interests International, he had been collecting on another case where he was classified and never reported his alleged work.

The attached audit of the company led to taking Karuna Roy's testimony, 89 pages worth, on 9/19/95. It was clear from the testimony that Mr. Roy had no company and no income. However, since he stated that he could come up with tax returns, lists of contributors, and lists of clients (other than the one client he could remember, which was OJ Simpson), the case was continued,







- 471 Defendants
- 1 violations
charged

* (1) His Ex A. President Hon. George Bush,
White House, 1600 Pennsylvania Ave NW,
Washington DC 20500
Hon. Dick Cheney, President as Senate -
The compelled subject

(2) City of New York 100 Church Street
New York, NY 10007

(3)(4) The U.S.A Govt go U.S Attorney office S. Govt House
Washington DC 20001

(5) Lisa Nicton Roy,
14 Keurison Road HSC, Soranac Lake, NY 12983
The State Insurance Fund
15 Computer Drive West, Albany NY 12205

* (6) Harrietstown Housing Authority
and Ms Debbie Zaryzals
14 Kiwassa Road
Soranac Lake, NY 12983

* (8) Citizens Bank Branch
at Soranac Lake, NY at Broadway
12983

* (9) N&J Kelli Petersen Morgan
Workers Compensation Board,
State of New York
20 Park Street, Albany NY 12207

(10) Workers Compensation Law Judge No 7
c/o WC Board, NY State,
Albany, NY 12207

(7) Postmaster Popish et al,
Attorney at Law
see attached

(16) GOD - U.S, India, /Rep based God
to be defended by
New York State office
(State Insurance Fund)
Nancy Wood, Attorney, 199 Church St, N, NY 10007

As Douglas T. Hanks
General attorney NY #8

P.TO 2

Causes / violations
- for failure
to safe guard truthful

- Must ensure fellow citizen get index
- Failed to Act on complaints
- per fundamental body failed to ....
and Civil rights

- dt of violation
- Misc Law
- denied voting
public law

(24)

#20
Defendants
+ 151 115 115
3rd party Defendants
who created a jungle

as of
Democrates

7/24/00

in Jan
151
USPS 2/11 3rd party
Retain
WPP
Defendants
Rule 161
Defendants
marked
with
* asterisk
in complaint

(U) Last Defendants

(U) Original

(26) CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4/8. 2004 and motion to
reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mardzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

(27) Suspensions of 3 or many more alleged Burreaucrats_ including a WCL Judge, repeat we insist
that atleast (2) TWO attorneys OF S I Fund, N Y State and one judge wcj are essentials as the
Employer H I I Inc by Joseph Geronimo Jr aka K Roy, a_no relative of Ms Nirban Roy, was
present in WC Board hearing of Nirban Roy at WC Boad at Saranac lake and at the hearing
submitted notarised documents reated to disability, copies if HII Inc: employer'S N. Y STATE
INCORPORATION PAPERS, Nirban's certified tax fili ing from IRS and wage reports and NYS
Labor dept filing , IRS, SS AdMN ,filing etc etc one more time on 1.11.2005 and such papers
were handed to Judge Romeo, S.I.Fund, NYS attorney and one set of copies was given at the
reception desk of WC Board Saranac lake ,N Y. we have evidences and original receipt of filing
from receptionist, WC Board, at Saranac Lak NY 12983 but judge Romeo in his judgement
ommitted such vital records and partly wrote for medical evidence to support continued
disability needed and until such time case action is not planned. This statement was corrupt
and illegal as the medical reports updated till Jan 2005 was handed to Judge and SIF
Attorney. But The corrupt SIF attorney continued their false reportinig in court (Deemed
Court WCB) that no such filing was made. See marked Exhibits for all above pertinent proof.
NY State Assembly and Senate may examine if Mr Pataki can be impeached as elected
Governor of New York for his role in allowing such corruptions to taki e place in his admn for
over 10 yrs. US Senate should start examining issue how a State of republic of USA since
joining union of USA, can be punished for Gross violations of USA constitution and federal
Laws. The 3rd world nations have rules and Law to take administrative actions on States of
Republic including removal of a State admn of The Union ( say in India) if corruptions were
noticed at randum in a constituent State of the Republic. We believe and swear that New York
State in corrupt in many practices of Laws. The complainant as citizen of USA and voter in
New York state deserve attention to the issues, lawfully CORRUPTIONS And oppressions to
lesser fateful U S Citizens in NEW YORK State continues for a decade under Pataki
Governor_administration_ we found no body to look into the matter of deep_rooted
administrative corruptions in commercial Workers ' Compensation Insurance Industry in New
York State under direct supervision and all violations of laws in New York. Mr Georgi e Pataki
and his adminstration need to be tamed with chain of laws in USA ,may be USA congress or
the Hon USA President can some way mend a corrupt admn run by a duly elected Governor of
N Y State. But law is law. Abuse of laws by a popular Governor, or even by a US President can
not be tolerated for ever.The simple corruption of the N Y State among many, The State
collects Workers' comp. Insurance premiums from Smaller Employers through S I FUND by
scrutiny of Employer"s Staus in New York, but refuses to pay work_related insurance
to claimants by citing Fraud of Small employer and/or fraud of disadvantaged claimants
without any proof thus NY State illegally fixes cost of operation of State. In Insurance
industry of workers' compensation, NY State style of cooking state economy in no better
practice than cooking insurance books of accounts in commercial insurance business by
recent indictments and state allegations that ex chief of American International group of
commercial International Insurance Giant , having business operation in New York State. Mre
Pataki as the statutory or U S constitutional head of N Y state can not have a different
treatment under the laws for corrupt and illegal operation of commercial business practice,
than ex chief Executive of A I G who was forced to resign recently and is under scrutiny of
various violations of Laws in Commercial insurance business. We swear that corruption
maynot have taken place for over 10 years if Pataki tried not to violate laws in his over all
administration and we claim all happened Under encouragement from State Governor to Mr
Pataki/and his below named crew of administraton of corrupt bureaucrats in the Insurance

List Defendants      (2A-2)   (16)
                                        (2) Cause/Violations
                                        see 2 hts
(2) Hon Dick Cheney, Vice President USA        First Page 7
as President of U.S. Senate                    Defendants
Washington D.C.


(19 L20) The District attorneys
(6) New York & Richmond county        120 Broadway, N.Y., NY 10271   quoted
Counties county                                                       U.S.
to NYS Attorney General                                               Constitutional
NY District Attorney / Hogan Pl NYM                                   Guaranteed to
the District Attorney 80 Sergeant Pl St NY 8301                       form under
Mrs. Richard Osundach                                                 a
(21) (State Employer/Supervisor)  133 church St, New York NY 1600
New York State                                                        to
( 199 Church st, N.Y, NY 10007)

see
(10-15) Hon Jeffery Romeo                                Judge W.C.Board
W.C.L Judge ; W.C Board, Row Broadway     Judge W.C.Board
Saranac Lake, New York 12983                             perjury
                                                          charges
(16) 'GOD' - U.S. based divine heretofor of U.S.A       one job
(22) Defendant prosperal in USA at higher rate than many
Mr James Borowski               other countries. God failed
(State Insurance Fund Auditor)   create uniform morals for Humans
A CPA from New Jersey            powerful and  - do -
see attached                    in such weakor, people and their perjury if
                                were damaged including Plaintiff  NYS filing
                                                        fraud
(23) The New York Times (English Daily of N.Y City  silent on
221 west 21 street                                   violations
New York, NY                                         on people
                                                      and their
(27) Mrs Estelle Kraushau; Attorney                  related Needs
S.I. Funds Nry state  199 church st, N.Y, NY 10007   items, fake
                                                      claims
(28) Workers' Compensation Board, NY State,          fraudulent
20 Park st, Albany, NY 12207                          reports
$5

USDC
Delaware
DF

Renel R
10/5/2006
11/2/06

(14 L)



WDC / Delaware
World Religions
Group
- Social
Service
In
Kolkata
INDIA

10-5-06

22. New York , 6.10.2005, 6.11.2005 Early at Oriental Nations ; WORLD News: ∴ Affidavit # 18- A & B, dt 8.10.2005. with reference to ++all+ previous affidavits duly filed until 6.9. 2005 to WC Board, NYS and to  the U S attorney, SDNY, NewYork N.Y 10007, USA et al the USA President, Heads of all Nations, and the Secretary General, U.N.O, World Body in New York, New York  at U N Plaza, New York,  in the below related matters  or  above or  matters filed before withany authority of Laws and Administration of USA, NY State or any bonafide entity of Laws; and cplr 4404 Motion To full Board of commissioners. Workers' Compensation Board_ NYS, Appeal office 20 Park Street Albany NY 12207 filed by certified mail  on 6.7. 2005 new evidences found since two panel decisions filed on 1.24. 1996 & 4.8. 2004  on the pertinent issues of appeal,and  for a decade .ALL lawful federal and state investigations are demanded for various irregularities and violations of laws, to  the Federal and State authrities , as we call it Corruptions; TWO N Y State attorneys posted at the State Insurance Fund at 15 computer drive West Albany new York 12205 named as: Ms Nancy Wood  and Ms. Estelle Kraushar (of SI Fund NYS)   now under Mr George Pataki Administration, New York State should be immediately arrested  by F B I, US Dept of Justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants : nirban Roy & Joseph Geronimo Jr to defacto state court :WC Board, NY State when such claimants did work and sustained serious injured in 1999 and 1993 in various work related accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize their safety of lives du to injuries, when they alleged fraud by claimants without any effort to prove such crimes by claimants. NY State attorney General  shoul try to disbar these two corrupt Bureaucrats (attorneys)from practising law in State of New York, for  their intentional efforts to file  and harm sick citizen by Statements  made to WCB ,NY on differents dates to cause  damage and human body safety of two WCB claimants and  to make a small employer not small but a bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious organisation since 1992  and /or before since samaller non profit entity in USA, currently it is a smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance company, if he is not expired yet and has not yet gone to hell house or Heavenly abode of good men ( we don't have conviction from a competent Court of Earth yet; Arrest of some Judges for criminal negligence in office and charges of perjury in  high offices of Judges, WCB, deemed TO BE court in New York State  COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE;but as per

15. The City of New York C/o The Corporation Counsel, The City of New York, 100 Church St, New York, NY 10007.

16. Chief Executives current & Past since 1993 till 2005 to beassessed US $ 5 millions each for violations

17. ESTELLE KRAUSHAR and ms Nancy Wood , SI Fund  ATTORNEYs As on Jan 10,2001 : The corrupt attorney on 1.10. 2001 filed a false report to a defacto court of NY State Court system to falsely say that Karuna Roy did not submit the required to WC Board pursuant to memorandum decision of  3 Judges panel of WCB, decision was as filed on 1.24.1996. The claimant Karuna Roy aka Geronimo submitted all employment records of 2 claimants, incorporation paper of H I I Inc in original and a copy of it to WC Board by certified mail and such paper in96 were on WCB file what Geronimo personally saw all of them , when Geroniko visited appeal office of WCB, NYS in Brooklyn office of WCB. Ms Kraushar Attorney should be immediately arrested for her crime by filing false report in court to purposely harm, endanger welfare or 2 claimants who were very sick and needed treatments. As the Work injuries in car accident on 6.7.1993 at FDR Drive, Manhattan NYC was ver very injurious to body of two claimants the injuries, pain, headache , nervous problems due to trauma of car injury. Paralysis are still continuing to claimants. But the crooked attorney as she is used to harm sick and injured tries deliberately with the

There is nothing wrong, immoral or illegal about to look back into any episode & action of a State , people, Nation , or individuals if complaints develop in Public which potentially damaged interests of even  unknown /any citizen  of a Democracy in Globe. Common People are visually weaker in any Democracy. but some day, any time. they may grab control of democratic admn of any human_animals settlements. So wise and powerful  human_animals of current time, pl learn art of shared benefits of power of democracy without delays: from writing of Jungle Democracy   … by joe Geronimo Jr

Department of the Treasury
Internal Revenue Service

HOL~ ~~~~, NY  11742

In reply refer to:   0138401401
   July 01, 2002    LTR 288C
   13-3462738    198712 01 000
                          01038

REFORMS INTERNTL
% NELLY ALSTON PRES
86 FLOWER ST
BUFFALO NY  14214-1132867

        Taxpayer Identification Number:   13-3462738
                        Tax Period(s):   Dec. 31, 1987

                        Form:  941

Dear Taxpayer:

Thank you for the inquiry dated Apr. 13, 2002.

Please be advised no return was filed for the above tax period.
Please submit a form 941 for the above tax period.  We have received
your payment of $6.65.

If you have any questions, please call us toll free at 1-800-829-1040.
If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____   Hours_____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

                        Sincerely yours,

                        Denise Derol

                        Denise Derol,Department Manager
                        Adjustments Accounts Management V

*USDC/ Delaware*

5 (1)

**7.13 .2005 New York: SOS SOS corruptions & News :World wide and Rampant corruptions in N Y State USA to kill safety and interests of weaker citizens of USA, at times New York goes without any las and conscience of Bureaucrats of the State of New York Government Admn. See scripts below:: Immediate arrests demanded of professional Crooks including high ranking officials and Some Judges of NY State unified Court systems for violations of criminal Laws and destroying physical safety of sick WCB case claimants.**

*That is NY State on*

~~state Senate failed to check~~ corruption of Pataki ADMN last 10 years and US Citizen Joseph Geronimo Jr. aka K Roy suffered life threatening illnesses due to work injuries, duly established ar WC Board., affid 35- C dt July 5 ,2005 with reference to other affidavits including # 35A & B etc :issue corrupt practices WCB. NY State:: US , NY State. NY City enquiries demanded of criminal acts of NY State Bureaucrats others

*2*

::Submission date: on submission at WCB_NY State at Albany , N. Y 12207: on 7/9/2005
notarised affidavits and complaints Corruptions News world wide including in
New York State:: World wide corruptions-Including in New York State pl see
affidavit below sworn under penalty of perjury and in the name of
US(American Gods and all others . Instant CPLR 4404 MOBILE Motion & MOTION
MAY CONTINUE UNTIL RESOLVED BY THE W C .Board or Law enforcement authorities
takes a legal stand on issues of corruption alleged by complainant or
co_complainant : Employer_ H .I. International (Non Profit tax exempt by I R
S, U S Dept of Treasury, el al,on submissions now and also pending many
other Motions lawfully submitted Pending before W C Board_NYS for over a
year since June 2004 without known action at the W C . Board beyond legal
explanations. THE U,S , NYS and City of New York law and enforcement sent
copies of affidavits for enquries. HUMAN_ANIMALS' most ancient
non_innovative discovery was Gods and divinity concepts as the vast
power_bases of NATURE was so surprising to them to every day living with
constant dangers from calamities of Nature
>
>CPLR Mobile motion CPLR 4404 , affidavit # 41 dt July 11,2005
>::Submission date: on submission at WCB_NY State at Albany , N. Y 12207:
>notarised affidavits and complaints Corruptions News world wide including
>in New York State:: World wide corruptions-Including in New York State pl
>see affidavit below ,sworn under penalty of perjury and in the name of
>US(American Gods and all others . Instant CPLR 4404 MOBILE Motion , the
>MOTIONs shall CONTINUE UNTIL RESOLVED BY THE wc Board or Law enforcement
>authorities takes a legal stand on issues of corruption by the New York State et al , as alleged by
>complainants/ claimant _WCB Cases, etc , or co_complainant or by the listed Employer and/or parel
group of Listed Employer _ H .I. International Inc (Non Profit
>tax exempt uncorrated N Y Association duly authorised to do business in New York State by I R S
Dept of Treasury, el al, on submissions now and
>also pending many other Motions lawfullly submitted Pending before W C
>Board_NYS for over a year since June 1984 without known action at the W C .
>Board beyond legal explanations. THE U.S , NYS and City of New York law and
>enforcement sent copies of affidavits for enquries. HUMAN_ANIMALS' most
>ancient non_innovative discovery was Gods and divinity concepts as the vast
>powerbase of NATURE was so surprising to them to every day living with

*14 P*

*§*

A Nation of a State or division, Group or " PEOPLE" shall not succeed to effect any
permanent discriminations due to their current wrongful and deceiving attitudes to others
, for ever, as equity is a natural Process

*10/25/2006*



claimant has failed to submit evidence as directed in the Memorandum of Decision filed January 24, 1996.

Accordingly, the WCLJ decision filed December 4, 2003 is AFFIRMED. The case is closed.

All concur.

Scott C. Firestone          Karl A. Henry          Frances Libous

Claimant - Joseph Geronimo
Social Security No. - 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
WCB Case No. - 0931 4088
Date of Accident - 02/26/1993
District Office - Albany

Employer -
Carrier - State Insurance Fund
Carrier ID No. - W204002
Carrier Case No. - 37488442-083
Date of Filing of this Decision - 04/08/2004
Handicap Interests Internal

ATENCION:
Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EHRB-1 (4/99)

Page 2 of 2

MEH

u.s. ~~USPC~~ ~~Attorney General~~ ~~and wright N...~~ 15

Page 28

n **UNITED STATES DISTRICT** *court,* SDNY, 500 Pearl St, New York, N Y 10007    **Civil**
**complaints    Docket No**    **JUDGE..........**    **date : 8.8. 2005**

"Jungle Democracy ..oppressions,,, etc " et al, **Plaintiffs** v. **State of New York, George Pataki.**
The U S A Govt. et al ( 48 nos defendants named : a few more Defendants may be added in
the listin due course of actions, see FRCP .list of 48 includes mr ebbers ex chief Worldcom, Mr
Kenneth lay ex chief Enron Inc, Mr Mourice Greenburg ex chief A⁺ G Insurance Co, **Republic of**
**Iraq, Baghdad, IraqPsternack Poppish**et al **Attorneys, friendly Defendants :** UPS Store,
**Broadway, Sranac Lake, N Y 12983 :** for bad business and oppression to Plaintiff Geronimo and
**H I I W. R Group : undue demand of money and refusal to sell copy cards at fixed place at their**
franchise store at Saranac Lake: Harrietstown Housing Authority 14 Kiwassa Rd, Saranac Lake,
N Y 12983 and Debbie Zerrahn , Assistant, for illegal Coducts: Govt of India, New DelHi, India :
# Notaries at Saranac Lake at Banks at saranac Lake, for refusal to perform public service to
**Plaintiffs) ⊄Defendants**    Docket No. _____---Judge_____  Jury Trial Demand:: Issue: Civil rights
violations in New York, USA, In India, **world wide against Plaintiffs and recoverable**
**compensatory and Punitive damages  by plaintiffs ( 5 Nos now).**

25
Defenlen

oho
Violeted

Electional

rights
+165
Kickled

(c) PWi Electricals for Ltd   46 c chowringhee Rd
Korrect

U S President to condone half of their jail ters awarded by judges or to be imposed if on trial as the full truth of business
deal were not exposed as board of directors were unduly separated in respective trials.

**Damages** recovery demanded : Upto one half billion dollars of U.S  currency or more , assessed by U. S Jury, INDIA
effective value, as of 8.8.2005: date of Original filing., made to court by USPS mail_priority Mail.

other
Democratic
Laws
and
are
designated
as 3rd
party
Defendents
to
Electional
Violation
in USA
by
influencing

*to effective interests in removing illegal occupants, as the Plaintiff is stationed in USA. The Govt of
India must have had taken steps to evict the goons from peace of real property and failed to
protect civil rightd of plaintiff to protect property at the locations. The Violator Govt of India may
be assessed $ 50 millions for 3 violations noted herein. The Properties of Govt of India worth
atleast $ 50 millions may be attached for violations. c. The Principal director of audit and a/c,
Scientific Dept, Kolkata Branch india for civil rights violation for pension benefits re: Late Manju
Roy , harrasments, damages for 4 yrs since death of Manju Roy . 9. Dell Computer, Dallas, Texas,
USA for failing the action of tax exempt church and religious*

*The conventional "Gods" often  get hungry  for enough  Human love and  true devotions of
"HUMAN_ANIMALS", we the people, know you shall  definitely control democratic  power in
disguise or via your superiority to control; that you may gradually return our civil rights to retain
our optimum survival ,against our electoral support to You, " we the People " shall define you as"
human_Gods". Joe Geronimo*
*organization status of Handicap Interests International w. r Group and harrassment in respect of
Sale of a Computer ordered in June 2005 :: Kevin ---Shes person  NY sales Tax exemption ignore
by Dell Computer we as a smaller organisation. More listing of defendants on Pages appearing in
Exhibits ( Total 49 nos of Defendants as of now, *****et, al************defendants*

S are extremely  sad to announce that conventional Gods are losing powers to the
rulers & dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts are
~~ier~~ to Human_Gods, in terms of Faiths, if they are  not ornamental  in Magical powers of Gods & pragmatic beliefs and amended
~~s~~. 2. Raise United national SLOGANS world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no
from writing of the reverend: **Joseph Geonimo Jr,aka kamal  Karuna Roy Priest ( a Plaintiff) ( The Reverend Lisa N Roy , Chi**
LE DEMOCRACY .....etc" is another victim and Plaintiff/ appellant/Claimant.

11/7/2006

Jungle
Democratic
dysfunctions in world
and plaintiffs became victims, pained and
were harmed and Damaged

*List of Defendant/plaintiff* *ME # old filing*

*# 9 or 1-D*

The **U.S District Court, SDNY, U.S Court House 500 Pearl St. New York,
York 10007**

**filed by**

**USPS free , paid mail Stn Court and others court fee US $ 155.00 by USPS Money order**
**\*\*\*attached for civil court proceedings , rest may be decided by court**

**Matter both Civil and criminal**                    **Docket No.**

① Jungle Democracy ———— oppressions etc et al

**1.Handicap Interests International- World Religions Group,Non Profit Tax exempt, (parent Group of
Handicap Interests International Inc , a Type A non profit New York Corp, Incorporated on Nov 2,
1984 as defacto part of plaintiff divn: Reforms International publishers "Jungle Democracy......... 548
West 160 St, new York , J Y 10032, \*\*\*107 A Scribner Avenue, Staten Island , New York 10301.**
**Mailing address\*\*\*\*\*\*\* : PO Box 1173 , Saranac Lake, New York
12983 .. N Y unincorporated Non profit Tax exempt association. By kamal k Roy Hon Executive
office& Lisa N Roy , Hon. Deputy Executive officer of above Plaintiff**

② **The Reverend Joseph Geronimo Jr a/k/a Kamal Karuna Roy, U S citizen, Religious strategist, Social
reforms solder, U.S Part  worker (80% approximately, medically )disabled Priest due to work related
injury in New York City in 1993, Author, Mobile electronic Publication : "JUNGLE DEMOCRACY .......Cat
and Mouse doctrine to oppress weaker people/ Us Citizen , alien et al and foreign countries. et al. .......
Plaintiffs.  All addresses as in 1. et al.**

*(a) Lisa N Roy   PoB 1173, s/l, NY 12983   Non hostile defendant*
*(b) Reforms     2nt 12   Publishers   PoB 1173  s/l ,  N Y 12983*   *Plaintiffs*

*En chief Editor)*

**1 .N Y State, Albany New York ,2.  New York  City, City Hall ,NY 10007. 3. New York
Times, English daily, NEw York,NY. 4. George E Pataki New York Governor S I
fund, 5.Travelers Insurance company albany n Y Ny 12201 6 and all parties
named in transcript below  7. Kentucky Fried chicken c/o Travelers Insurance
company as above**   *⑧ Travelers Insurance Co   PoB 0760, Albany  NY 1220 '4-0*

*14 &*
*140*

**With prayers to order of court  to US Law and enforcement
authorities to investigagate criminal violations by any/all parties
under all criminal  Laws of of Usa as the plaintiffs failed all efforts**

*Defend ant*

**Made to such authorities in past and so far.**

*(3) Plaintiffs lived in India for some
years until 70's and lived permanently
in USA since 1980. Govt of India , New Delhi
Failed Plaintiffs many times till 1980 & until now
\*\*\*\* Defendants failed from 96'*

*(see next pages for list of 4.8 Nos of Defendant*

**\*\*\*\* CPLR Motion & Mobile afidavit # 48A & B , dated 7. 18 .2005 for new
decision for evidences found since Post appeal filing with WCB, NY State ,
decisions filed on  1.24.1996 and another on 4.8. 2004 and motion to reopen case
pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal
Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor
policy of New York State Workers' Compensation Board 20 Park STREET, Albany,
New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac
Lake, New York 12983, 2003 , 2004 & June 2005.**

*11/2/200*

**\*\*Non_Gandhian oppositions** and theological/ concepts of
new morales in Mass_ movements world _wide.**

USDC

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts & anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

and needed treatments. As the Work injuries in car accident on 6.7.1993 at FDR Drive, Manhattan NYC was ver very injurious to body of two claimants the injuries, pain, headache , nervous problems due to trauma of car injury. Paralysis are still continuing to claimants. But the crooked attorney as she is used to harm sick and injured tries deliberately with the assistance of NY State open policy of state sponsored corruption of PATAKI admn Of New York State, she caused extreme damage to claimant. Her false rport kept the WC Board duly made award to Nirban Roy still unpaid. She is a risk to relocate outside New York or USA, The claimant Geronimo demand to F B I, Us Dept of Justice at 26 Federal Plaza NY,NY 10278 make immediate move to initiate enquiry to violation as stated anf arrest her anf she should be prosecuted to fullest extent of Laws of USA, However, the claimant as a 80% disabled social reforms and religious reforms in human animals developments all over the Globe do not suggest any jail term for her as the motto of this compaint if relief from W C Board and reforms in a corrl upt System anf its people. Similarly Mr James Borowski, CPA mention in the script shoud be immediately arrested as his illegal report caused body damage to Claimants. Another immediate arrest is demanded of one attorney of Travelers Insurance co in New York who represented employer Kentucky fried Chicken for work injury of Asugust 20, 1983, the pain, lower back . headcachec etc etc are still continuing after 23 years of accident at work.The Case was partly adjudicated by a Judge at WC board, Brooklyn and permanent partial injury was established and payment and treatment ordered bu WC Boad judge, But the old or late middle aged attorney, as the crook he was suspended all awards and treatments of the injury of 1983 in collusion of WC Board staff, SIF Attorney and corrupt NY State Workers' Compensation Insurance industry. The old man now, the attorney of travelers Insurance co if he is not dead yet be immediately arrested to answer his illegal steps in the Travelers Insurance case! s. If he is not arrested now then he may miss the event of arrest in process of Laws . He may however be not jailed as only correction in system is claimants' and employer H I I Inc's motto so that in future the weaker citizens are not made victim of abusive system. A. The Insurance Dept of New York State, Albany, New York is being made a 3rd party respondent in WC Board cases J Geronimo Jr aka K Roy v H I I INC 2 cases of 1993 injuries AND V Kentucky fried Chicken ( 1983 Case) v all 3rd Party respondents, et al. Hon George Bush by name my pi be removeD as 3rd party respondent but His designation of U S President of U S A The White House, 1600 Pennsylvania Ave NW Washington DC be made 3rd party respondent. Hon . George Bush as is, a world leader at a juncture of history of World ,full of corruptions, terrorism, violence, insurgencies, various actions of them for nationalism or terrorism , defined variously by world nationals of diverse interests group,may engage his time differentl y or keep his time free for more important crises worldwide.+++++++ total 28 named as 3rd party respondents to help prosecution of the cases . Most Parties or entities were criminally involved or were engaged in corruptions or allowed bureaucrats to break laws at random and others failed to supervise in their elected /appointed jobs in high offices as per their U S constitutional oath at beginning of term in office that they would ensure that US Constitutional Laws are maintained. The State of New York and Travelers Insurance company should be assessed Civil fines of atleast US $ 500 millions each for corrupt practices during 1990 – 2005 in workers' Comp Insurance Violations and allowing criminal activities by their bureaucrats. Kamal Roy aka Kamal Karuna Roy akia Joseph Geronimo Jr and was born as. An early age Orphan without known reletive known since becoming of age, as such no authentic or scientic recording of birth of Geronimo Jr, J But recorded birth may or may not taily truth! as is a case with Jesus christ , now a son of God but before he rose to glory for historians they had no valid exact DO Birth: Similar to a situation of former First lady of USA who had birth records disputed or has varied records : case of ZAZA

(14 P)

11/2/06

USDC/

**Subject:** Re: 9.29. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGE BELoNGed TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL ROY BELONGed TO THE WEaKER SECTION OF our allegedly jungle DEMOCRACY ; IF JUDGE opted or WISHed she Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy et al in the action, THe JUDGE FORGoT the NEEDs OR EQUITIES FOR THE WEAKER PEOPLE, & THAT IS A FACT OF JUSTICE; "WE THE members of PEOPLE" MUST APPEAL ORDER OF A JUDGE as THE ORDER did NOT EQUATE JUSTICE WITH most REDRESSes FOR COMPLAINTS THE LATER s are TRULY FREEDOM s OF EXPRESSION s OF PAINS, HARMS AND DAMAGES CLAAIMED by plaintiffs/appellants IN our mostly DIVIDED SOCIETY FOR MOST OF US TO LIVE IN: The text is QUOTED as statement FROM notice & appeal by appellant/plaintiff # 1 in the action "JUNGLE DEMOCRADIES ...ETC.." PLAINTIFF # 1 , A MOBILE PUBLICATIONS RATIFIED AND BY kAMAL rOY, PLAINTIFF # 2 /APPELLANT FOR ALL PRO SE 9.28 . 2006 :dated material: legal notice under U S A laws & notice of appeal to higher courts in USA:, et al 9 .28. 2006 IN ORIENT or AS DT IN WEST/WORLD :: MRS Gargi Lahiri Roy an unknown Indian with U S _spouse _,married under common laws and registered with authorities in U S A , govt of west bengal & govt of India notified. an annulment or divorce is necessary by laws, the woman is in a illicit plan to break marital tie repeat off th books of Laws illegally, just in 1, 2, 3 plan in jungle..... democratic as if no rule in Indian Jungle democracyaddress as below ALONG WITH 3 MORE lAHIRYS AS DEFENDANTS/APPELLEES IN THIS ACTION/APPEAL AMONG 160 PARTIES INCLUDING AGAIN mRS hILLARY C r CLINTON & MR ELLIOT SPITZER, CANDIDATES AT NOV 2006 GENERAL ELECTION nOV 2006 FROM NEW yORK STATE, PREVIOULY NOTED AS ET AL COLUMN OF DEFENDANTS NOW APPEELEES; EXPLANATIONS AND VIOLATIONS OF EACH PARTY WAS GIVEN BEFORE TO COURT FILING or NOTED FURTH BELOW.lAHIRYS INFLICTED HARMS AND DAMAGES DUE PERJURY ONINTERNATE, PHONE, OF FACTS DELIBERATELLY TO CONlUDE TERMS OF SOCIAL CONTRACT AND LAW ENFORCEMENT AUTHORITIES IN usa AND INDIA WERE NOTIFIED IN CRIMES & CIVIL RIGHTS VIOLATIONS AND DAMAGES IN JUNGLE DEMOCRACY IN iNDIA BY ADMN AHE THE PEOPLE LIKE lAHIRIS AND ASSOCIATES.***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Cri

**From:** vishwa dharma <vishwa_dh@yahoo.com>

**Date:** Fri, 29 Sep 2006 12:40:12 -0700 (PDT)

**To:** vishwa dharma <vishwa_dh@yahoo.com>, sirspeedylp@adelphia.net, karnaroy@aim.com, adenews@adirondackguide.com, ajolly@pressrepublican.com, amieg@rediffmail.com, auditscf@ca113.vsnl.net.in, bnews-tips@nytimes.com, box199@nysif.com, branch0439@charterone.com, calcutta@ttsvisa.com, Dhurjatiprasad Lahiri <dhurjati97@rediffmail.com>, gargi lahiri <gargi6819lahiri@yahoo.com>, letters@asianage.com, smritiksharn@yahoo.com, state@ny.us/governor, stockholmweb@state.gov, askdoj@usdoj.gov

**CC:** askdoj@usdoj.gov, cm@wb.gov.in, Dhurjatiprasad Lahiri <dhurjati97@rediffmail.com>, tconnors@nydailynews.com, thehindu@vsnl.com, thestatesman@vsnl.com, ttedit@abpmail.com, tvnews@vsnl.com, viswa_dh@yahoo.com, wbhrc@cal3.vsnl.net.in, web@us.doj.gov, webmaster@unicel.com, ckonieczko@ap.org, cm@mp.gov.in, cm@mp.nic.in

*vishwa dharma <vishwa_dh@yahoo.com> wrote:*

Yahoo!  My Yahoo!  Mail    Welcome, **vishwa_dh** [Sign Out, My Account]Search Home  Help

**YAHOO!** SEARCH

**Web** | Images | Video | Audio | Directory | Local | News | Shopping | More »

| Jungle | Search the Web | My Web (beta) |

**AnswersMy Web** | Search Services | Advanced Search | Preferences

# Search Results

1 - 10 of about 254 for **jungle democracy kamal roy opinion** - 0.19 sec. (About this page)

## WEB RESULTS

1. CANOPAS Local **Opinion**
   ... the disturbing belief that our troops are not fighting for **democracy** and freedom. ... **Roy** Schmidt and others have given good political and military reasons ...
   www.canopas.org/**opinion**.html - 154k - Cached - More from this site - Save
2. Wither the Empire; The Rise of Global Resistance By Omar Barghouthi
   **Opinion** Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati **Roy** writes: ...
   aljazeerah.info/**Opinion** editorials/2004 **opinions**/July/16 o/... - 48k - Cached - More from this site - Save
3. SLR Opinions
   To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
   www.ded.uscourts.gov/SLR**opinions**-1.htm - 524k - Cached - More from this site - Save
4. HIMAL SOUTH ASIAN
   ... comes only with the practice of **democracy**, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati **Roy**. ...
   www.himalmag.com/november2001/**opinion**_2.htm - 58k - Cached - More from this site - Save
5. Opinions-30-Days
   To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...

In the *U. S. District Court, S.D.N.Y,* 500 Pearl Street New York 10007 / In the **United States Court of Appeals for the 2nd Circuit of New York, NEW YORK 10007 :::**

9/28/2006     9/30/2006     (5)

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++

All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.                    (35)

Oppressors in association with alien force ( examle of Iraqi nationalist faith based movements and growing insurgencies as defined by superpowers or allies as

self_styled **Democratic**

**Supervisors** of the WORLD.

Plaintiffs and Plaintiff/sole appllee "Geronimo Jr rightfully claim non_partisan national Interests/correction/ in true interests of " We the citizens who live in USA and citizens at large all over the World who may follow american ideals in the name of Democracy. ++ ut the Defendants made the privilege harder. In Most of Western Europe in deloped economy nations with high sense of social equities and sense of Justice if a democratic leader fails in major responsibilities , he/ she often call for national mandate or new election of leader or new parliament but USA prefers to turn to dictorship of "Leader", for example Mr George W Bush a defacto Dictator of USA staged war in Iraq agINST WISHES OF 50 % Americans population, Iraq policy almost failed in virtual scandal ; about 2000 U.S armed force members were killed; thousands were injured or crippled; thousands of innocent civilians died in Iraq encounters/ massive in humane Bombings, Mr Bush still can dictate his own ego and name it national interests, Dictators do often say so ( Remember Hitler ' s Germany. When Bush's approval rating has now gone below 40 % of American population. Mr. Bush did strike alien army in Afganistan, almost with little reason, therein, many young Americans in army et, al lost lives, In Bush's definitions of Humanity and DEMOCRACY, ALMOST HALF OF WORLD's POPULATIONs are TERRORISTS. No body is sure about the true difference in between a so_called terrorist and a true nationalist. In Gandhian era terrorism with national freedom were so common in India , so is true in Countries world_wide, Many Kashmir Nationalist forces are sacrificing their lives truly not for nothing. Even a poisonous Snake usually may not bite an animals until some one or body pretends or do really strike it first. So are the terorists. Foreign Nationals freedom are in stake based on faiths, isms, political considerations etc etc. EVEN MANY American , legally and in all considerations 100 % American have been termed as legal terrorists : Mr Bolton was appointed as ambassador/ Representative in World body UNO against wishes of US Senate. We know for sure it is no lesser job than one "Hitler in world war II era. Many poor american minority and racially neglected citizen in New Orleans died due to corrupt policy under Bush ADMN. At least some hundreds of lives could be saved in rich nation like USA if Bush did really a priority of reliefs for poor americans. Latest in a political deficiency he made a political Pay offs to one very JUNIOr , may be talented (talented lawyers are plentiful in USA. In fact USA got talented People in all fields ofeonomy , finance , societal conditions but most powerful dictors

Global, New York and USA incidengs of Corruptions must stop against weaker People in JUNGLE Democracies.          14R

Jr 9/30/06    Josh K Roy    Kamal K Roy  9/28/2006
Jr Ad 5 Re Plantiff (Roy
Jr

al- WILMINGTON    U SDC  District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF

Civil Action No.

Jungle Democracy

Jungle Democracy ... etc. by Kamel R Roy

Plaintiff(s),

v.

USA

Defendant(s).

See attached list

Total

Defendants +158

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

KAMM K ROY

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ____ do not ____ (check one) request that the court direct the United States Marshals to Service to serve process. In support of my requests, I submit the following affidavit and state that:

SS# 5-78-50-4399

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: Civil rights violations in Jungle democratic conditions in

(3) I am entitled to redress, USA & outside world

I further state that the responses I have made in the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

MARITAL STATUS AND DEPENDENTS

Single ____ Married X Separated ____ Divorced ____

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name M. Mita Du Roy    Age 17    Relationship daughter
Name M. Rinku Du Roy 17    Age 17    Relationship daughter
Name Ms Urba Bakshi Roy    Age 15    Relationship

RESIDENCE

Street Address:
City:    State:
Zip Code:    Telephone:

Kamel K K Roy  The Reverend  Dr Joseph Geronimo

Delaware    WILMINGTON

Continued from page 5, 5set    Page 2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Eshibit

NIL    Cash $ 15.00 (fifteen $)

I am poor disabled priest

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

531    benefit to    $ 488.00 p.m.
Pl see Letter from SS Adm dt Oct 8 2005

USDC

7. Do you pay for rent or for a mortgage? If so, how much each month?

pay $ 181 in Housing Complex at Saranac Lake, NY 12983

8. State any special financial circumstances which the Court should consider.

Debdwar   I am Sr Citizen. I am have been sick and disabled due to
DE   accidents and etc for some years. Although comd I
may not be academically not poor; I am M.B.A.

CMS degree in Transportation Management
(SUNY Maritime College, Bronx, NY City)

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.   1973)

I declare under the penalty of perjury that the foregoing is true and correct.   and Doctoral Degree in

Signed this   5 4th day of   November   2005   Divinity I Was oppressed

Original Civil   Kamal K Roy   by State Bret entities per
Complaint is   _____
                 (signature)

Original

Enclosed + 3 copies;
U.S.A is a Defendant   Joseph Geronimo & due petitioner process of laws arise) Civil rights   for many failures in

For all Plaintiffs pose for self and   Kamal K K Roy
financially weak for Roston (unincorporated) for & the Joseph Geronimo   11/2/06

K.K. Kry AFFIDAVT · Cont'd                    Page—2

3. Have you ever received, within the past twelve months, any money from any of the following sources?
a.  Business, profession, or form of self-employment?        YES___  NO ✗
b.  Rent payments, interest, or dividends?                   YES___  NO ✗
c.  Pensions, annuities, or life insurance payments?         YES___  NO ✗
d.  Gifts or inheritances?                                   YES___  NO ✗
e.  Any form of public assistance?                           YES ✗  NO___ Disability
f.  Any other sources?                                       YES___  NO ✗  SSI
                                                                   & Retirement
USD2/   If the answer to any of the questions in part three is yes, describe each source of money and state
        the amount received from each during the past months.  Total $330 pm   See letter E. A  SS Adm
                                              from 1995                     SS Admn, New York
                                                                                  s
Delaware 4. Do you own any cash or do you have money in a checking or savings account?
DE
            YES___  NO ✗  (Including any funds in prison accounts)

            If the answer is yes, state the total value owned.

            ____ Nil ____ only 20·00 cash on hand
            (No Bank A/c ) now)

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including
ordinary household furnishings and clothing)?

Origa       YES___  NO ✗

Original    If the answer is yes, describe the property and state its approximate value.
                                        Nil

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s),
and indicate how much you contribute toward their support at the present time.
        I & have 3 minor children (3 daughters Natural born
① Miss Das Roy & Rinku Das Roy (Twins) & brother
7. If you live in a rented apartment or other rented building, state how much you pay each month for rent.
Do not include rent contributed by other people.   Miyu Roy born in 1857 India
        now Living at Bhattacharza Purna Katuri Both Bihar(O.t each no old Father
                at Birati, WB India a Alien now working
        and  MS his UAPI Bakshi Roy born to US Gurt
8. State any special financial circumstances which the court should consider in this application. Court
I am unable to help financially. Mother Maushume Bakshi Roy (Now living at Rehobel
But I intend to help them now, living in U.S. Kg. Keln
When I shall be able to do so permanently. children born at home all in some village Home
        Kamal K Roy     May help some day in after
        a/r/r J2            As I am disabled    India.

Kamal    How disabled priest     sick now.
Roy      Kamal Roy            4/6/06                962 PTD
         Kamal Roy           4/6/06            Page 3
         Kamal Roy           5/6/06        11/2/06
         Kamal Roy 11/2/06

(3)

KKRoy Affidavit contd    original

(3)

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct. For financial state and Family and Obligations

signed this 7 th day of April 20 06

USDC Delaware
Wilmington DE

1980?

Franklin County
New York State

KAMAL K Roy SWORN
before you on

10/5/2006  6/7/2006   Notary Public   Disability — No

Kamal Kurira
Kurira Roy

am Us naturalized citizen   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

signature
of deponent

Notary Public

Kamal KKR    Original

11/4 06

Exh — Letter

from SS Admin
& medical

Roy Ja all Agency Reports
for self and
Hon Executive of
4 ( U-S Lawful Associations
financially Weak

A mobile at
clergy at
San Jose   Now U.S. Citizen
Naturalized (since 1994)

Kamal K K Roy

May 2006 Kamal K K Roy

(Kamal K K Roy)
(signature)

SS N # 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

Disability — No

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

Kamal K Roy

LET THE APPLICANT PROCEED ON APPEAL WITHOUT PREPAYMENT OF COST OR FEES
OR THE NECESSITY OF GIVING SECURITY THEREFOR.

Kamal KK Roy a/k/a
The Rev of Joseph Geronimo jr
United States District Judge   a/k/c Joe

Dated

Was born   as Joseph Geronimo jr
(A   at Guam, us
A part disabled

U.S   citizen   no priest

on SSI/Relive

meet
payment

Of Total $528 W

for
only
Kamel Ks
(Pro se)

Kamal K K Roy
a/k/a Joseph Geronimo

Kamal K K Roy born
a/k/a and Was Joseph
as   Geronimo jr

Kamal K Roy
11/2/06

(26)

# Social Security Administration
# **Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2005
Claim Number: 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 DI

125    CMP5,M10,151,037976    000037976 01 MB    0.309

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual–Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

## **Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2005 | Continuing | $489.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2005.

## **Information About Your Payments**

Your regular monthly check of $489.00 will be sent to your representative payee about the first day of November 2005.

## **Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

SSA-L8155

EDWARD J. MAZDZER, MD
Diplomate of the American Board of Psychiatry and Neurology



June 29, 2005

RE:    Kamal Roy
DOB:    03-31-34

Dr. David Thomashow
46 Church Street
Saranac Lake, NY 12983

Dear David,

I had the opportunity to see Kamal Roy in follow up for his headaches. You had obtained an MRI of his brain last month and asked me to review that along with his ongoing complaints of chronic daily headaches and dizziness.

As you know, I have seen him several times before and he has reported persistent head and neck pains dating back to an accident in 1993. He had suffered injuries to his head, neck and shoulder at that time. He has been followed by doctors in different locales for this over time.

Presently he takes Tylenol and a pain medicine from you that still do not make his headaches go away. His headaches worsened over the past two months and occasionally can be associated with nausea where he will have difficulty with eating. He has also complained of dizziness with some spinning sensations at times as well.

I understand that he is to be evaluated next month by Dr. Byrne for his persistent left shoulder problems. He has had an MRI of the shoulder done as well.

On examination today he remains dysarthric and difficult to understand, although he seems a bit better today than in the past. He is displaying spasticity in all extremities but left is much greater than right. He has a bit of a left pronator drift as well. Reflexes are increased throughout as well. His gait shows a stiff, spastic gait with significant circumduction primarily on the left side. He is quite tender in the cervical paraspinal muscles and has positive Tinel's signs over the occipital notches that reproduce his pain.

I have reviewed the MRI with him that reveals several areas of abnormality primarily in the subcortical white matter. The left posterior internal capsule thalamic region has a rounded area with magnetic changes possibly consistent with old bleeding. As you will remember, he had a stroke in 1987. There is also a more diffuse area of abnormality in the extreme capsule in the right hemisphere that probably would be fairly asymptomatic. Finally, the FLAIR image shows changes around the posterior horn of the right lateral ventricle. There is no mass effect of enhancement in this locale. He has significant atrophy throughout.

P.O. BOX 1269, 2249 STATE ROUTE 86, REDFIELD MEDICAL BUILDING, SUITE 1
SARANAC LAKE, NY · 12983
PHONE: 518/891-9795 · FAX: 518/891-6302

Kamal Roy
June 29, 2005
Page Two

IMPRESSION: I still believe that Kamal Roy's persistent headaches are primarily related to his neck. Dating back to his accident in 1993 he has had persistent neck and head pain complaints. I would suspect that a referral to physical therapy may be helpful. Normally I try to avoid chronic daily analgesics, as these can lead to analgesic rebound headaches.

He still has such significant spasticity that even the therapy in the short run may not be all that helpful unless he can be loosened up further. Apparently he has been on Baclofen in the past but it is unclear if he is taking any at this point. Normally Baclofen is not that helpful for central spasticity, which is probably mostly what he is experiencing presently.

I doubt that the MRI findings are causing his headaches, as they are deep and in the white matter regions and typically do not cause pain. I believe that most of these are probably explained on the basis of is prior stroke, as well as his head injuries as well.

I hope this information will be helpful to you.

Sincerely,

Edward J. Mazdzer, MD
EJM/bl

USDC

REFORMS INTERNATIONAL ( wing : EXCHANGE UPA...IN)
(division of 'HAMDIC' P INTERESTS INTERNATIONAL - W.R GROUP
(non PROFIT TAX EXEPT BY U.S DEPT OF TREASURY, USA E.IN: 13-3462738
07 A NO. REGENER. AVENUE, STATEN ISLAND, New York City, N.Y 10301.
Local address : P O Box 1173, Saranac Lake, New York 12983.
Ph. (518) 891 5466, 891 8556

*WELLNESS CENTER AT SARANAC LAKE*

• 8 Church Street   •   Saranac Lake, NY 12983

Phone (518) 891-2095   •   Fax (518) 891-2171

David E Thomashow, M.D. – AT7915094                    William Marinis, RPA-C – MM0356748

Name  Kamal Roy                                 Age
Address                                         Date  ___/21/05

Rx   Mr Roy suffers from several post-
traumatic cervical spasm and associated
headaches. He sees me regularly for this and
other medical conditions. He also sees ...
Dr. El Maydier for this problem.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW.

REFILL _____ TIMES

M.D.D. _____                    Dispense As Written

If Questions, Please Call:  2784320
Contact      CREDIT DEPARTMENT                    NMN

26830307
NIAGARA FALLS MEMORIAL MED CTR
621 TENTH STREET
NIAGARA FALLS, NY
14302

ROY , LISA N

01/23/02                        03/24/02

Please review and make corrections on the back of this form
Insurance Name          Policy #

WE ALSO ACCEPT VISA & M/C. SEE
REVERSE.
Card #
AMT AUTHORIZED $
Exp. Date
Signature

1.
2.
3.
4.

AMOUNT
ENCLOSED
$

NIAGARA FALLS MEM MED CNTR
PO BOX 1685

1 AT    0.269  06



A101.
36

We forget that we are like most other animals

ANIMALITY DEFEATS ALL
RATIONALITY IN 21 ST CENTURY
Int'L WE MUST REDEVELOP HUMANITY
WORK ACTIVITY

ARTIST'S STATEMENT
Drawing attached
HUMANS ANIMAL DRAWING

-AT [ MAIDAN, KOLKATA ] INDIA, ON 03/21/2006
"Human Development — Re
development and research exhibition
— Employer:
Handicap Intern't
Int'L (N.R Group)

FROM: 400 ₹ -SIX METER

Exh - 36
WORK ACTIVITY Int'l
HANDICAP INTEREST Int'l

human animal

- BESTIARY REPORT, DRAWING OF AN ANIMAL, INTERNET AND OTHER RESEARCH ON THE SUBJECT.
SELECTION OF ANIMAL BY NAME, DRAWING OR CARTOON OF ANIMAL AS THE ANIMAL WITH DESCRIPTION
OF FEATURES OF THE FEATURES AND THOUGHTS OF HIM IN CONCERNED FIELDS.

- THE MOST KNOWN, ANIMAL ON THE PLANET EARTH, IS "HUMAN ANIMAL" OF 21ST CENTURY. OTHE
KNOWN ANIMAL'S WERE DISCOVERED DISCOVERED FROM INTERNET SOURCES LIBRARY NCCU AND
MISCELLANEOUS SOURCES, THE ROLE IN NATURE AND POWER

- STRUCTURES AMONG ANIMALS WERE KNOWN IN AGES BUT SPECIAL REFERENCE IS MADE NOW TO EARL'
21ST CENTURY ACHIEVES, THE "HUMAN ANIMAL" WAS AHEAD OR OTHER ANIMAL'S BY SUPERIORITY,
STRENGTH, MOVEMENTS AND MOST EFFECTIVE PURPOSES TO ANIMAL KINGDOMS. ALL ANIMALS ARE BY THI
CENTURY.

JGd
9/34/2006
3

JGd
11/24/06

Page - 6 ?



**World News** from New york :8.6.2005 :: Cventional any American/ U.S GOD was made
Defendant like any non_ individual or corporate Defendants, in a civil action in USA; as any conventiona
God in US/India failed to control civil _damages, & individual Plaintiffs suffered::
In *UNITED STATES DISTRICT* Court SDNY,500 Pearl st, New York , N.Y 10007, US.(CIVIL)

..ts on job injuries, the themes of Books written may be controversial to some, may be even widely
st_read, but book and themes may have/ been circulated through Electronic publications world_wide;
: such, construction errors or spelling error may be plentiful as , text of scripts were partly typed in
computers by disabled person with brain injuries from job related accidents. As the English languages
ave mobile spelling and construction styles at countries world wide, where English is a medium of
ublications-we, the editors and Publishers of " Jungle Democracy ..... etc " declare that some . The
Reverend Lisa N Roy a victim of above laws violations in US AND INDIA, & AN
  2_OWNER AND INTERESTS HOLDER OF CERTAIN PROPERTY DESCRIBED IN THE CURRENT SCRIPT OF
AFFIDAVIT AT 16 F , 46 C, CHOWRINGHEE ROAD , KOLKATA 700071, IN INDIA BASED ON CERTAIN REAL
ESTATE DEED RECORDED WITH THE REGISTRAR OF ASSURANCES, GOVT OF WEST BENGAL IN OR
AROUND 1997 WHEN PLAINTIFFS VISITED IN KOLKATA INDIA. THE DEED IS IRREVERSIBLE AS THE
LOAN IS ASSOCIATED IN BETWEEN PLAINTIFFS AND THE PLAINTIFF NON PROFIT ASSOCIATIONS ALSO
REGISTERED IN INDIA AS PER LAWS.PLAINTIFF : : REFORMS INTERNATIONAL PO BOX 1173 NON
PROFIT PUBLICATION WING IS LAWFULLY REGISTERED WITH THE CHIEF METOPOLITAN MAGISTRATE
OFFICE GOVT OF WEST BENGAL, INDIA &  WITH AUTHORITIES IN THE USA INCLUDING WITH  BUREAU OF
CHARITIES, OFFICE OF N Y STATE ATTORNEY GENERAL,NEW YORK, N.Y 10271 .

*We approve repeat approve.. such writing. .. Joe from writing of 'Jungle Democracy...........etc" .......We are very sad to ,
announce that conventional Gods are losing powers to control affairs of Humans, animals, and  for welfares of living beings,
mostly human_species.The epidimic from lines of "Human_Gods" have made modern democracies as new empires of
Greed/Control by powerfuls, new slavery for the weaker section  of people/poors/have_nots who are trading their democratic
ights for bare necessities of survival of lives. The conventional Gods and ethics must have  INcarnations, again, to replace
uman_Gods, or any devils, powerfuls enough  by manipulations, intelligence, power, money, coterie,etc etc;to
shelter our lives. ***************** Note: Errors and omissions  may be tolerated  by readers, if
any, as a matter of Handicap_literature handicap literature, in matters of typing or construction  in English_language
if typist of the scripts is disabled with brain injuries. With work related accidents.*

JURY  Trial is demanded for a Gleb
************************************************** Human.
Gods and devils  do jeopardize democratic rights and freedoms, for true welfare of human_animals and civilizations o
urrent generation and the future of our future generations.Human  lives are immortal  through  our next generations
h rough our offsprings.Wee have agreements with  *mother Nature* to protect  next generations of our species. Th

**Plaintiffs**  are sad to announce that conventional Gods are losing powers to the  assumed rulers  &
dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts are definitely superior
Human_Gods, in terms of Faiths, if they  are  not ornamental  in Magical powers of Gods & pragmatic beliefs and  amended  time bases Faiths. 1
Raise **SLOGANS** world  wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies,  with no foreign Control" from
writing of of the reverend: **JOseph Geronimo Jr,aka kamal  Karuna Roy Priest ( a Plaintiff)** of never people kick
tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression
by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ
rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or chief editor the
Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Rellegions
Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.



**WOODHULL MEDICAL AND MENTAL HEALTH CENTER**
760 BROADWAY, BROOKLYN, NEW YORK, 11206•718 - 963 - 8000

```
456191 6 G 01/26/1964 F
ROY              NIRBAN
2049 RICHMOND TER. 3R
STATEN ISLANNY 10302
              8000456916
```

ME#13

TO WHOM IT MAY CONCERN

THE ABOVE PATIENT HAS A SEVERE
NASAL/SEPTAL DEVIATION - FRACTURE.
THE PATIENT STATES THAT HER
BREATHING DIFFICULTY STARTED AFTER
HER AUTO ACCIDENT.
THIS NASAL SEPTAL DEVIATION/FRACTURE
WILL REQUIRE SURGERY FOR CORRECTION.

IF YOU HAVE ANY FURTHER QUESTIONS,
PLEASE WRITE TO ME AT THE ABOVE
ADDRESS - ENT CLINIC 2B330.

Robert A. Tower Jr. M.D
NYS Lic # 183466
DEA # BT 2765420

Exhibit Nirban Roy Medical

11/7/06



# Neuroscience Associates of New York

. · 1099 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Michael H. Schuman, M.D., F.A.A.N., F.A.C.P.*
Steven B. Schwartzberg, M.D.
Frank Lon, M.D.* *

\* Certified, American Board of EEG, Inc.
\* \* Certified, American Board of Electrodiagnostic Medicine

*Neurological Surgery*
Harvey R. Leventhal, M.D., F.A.C.S.
Ashok Anant, M.D., F.A.C.S.
Edwin M. Chang, M.D.
Petra Gurtner, M.D.
David L. Masel, M.D.

May 17, 1995

Medical Director
State Insurance Fund
199 Church Street
New York, NY 10007 ·

Re:  Karuna Roy
     EMP:  Handicapped Interests
            Int'l., Inc.
     D/A:  2/26/93
     Claim #:  3748842 016

Dear Doctor:

Mr. Roy is re-examined in the office today.

Interval history reveals that he is not doing well and he is continuing to complain of headache in the bifrontal region, dizziness, as well as lower back pain radiating into both legs.

Neurological examination today reveals a clear left homonymous visual field defect as well as mild left hemiparesis effecting arm greater than leg. There is also pain on bending over and muscle spasm when examining the muscles of the lower back.

I continue to regard this man as totally disabled. He requires a course of physical therapy to the lower back region. Please authorize the needed treatment. We have been informed that you denied physical therapy and the patient is referred to an attorney so that the issue may be presented in court where I will be happy to delineate the need for treatment of this injured worker before a judge.

Sincerely yours,

Michael H. Schuman, M.D., F.A.C.P.

HHS:ck
cc:  WCB

9920 4th Avenue, Brooklyn, N.Y. 11209 • 718/238-0878
Fax: 718/442-9085



**DEPARTMENT OF THE TREASURY**

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date: NOV 2 2 1990

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.N. & W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Employer Identification Number:
13-3525610
Case Number:
115620307
Contact Person:
C. MOORE
Contact Telephone Number:
(718) 488-2915
Our Letter Dated:
November 10, 1992
Addendum Applies:
NO

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(c)(3) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, and the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050-(DO/CG)



Page 36 . Original    U S D C / Wilmington
District of Delaware DE 19801 BE

the United states District Court of ... D.C F S.D.N.Y .............. District of ...Washington DC/ New

Violation of US Anti & Trust Laws by News Media - dumping news of Weak

USA ........ Civil ......... ADDITIONAL Complaints/ AFFIDAVITS . Docket # ..... Judge . FILED ON ....

WRIGHT TO BECOME ELECTED LEADER IN U.S DEMOCRATIC
REPUBLIC DENIED FOR FOR WEAKER AND POORS MILLIONS CITIZEN
JURY TRIAL DEMANDED
Right to become a Sr Leader in so called free world Jury was denied to poor/weak
CIVIL CASE #
DAMAGES — Punitive compensatory — JURY may decide amount
Work 500 US$ in Billion to 13 US$ Trillion for loss of
Democratic freedom & fight to be a leader in USA

Title: "jungle democracy... Cat and Mouse doctrine... oppressions Of rich and powerful ... to weaker people...
an electronic book and hard copy editions Publisher: Reforms International
By Rev Lisa Roy - Chief Editor and World wide part disabled mobile and
stationes priest at places as required. el al... plaintiffs/appellant ISSUE
Courts may not refuse filing of legal violations and grievances against Us
GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s
Constitution guarantees filing such GRIEVANCES TO ANY Government for
securing Justice for United States Citizens. The District court, mUS
violated US constitutional guarantees to Citizen/Plaintiff sole appellant no
poverty clause : May be the U.S Supreme Court may have to decide
resolution of the issue raised by the Sole appellant now, Joseph geronimo
jr, a disabled unknown priest looking for US Justice but he found extreme
staggering problems to get justice on issues raised at U.S District Court
SDNY. However the plaintiff/appellant Geronimo may not have any reason to
support ide that USA justice system may not be behind other countries of

Author Rev. K Roy et al (Total 5 Plaintiffs)
See List attached

Now N non hostile Defendant

Vs
36
USA Govt . Washington DC
ELIOT SPITZER NY3 A General
Gods. Man conceived entity to control morch etc
— Now failing Globe Wide
Democratic actionable entity
NY State Albany NY ; Hillary R clinton
US Senator

HILARY R Clinton (a US senator)

Federal Elec Commission (U.S.)

National / International / SUPERPOWER national LEADERS !!! PLEASE FORM CHARACTERS Of Compassions for
common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods,
devils or " WE THE PEOPLE" for your violations on "PEOPLE" and THAT IS A REMINDER. and Message (2) : Plaintiffs are so
happy from a news item this morning, om 11.6, 2005, that The white House ( U. S. Govt) has planned a course on ethics for
MOST administrative personnel AT THE White house, but " Head " of the white House, should not be discriminated from joining
such course on " ETHICS" at Govt expense. But the problem is to find an acceptable and qualified "Instructor" for Hon. George
W. Bush, U S President to teach him, ethics of democratic principle , therefore the U.S District Court may lawfully suggest a
way out for resolution in the matter , however matter is vital to USA, and prayer, is also made by Plaintiff on the issue.= The
matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical
international policy of the HUMN GOD President BUSH (?), who may make or break fate of many armed personnel of U.S.A
or foreign countries or thousands of civilians dying in pain abroad even in peace, time world situations due to national
atrocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned, and in retaliation, acts to fight back, by so called
terrorist/nationalists /unknown type of living souls **** That " NEW Gods" in the new world of " divinity and GODS, are in
making for the next generations of New People from just tomorrow. We want new Gods (in
That Joseph Geronimo Jr was born in Guam & was orphan. He lived in USA outside
oriental Hindi language : HUM SORKO NAYA Bhagawan/Allah chahiye

Eliot Spitzer NY attorney General Clinton & Spitzer (NY) Candidates NOV 2006 Election

Clinton US Senator

2 DEFENDANT DAVE

Now orphan us citizen (1994)

‡ TIME KE LIYE: Bengali : ami natun ishwar chai banchar proyojane◦ i.e. to demand by people on earth to
peacefully survive, as matter of rights ALL human-ANIMAS ARE COMBINED EFFORTS OF
HUMAN REPRODUCTIONS Nature of animality, WITH ACTIVE ASSISTANCES OF Mother Nature, Gods
and societies, found ethics of the current generations, as such we may demand to survive with protocol
of New Gods, new people next generations, however we are not sure if Mother Nature
may subject to protocols, if any, and what speed of acceptance of the same or other...From
Joe'mobile texts.

1/20/13  For one U.S individual plaintiff + 4 led prius associations as
Kamal R K Roy US naturalized citizen (1994) d/b/a
& was born as geronimo jr in Guam (U.S Territory)

Kamal Tom Executive) see FRCP
R K Roy Defendants

from NY 3rd State party 15 + 15 Defendants
Who directly violated right to be a leader in free world as

IN THE USDC / DISTRICT OF Delaware
at WILMINGTON
**In the U S District Court** ~~persary Washington DC 20001 / New York 10007~~ DE 19801

~~U In the United states District Court of .. DC / SDNY............. District of ...Washington DC/ New York.... USA........~~

4th Civil.....Complaints ....... Docket .... ~~CIKL~~ CASE No. ____ 844 N King St,
Floor Room 4207    JURY TRIAL DEMANDED    Lock Box 18
Jungle    Complaints
Democracy    That    Date 11-02-2006 Wilmington
etc    Want

By Kamal LRoy    ~~Society of Democracies in GlOBE, we must such Gods as reincarnated "Absolute GOD/ S" of free~~ 31
~~world. Quoted from The JOE's text of "JUNGLE DEMOCRACIES, Oppressions. etc world wide, Dec 6,~~ 05/1
~~2005. All Respectfully submitted Kamal Roy aka J G Jr for all Plaintiffs Pro Se (INDIVIDUAL and~~
~~Unincorporated Associations including a Mobile Electronic and hard copy Book, as shown in Plaintiff~~
~~# 1. New York 12983, USA.~~ GODS are man-made concepts. People may be ordered

a/k/a    +New understandings of GODS, "Mother Nature "+ and people of all walks of life and    to
J G J    **DEMOCRACIES**    truthfull
    **We. " PEOPLE ", MUST DEVELOP FULLER FAITHS IN GODS ACCOMPANIED BY**    amend
et al    **DEVOTION TO GODS. PEOPLE ,Mother Nature** along with mutual trust, cooperations,ethics    So they
    etc anything best we can conceive Human animals can accomplish for over all traditions of animality    they
Vs    qualifications with catalytic rationality, From Joe's J.D, Mobile Book volume of contemporary world    Con wove
    With major peaceless sorrounding, Chaos but with subdued passion of life., Gods in retrospect. A New    God/s
    Face , ethics , uniform blissful entity is required at current juncture of civilization in turmoil to unify    in
    PEOPLE    c/o P.O BOX 1173 s/L NY 12983 EIN 13-3566610    Demo
Ms    World wide, for coexistence, cooperations and developmental purposes of Human animals beyond    cracies
Hillary    borders. **beyond territorial water partitions of seas, land beyond, ecology patterns,**    in Globe
R. Clinton    **beyond timing of SUN RISEs and SUN sets with human animal sic diversities of cultures,**    Who my
C/o    **religions, nomenclature of Gods, and God like Persons of Human body, or incarnations viz**    create against
Mr W J    **ALLAH, JESUS, Siva, Buddha, Moses, Mohammed, NANAK of SIKHS, confucious,Gandhi,**    in
Clinton    **Martin Luther King,, Karl Marx, V.I.Lenin, George Washington, Late, ex USA ET AL. From**    Demo
    **the dreamland of anti-thesis of "JUNGLE DEMOCRACY ETC....." by JOE, a poor commoner**    cracies
Us Senator    **priest of People and Diverse Gods and Religions. The Future of Election of Gods in Globe**    in Globe
Washington    **must** by News N Y Times dumped weaker Candidety of NY Midterm Election 06    Who my
USA    **Have commoners and have nots in societal spectrums, not only the powerfuls of today who**    create against
    **supervise Gods and divine systems for their own advantages devoid of best interests of**
Gov't;    **commoners.** That Defendant New york Times along with other    in Democra
God/s    ~~in~~ their flaw ~~creations~~/ religion were engaged in Us Anti-trust Laws Violation    cies
in Democra    **Jungle democratic essentials, decades old trends of abuses including deaths, misc accidental,terrorist,**    all Jurisdictions
cies    **Governmental Bombing attacks by powerfuls and Super power Nation / s and others, and facts were**    of Laws
    **based of researches, realities and Faiths of Human civilizations these days as there are apparent great**
    **chaos and crises among living souls of HUMAN ANIMALS in leadership, commoners, ecology environments,**    NY
    **Morality..The bitter sweet christmas gift for All oppressed from the weaker people, have nots and all oppressed**    State Gov't
    **World wide democracies ::** ~~we give a piece of our broken heart to~~ News Media in NY November/06    & New york Times
N.Y. State Gov't    You so that you may feel your animal strength , and that is most we have in our store++++++    (100
& New york Time    Complaints of U.S. GOVt./ N Y STATE/ Indian Govt/ U.N.O, New York USA 's OPPRESSIONS & in    NYs)
(100 Nls)    neglect with failures to grant privileges of First amendment right of U S Citizens to petition the Govt    Times
SWORN IN    to redress specific and many grievances of individual Plaintiff and his Associations / Joe's research    2
    mobile Publication (ELECTRONIC and HARD COPY OF THE BOOK ; "JUNGLE DEMOCRACY Cat
Names of Gods    & Mouse doctrine of oppressions to weaker people by the Rich/powerful people/ Nations …Etc. and as
    the plaintiffs damaged and suffered inhumane treatments and associationS SUFFERED as plaintiffS
    IN MONEY AND MISCELLANEOUS Damages for over decade, private defendants took chances for
    abusing plaintiffs as all of plaintiffs belonged to weaker people of democratic society, as a person or
    associations ; Geronimo Jr and his associations' grievances were left unattended for decades and the
    due process of Laws were dnied To all Plaiontiffs. Govt defendant also discriminated for granting
SWORN under penalty of perjury     respectfully submitted for grant of aspirats
☆ **LEADERS ! PLEASE FORM A CHARATER Of Compassion for common human being of the Nation before you contest for any power in**
**DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal**
**changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of**

14 KiwasayRd. NY 12983
c/o P.OBox 1173 s/L    11/4/06    11/4/06 Kamal KR     (KAMAL R
original    Pursteauv #1953 to    2     11/8/2006    Roy
    FRCP the Civil    appll    all Plaintiff    SS# 578-80
    action can be maintained         4359

The U.S District Court, SDNY, U S Court House, 500 Pearl St, New York,
York 10007

Complaint /civil USDC/ Delaware

**filed by**

**USPS fee paid mail Sto Court and others court fee US $ 155.00** by USPS Money order
**\*\*\* attached for civil court proceedings, rest may be decided by court**

Plaintiff

**Matter both, civil and criminal**                    **Docket No.....................**

#1 ① Jungle Democracy — oppressions    et al    By Joseph Geronimo
# 2 3. Handicap Interests International- World Religions Group, Non Profit Tax exempt, (parent Group of    Jr
Handicap Interests International Inc., a Type A non profit New York Corp, incorporated on Nov 2,
1904 as defacto part of plaintiff divn. Reforms International publishers "Jungle Democracy........"548    Afic
West 160 St, new York, J Y 10032, \*\*\*107 A Scribner Avenue, Staten Island , New York 10301.    KAMAL KK Ry
**Mailing address\*\*\*\*\*\*\*** : PO Box 1173 , Saranac Lake, New York
12983 .. N Y unincorporated Non profit Tax exempt association. By kamal k Roy Non Executive
office& Lisa N Roy , Hon. Deputy Executive officer of above Plaintiff

Plaintiffs 2    ②/ The Reverend Joseph Geronimo Jr a/k/a Kamal Karuna Roy, U S citizen, Religious strategist, Social
reforms soldier, U.S Part worker (80% approximately, medically )disabled Priest due to work related    ⑤
# for    injury in New York City in 1993. Author, Mobile electronic Publication : "JUNGLE DEMOCRACY .......Cat
#3    and Mouse doctrine to oppress weaker people/ Us Citizen , alien et al and foreign countries. et al. ......
Plaintiffs. All addresses as in 1. et al    Plaintiffs    ㉕
for  ④ Lisa N Roy  PO B 1173, s/l, NY 1283
v ⑤ Reforms    Int12    Publishers  PO B 1173  s/l  , NY 1283

1 .N Y State. Albany New York ,2. New York City, City Hall ,NY 10007. 3. New York
Times, English daily, NEw York,NY. 4. George E Pataki New York Governor, S I
fund, 5.Travelers Insurance company albany n Y Ny 12201 6 and all parties
named in transcript below 7. Kentucky Fried chicken c/o Travelers Insurance
company as above    ⑥ Travelers Insurance  PO B 0760, Albany NY 1220  et al
**With prayers to order of court to US Law and enforcement
authorities to investiagate criminal violations by any/all parties
under all criminal Laws of of Usa as the plaintiffs failed all efforts**    Defend
ants

**Made to such authorities in past and so far.**

(C)  Plaintiffs Jt/3 lived in India for
Years and lived permanently
in Usa since 1980. Govt of India New Delhi
& other Defendants tried from 1980 —
\*\*\*\* CPLR Motion & Mobile affidavit # 45A o 6 , dated 7. 18 .2005 for new
decision for evidences found since Post appeal filing with WCB, NY State,
decisions filed on 1.24.1996 and another on 4.8. 2004 and motion to reopen case
pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal
Karuna Roy ss # S78804399 with means of corruptions, Misconducts& anti labor
policy of New York State Workers' Compensation Board 20 Park STREET, Albany,
New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac
Lake, New York 12983, 2003 , 2004 & June 2005.

Footnote  \*\***Non_Gandhian oppositions** and theological/ concepts of
new morales in Mass_ movements world _wide.    Footnote

11/2/2006  Kamel KK Roy    & was born  Joseph Geronimo Jr
as Joseph Geronimo Jr  in Guam, a US
Territory - Now a mobile LWRY
clergy in National or citizen

Defendants 42 to (45)(50) Rep/N-8

In **UNITED STATES DISTRICT** Court, SDNY, **500 Pearl St, New York, NY 10007** Civil.
complaints    Docket No............    JUDGE : Hon..............    date: 8.8.2005

"**Jungle Democracy** ..oppressions,,, etc '' et al, *Plaintiffs* **v. State of New York, Albany, N.Y,
Gov.George Pataki. The U S A Govt. et al** ( 48 nos defendants named : a few more
Defendants may be added in the listin due course of actions, see FRCP .list of 48 includes mr
Robbers ex chief Worldcom, Mr Kenneth lay ex chief Enron Inc, Mr Maurice Greenburg ex chief A
6 Insurance Co, Republic of Iraq, Baghdad, Iraq, Paternack Poppish et al Attorneys, friendly
Defendants USPS Store, Broadway, Saranac Lake, N Y 12983 : for bad business and oppression
to Plaintiff Geronimo and H I I W. R Group : undue demand of money and refusal to sell copy
cards at fixed place at their franchise store at Saranac Lake: Harrietstown Housing Authority 14
Kiwassa Rd, Saranac Lake, N Y 12983 ; and Debbie Zerrahn , Housing Assistant and Notary
Public N Y S, for illegal Coducts: Govt of India, New Delhi, India : 3 more Notaries at Saranac
Lake at local Banks at saranac Lake, are violating public laws to insult activities of Lawful
nature, just because plaintiffs belong to weaker section of Society ;for refusal of Notaries to
perform public service to Plaintiffs) ...Defendants** Docket No. ____--Judge____ Jury Trial
Demanded:: Issue: Civil rights violations in New York, USA, IN India, world wide against Plaintiffs
and recoverable compensatory and Punitive damages  by plaintiffs ( 5 Nos now).

(47) Mr Salam Hassin ex President, Republic of Iraq c/o U-S Govt

**Damages** recovery demanded : Upto one half billion dollars of U.S currency if not assessed more more , by the S
Jury, the effective value, as of 8.8.2005: date of filing amended Affidavit to U S District court submitted by
priority by USPS _priority Mail.

Cause, Kinds of Civil rights Washington

[faded paragraph] ...ressed to Hon. Chief Judge of the above court fee was paid bt US Postal Money order $ 155.00. The filing fee is being $ 250.00 ...0 is enclosed :: corruptions_civil_complaints_additional Affidavits_, New York : 8 10. 2005   ** Jurisdiction s : Civil and Crimi 7.22.2005 amended  WITH: THE UNITED STATES DISTRICT Court, SDNY, New York, N.Y 10007, usa, as white color crimes t ...y bureaucrats of NY State, and Gov George Pataki N.Y State  Governor, et al ,in sdny Area, Joseph is a mobile priest at New Y ...reas, though very sick and disabled. A he is a registered clergy with City Clerk ,Manhattan New York, a  victim of au ...DR drive in New York County, N.Y , while at job on June 7, 1993  et al ..............DOCKET NO...................JUDGE  HC **Jury trial demanded**US federal Laws and Civil rights violations of Rev Lisa Roy Rev  K Roy now lawful resident ...efendants are multiple. The Individual plaintiffs are victim of system in  USA and India as the protectors of Laws 1.0 ...are formed of people , many of them are less than perfects and violative of Laws. Even individual Defendants did ta ...of abusive Governments and depts as  method to employ violations and easy target of weaker plaintiffs as targets ...l. All defendants are fully or partly responsible for violations of many laws ,which caused damages due to civil righ ...a similar fashions violations of Laws caused problems for non individual Plaintiffs to suffer damages recoverable fr ...compensatory anmd punitive damages. Corrupt systems of Governments are not fully corrupt as all constituent of ...ho make the Governments are at many times are dutiful, disciplined and we may not be able to complain about the ...CAN, U.S A was made a defendants as the conventionalGods and divine systems made by people including defendan ...asser and lesser effective in our faiths so the social msystems has been  painful for commoners to surviv ...Individual plaintiffs are ordained clergy.

$ are extremely  sad to announce that conventional Gods are losing powers to the
..ulers & dictatorial HUMAN_GODs all over the World.. Conventional Gods and divinity concepts are definitely
..an_Gods, in terms of Faiths, if they are  not ornamental  in Magical powers of Gods & pragmatic beliefs and_amended time bas
..United SLOGANS world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies,  with no foreign
..griting of the reverend: Joseph Geonimo Jr,aka kamal  Karuna Roy Priest ( a Plaintiff) ( The Reverand Lisa N Roy , Chief Edito
..OCRACY .....etc" is another victim and Plaintiff/ appellant/Claimant.

(26)

(48) to 50) Pavi Electricals Pvt Ltd    forcible occupation
Mr Palem & Vinit Datta  owners
46-C Jawahar Lal Nehru Road, Kolkata
Kolkata -700071 INDIA

PTO #11



*Jungle Democracy*
*et al V. NY State*        *Defendants*

USDC / SDNY NY. N.Y.
Page 1 AAC 1 q

nEW yORK gOVERNOR mR gEORGE pATAKI, aLBANY, nEW yORK: to be assessed civil or criminal penalty not exceed US $ 1002.00 only 4 THE nEW yORK TIMES COMPANY, ny ny 1006 AND ELSEWHERE 5 wORKERS cOMPENSATION bOARD, nys, 20 Park Street, ALBANY nEW yORK 12207 6 TRAVELERS INSURANCE CO PO bOX 466 aLBANY nEW yORK 7tHE sTATE INSURANCE FUND, nys ALBANY nEW yORK 15 COMPUTER DRIVE WEST 8 Richard Orindach a SI FUND NYS employee in 1993 9 James Borowski, C P A New Jersy, Auditor Of S I Fund, NYS 10 The District Attorney New YorkCounty, NY 10013 11: District Attorney , Rihmonmd county Stdyvesant Place, Staten Island, New York 10301 12 County Clerk , New York County, NY 10007 31 The New York State Senate, Albany, New York 32 The Pasternack, poppish et al, Nirban Roy's Ex attorneys as friendly 3rd party respondents to help resolutions of WC Board pending cases for over 10 years in corruption in the Govt owned and operated system of rule with optional uses of many laws in USDA. But the crooks went unpunished and unchecked so far for a decade*************************************************

**** 13 The State Insurance fund, 15 Computer Drive west, Albany, New York 12205 14 The State of New York, Albany C/O NYS ATTORNEY GENERAL, 120 Broadway, New York, NY 10271 14A: One named Symbolic americnan USA based GOD to be represented by any Gods, men or Women Democracy in truest difficulty in survival throughout the world, one powerful God we need to bring last minute consciousness in minds of corrupt people , those we accused or said that they partly failed democracy during the last one decade in New York State, in USA i.e during 1990-2005. The City of New York C/o The Corporation Counsel, The City of New York, 100 Church St, New York, NY. 10007 Chief Executives current & Past since 1993 till 2005 to beassessed US $ 5 millions! each for violations ESTELLE KRAUSHAR and ms Nancy Wood , SI Fund ATTORNEYs As on Jan 10, 2001 : The corrupt attorney on 1. 10. 2001 filed a false report to a defacto court of NY State Court system to falsely say that Karuna Roy did not submit the required to WC Board pursuant to memorandum decision of 3 Judges panel of WCB, decision was as filed on 1.24.1996.

|                        |
|------------------------|
| Defendant              |
| 48 Nos Total           |
| Docket No              |
| CIVIL                  |
| see more List          |
| (2)                    |

Lake, N.Y. 12983 Ph 518 8915466 & cell ph 315 278 5001
P.O. Box 173   Saranac Lake   New York 12983 (All
E_mail : VISHWA12@hotmail.com                        Plaintiffs'
Address All                                          Address)
Plaintiffs                                           (1)

Civil right violations of US citizens and dishonor inflicted on US non-profit smaller corpn and associations. Defendants were careless maintaining laws pursuant to Laws and U.S constitution as per their oath to office, or they were engaged in violations of many laws of USA or parties like the York York crimes often ignored social responsibilities and made false propagandas/ advertisements for their Publications to make sufferings of plaintiffs worse. As Plaintiffs suffered many losses not fully evaluated in money terms, Jury may make lawful awards though minimum amount demanded has been quoted in scripts below or above.

(✓) All administrative measures of Laws have been exhausted
see @ marked exhibit

(✓) Demand damages: 50000 US $ to US $ 5oo Millions in punitive and compensatory damages. Jury Trial Demanded.
→ Punitive and compensatory

(✓) Jurisdiction s : USD Court SDNY, New York as white color crimes took place by mostly bureaucrats of NY State, and Gov George Pataki NY Governor, et al in sdny Area, Joesph is a mobide priest at New York Manhattan areas, though very sick and disabled. A he is a registered clergy with City Clerrk , Manhattan New York, a victim of auto accident at FDR drive, while at job on June 7, 1993 et al .

(30)

**Non_Gandhian oppositions** and theological/ concepts of
new morales in Mass_ movements world _wide.

USDY Delaware
DE + 3rd Party Defendants

List of Defendants
(176) (51) Nos   2A-5

(51) Hon John G Roberts, chief Justice, U.S → his nomination
U.S. Supreme Court for discrim
c/o Supreme court of U.s, Supreme Court   action based on equal opportunity
in politics
House, Capitol, Washington D.C.   Job bike
in U.S. Service
along with

(*) (52) Kentucky Fried chicken → violated Employment
(190) named Kentucky Fry Management Co   Insurance benefit
Defendants   complaint   Lefrack city Plaza,
listed in script   Queens, New York
25 (53) Travelers Insurance, Co. → for Insurance Fraud
WCB benefit

(60) N.Y.s Judicial   Albany   P.O.Box 0466   Albany NY
(54) Commission, Govt of NY, Albany - New York 12201
Attorney of Travelers Insurance Co.

Board, Ing. 1996 Hearing at Brooklyn, Workers'
(62) U.S. Dept of Justice, Dept of Justice Hdqr,
(55) Executive Head, State Insurance Fund, NY State,
15 Computer
Drive West,
Albany NY 12205;  Failed legal provisions
(6) NBT Bank, Lake Flower Ave, at Rivest, s/l, NY
(56) chair person, Travelers Insurance Co. Inc 12983
(57) P.O. Box 466, Albany NY 12201
NY State Insurance Dept, Govt of NY State, Albany
Prime Minister of India, New York
Prime Minister, office New Delhi 11, India
(59) c/o Indian Embassy, Washington DC
HSBC Bank, Saranac Lake, NY 12987  s/l, New York

240-848 DJ4

Nextl

Nextel

return message no 942-62953

5 658 2641 0427902

826-7894727

1/2/06

'U-S-Cort
of appeals

3rd Circuit

U.S. Court House
601 Market
St
Philadel
PA-19106

I-275

Camros
star  5
Cam

Nokia

800-

866-2748837

860-2748875
972-835730

866-274-8875

MM-920
Samsung
866-274
-8831

H.P. Word  Paralegal  Futiles

5-7769  4255

13352010

(51) Hon John G Roberts
c/o Supreme court of U.S., Supreme
House , Cepitol , Washington D.C.

(52) Kentucky Fried chicken → violated insurance benefit
Kentucky Fry Management Co Inc
1 Lefrack city Plaza,
Queens , New york

(53) Travelers Insurance, Co for Insurance Fraud
of WCB benefit
Albany P.U.Box 0466 , Albany NY

(60) N.Y's Jucial Commision , Gov't of NY, Albany, New york 12201

(54) Attorney of Travelers Insurance Co.
at 1996 Hearing at Brooklyn, Workers' Comp
Board 130, 4th ST, Y 11201
(62) U.S. Dept of Justice , Dept of Justice Head, Washis
(55) Executive Head, State Insurance Fund, NY State,
15 Computer St.
Drive West)
Albany NY 12205            Failed legal provisions
(61) NBT Bank , Lake Eleven Ave, at Rivest, S/L, NY
Travelers Insurance Co. Inc 12983
(56)(56) chair person               Albany NY 12201
(57) NY state Insurance Dep't, Gov't of NY State Albany
Prime Minister of India, New Delhi 11/NDA
(58) Perm Minister office New York
c/o Indian Embassy, Washington DC
(59) HSDC Bank Savanac Lake , NY 1298? S/L, New york

USDC/Delaware
DE

ME

USDC / Delaware DE

25 New York , 6.10. 2005; 6.11.2005 Early at Oriental Nations ; WORLD News: . Affidavit #
18- A & B, dt 8.10.2005, with reference to ++all+ previous affidavits duly filed until 6.9. 2005 to
WC Board, NYS and to the U S attorney, SDNY, NewYork N.Y 10007, USA et al the USA President,
Heads of all Nations, and the Secretary General, U.N.O, World Body in New York, New York at U N
Plaza, New York, in the below related matters or above or matters filed before with any
authority of Laws and Administration of USA, NY State or any bonafide entity of Laws; and cplr
4404 Motion To full Board of commissioners. Workers' Compensation Board_NYS, Appeal office
20 Park Street Albany NY 12207 filed by certified mail on 6.7. 2005 new evidences found since
two panel decisions filed on 1.24. 1996 & 4.8. 2004 on the pertinent issues of appeal,and for a
decade .ALL lawful federal and state investigations are demanded for various irregularities and
violations of laws, to the Federal and State authrities , as we call it Corruptions; TWO N Y State
attorneys posted at the State Insurance Fund at 15 computer drive West Albany new York 12205
named as: Ms Nancy Wood and Ms. Estelle Kraushar (of SI Fund NYS) now under Mr George
Pataki Administration, New York State should be immediately arrested by F B I, US Dept of
justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants
: nirban Roy & Joseph Geronimo Jr to defacto state court :WC Board, NY State when such
claimants did work and sustained serious injuried in 1999 and 1993 in various work related
accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize
their safety of lives du to injuries, when they alleged fraud by claimants without any effort to
prove such crimes by claimants. NY State attorney General shoul try to disbar these two corrupt
Bureaucrats (attorneys)from practising law in State of New York, for their intentional efforts to
file and harm sick citizen by Statements made to WCB ,NY on differents dates to cause damage
and human body safety of two WCB claimants and to make a small employer not small but a
bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious
organisation since 1992 and /or before since samaller non profit entity in USA, currently it is a
smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also
demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance

company, if he is not expired yet and has not yet gone to hell house or Heavenly abode
of good men ( we don't have conviction from a competent Court of Earth yet; Arrest of some Judges for
criminal negligence in office and charges of perjury in high offices of Judges, WCB, deemed TO BE court in
New York State  COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE;but as per
attorney of travelers Insurance co if he is not dead yet be immediately arrested to
answer his illegal steps in the Travelers Insurance cases. If he is not arrested now
then he may miss the event of arrest in process of Laws . He may however be not
jailed as only correction in system is claimants' and employer H I I Inc's motto so
that in future the weaker citizens are not made victim of abusive system.

18. A. The Insurance Dept of New York State, Albany, New York is being made a 3rd
party respondent in WC Board cases J Geronimo Jr aka K Roy v H I I INC 2 cases
of 1993 injuries AND V Kentucky fried Chicken ( 1983 Case) v all 3rd Party
respondents, et al. Hon George Bush by name may pl be removeD as 3rd party
respondent but His designation of U S President of U S A The White House, 1600
Pennsylvania Ave NW Washington DC be made 3rd party respondent. Hon . George
Bush as is, a world leader of a juncture of history of World ,full of corruptions,
terrorism, violence, insurgencies, various actions of them for nationalism or
terrorism , defined variously by world nationals of diverse interests group,may
engage his time differently or keep his time free for more important crises
worldwide.+++++++

Facts
Defendants

There is nothing wrong, immoral or illegal about to look back into any episode & action
of a State , people, Nation , or individuals if complaints develop in Public which
potentially damaged interests of even unknown /any citizen of a Democracy in Globe.
Common People are visually weaker in any Democracy. but some day, any time. they
may grab control of democratic admn of any human_animals settlements. So wise and
powerful human_animals of current time, pl learn art of shared benefits of power of
democracy without delays: from writing of Jungle Democracy   … by joe Geronimo Jr

USDC
Delaware

**COPY**

Kamal Roy
June 29, 2005
Page Two

IMPRESSION: I still believe that Kamal Roy's persistent headaches are primarily related to his neck. Dating back to his accident in 1998 he has had persistent neck and head pain complaints. I would suspect that a referral to physical therapy may be helpful. Normally I try to avoid chronic daily analgesics, as these can lead to analgesic rebound headaches.

He still has such significant spasticity that even the therapy in the short run may not be all that helpful unless he can be loosened up further. Apparently he has been on Baclofen in the past but it is unclear if he is taking any at this point. Normally Baclofen is not that helpful for central spasticity, which is probably mostly what he is experiencing presently.

I doubt that the MRI findings are causing his headaches, as they are deep and in the white matter regions and typically do not cause pain. I believe that most of these are probably explained on the basis of is prior stroke, as well as his head injuries as well.

I hope this information will be helpful to you.

Sincerely,

Edward J. Mazdzer, MD
EJM/bl

Medical
Kamal Roy

USDC / Delaware

DC

-----Original Message-----
From: karnaroy@aim.com
To: karnaroy@aim.com; vishwa_dh@yahoo.com; lisanroy2000@yahoo.com; visł
coa@courts.state.ny.us; communitynews@tvasia.com; enquiries@un.org; email@
tvnews@vsnl.com; washington@nytimes.com; emailnewsletters@usatoday.com;
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti.org.co
tanya4u@mail.ru; tlffreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh
Sent: Tue, 3 Oct 2006 3:43 PM
Subject: Re: 10.3 2006 IN IN WEST: USA as a nation, Government or Superpow

-----Original Message-----
From: karnaroy@aim.com
To: vishwa_dh@yahoo.com; lisanroy2000@yahoo.com; vishwa_2@hotmail.com
communitynews@tvasia.com; enquiries@un.org; email@aljazeera.com; helpdes
washington@nytimes.com; emailnewsletters@usatoday.com; ethics@dos.state.r
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti.org.co
tanya4u@mail.ru; tlffreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh
Sent: Tue, 3 Oct 2006 8:14 AM
Subject: Re: 10.3 2006 IN IN WEST: USA as a nation, Government or Superpow

Web reference

                That in a Borough Presidents electoral contest   The reverend J
notice of the candidature of joseph Geronimo, the democrat eleigible for contesti
with biased leadership conditions as a state of affairs of new York and in USA. in
National democratic party and the national Republican parties, both housed at W

-----Original Message-----
From: vishwa_dh@yahoo.com
To: lisanroy2000@yahoo.com; karnaroy@aim.com; vishwa_2@hotmail.com; ade
communitynews@tvasia.com; enquiries@un.org; email@aljazeera.com; helpdes
washington@nytimes.com; emailnewsletters@usatoday.com; ethics@dos.state.r
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti.org.co
tanya4u@mail.ru; tlffreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh
Sent: Mon, 2 Oct 2006 9:41 PM
Subject: Re: 10.3 2006 IN ORIENT & AS DT IN WEST: USA as a nation, Govern

*lisa roy <lisanroy2000@yahoo.com>* wrote:

New York, USA, as dt above

*lisa roy <lisanroy2000@yahoo.com>* wrote:

                Re: 10.3 2006  IN ORIENT & AS DT IN WEST: USA as a na
contests , the such weaker population is like pallbearers of democracy by po\
even in the mainland of USA. A democratic leadeor dictatator may be just a
a sizabble and true powerbas is without power to enter leaderships. as such
disabling a large section of population.  USA harmed,pained and damaged
many including one of the five petitioners, pro se by the unknown , poor

USDC/ Delaware

Reverend Dr.
kamal roy ; an american ( U S )
based clergy in pain harm and sustained damages. Jury trial demanded. Tri
diverse civil actions on diverse violations are essential & not violative of laws

*karnaroy@aim.com* wrote:

Sign in
**Web**                    Results **1 - 10** of about **9,470 English** pages for **ji**
(PDF) The affidavit on the Request To Proceed In Forma Pauperis was ...
File Format: PDF/Adobe Acrobat - View as HTML
Plaintiff Ã¢â‚¬Â"Ã¢â‚¬Å"**Jungle Democracy** Ã¢â‚¬â€œ oppression Ã¢â‚¬-
www.paed.us**court**s.gov/documents/opinions/06D0187P.pdf - Similar page
Opinions-30-Days
... 09/25/2006, STEVEN D. HUMES v. STATE OF DELAWARE **COURT** OI
www.ded.us**court**s.gov/Opinions-30-Days.htm - 40k - Cached - Similar pa
The Tribune, Chandigarh, India - Editorial
IT must be ages ago that **jungle** habitats began turning into villages and th
www.tribuneindia.com/2001/20010429/edit.htm - 76k - Cached - Similar pa

The Tribune, Chandigarh, India - Chandigarh Stories
'**Court** Martial', a play addressing caste prejudice within the cadres o
www.tribuneindia.com/2005/20050202/cth1.htm - 70k - Cached - Sir
[ More results from www.tribuneindia.com ]

Global Voices Online - Paramendr

(14 d)

Re: 10.3 2006  IN ORIENT & AS DT IN WEST: USA as a nation, Governm

such weaker population is like pallbearers of democracy by powerbrokers,
the mainland of USA. A democratic leaderor dictatator may be just a hoax
a sizabble and true powerbas is without power to enter leaderships. as suc
and disabling a large section of population. USA harmed,pained and dam
competent to decide damages. Class action civil_suit is also planned by we

a
We wanted full **democracy** to be enjoyed by the vast majority of the peopl
www.globalvoicesonline.org/?author=209&feed=rss2 - 51k - Cached - Simi
The Daily Star: Internet Edition Mon. April 11, 2005
arrow Beheaded child's body found in 3 pieces in Gazipur **jungle** ... Conve
www.thedailystar.net/2005/04/11/index.htm - 62k - Cached - Similar pages

The Daily Star: Internet Edition Mon. November 21, 2005
Manchester United began the post-**Roy** Keane era on Saturday with
www.thedailystar.net/2005/11/21/index.htm - 70k - Cached - Similar
[ More results from www.thedailystar.net ]

Omar Barghouti: Wither the Empire
The Felonious Five Ride Again: the Supreme **Court** and Enemy Combatan
www.counterpunch.org/barghouti07102004.html - 105k - Cached - Similar
IVCD - International Venezuelan Council for **Democracy**: marzo 2006
Each of the components of the political index of freedom Ã¢â‚¬â€œ **demo**
www.blog.ivcdteam.org/archive/2006_03_01_archive.html - 977k - Cached
HIMAL SOUTH ASIAN
Perhaps Pushpa **Kamal** Dahal (aka Comrade Prachanda) and Dr Babu Ra
www.himalmag.com/november2001/opinion_2.htm - 58k - Cached - Similar

-----Original Message-----
From: karnaroy@aim.com
To: lisanroy2000@yahoo.com; vishwa_dh@yahoo.com; vishwa_2@hotma

coa@courts.state.ny.us; communitynews@tvasia.com; enquiries@un.org;
toieditorial@group.com; tvnews@vsnl.com; washington@nytimes.com; em
conedit@ajc.com
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti
support@themoscowtimes.com; tanya4u@mail.ru; tlffreepress@yahoo.cor
Sent: Sun, 1 Oct 2006 3:34 PM
Subject: Re: 10.2 2006 IN ORIENT & AS DT IN WEST:: To all authorities ir

: 10.2.2006 in orient & AS DT in West ++the day of indian holiday in INDIA
appealS++++ to high couts in USA:: & prayerS to all authorities in India/U
-----Original Message-----
From: lisanroy2000@yahoo.com
To: lisanroy2000@yahoo.com; karnaroy@aim.com; vishwa_dh@yahoo.cor
cmdelhi@resi02.nic.in; coa@courts.state.ny.us; communitynews@tvasia.c
steve.carbone@wcb.state.ny.us; toieditorial@group.com; tvnews@vsnl.cor
cmdelhi@res02.gov.in; jaytc@unicel.com; conedit@ajc.com
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti
support@themoscowtimes.com; tanya4u@mail.ru; tlffreepress@yahoo.cor
Sent: Sat, 30 Sep 2006 8:36 AM
Subject: Re: 9.30. 2006 :: To all authorities in India/USA : PI ARREST 4 (F

Notice of appeal to the United States Supreme Court, 1 first st, NE, WEash
Pennsylvannia, U S A for part decision of order entered 0n 9.13. 2006 at c
Note: Et al in the original complaints is identified now and inc
1 National epublican Party of USA , Washington DC
2 National Democratic Party of USA, Washington DC
3 Hon Hillary Rodham Clinton, U S SDenator , and a candid
sr leadership post/posision like U S President, U S Snate. N Y State Gover
4 Hon Eliot Spitzer, now N Y State attorney General & a can
5 GOd/s of all legal Jurisdictions, including Delaware District
PARTNERSHIPS, ANY CONCEIVABLE ENTITITIES OF jUDICIAL ACTIO
BE DECLARE/ELECTED/ORDERED TO BE gOD/S' REPRESENTATIVE I
RELATIONSHIP IN COURTS OF LAWS IN usa. pLAINTIFF kAMAL SUPP
DISCRIMINATE HIMSELF/ THEMSELVES, AND HUMAN_ANIMALS IF AI

*lisa roy <lisanroy2000@yahoo.com>* wrote:

*karnaroy@aim.com* wrote:

-----Original Message-----
From: karnaroy@aim.com
To: lisanroy2000@yahoo.com; vishwa_dh@yahoo.com; vishwa_2@hc
cmdelhi@resi02.nic.in; coa@courts.state.ny.us; communitynews@tvas
steve.carbone@wcb.state.ny.us; toieditorial@group.com; tvnews@vsn
cm@wb.gov.in; cmdelhi@res02.gov.in; jaytc@unicel.com; conedit@aj
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi
stockholmweb@state.gov; support@themoscowtimes.com; tanya4u@
Sent: Sun, 10 Sep 2006 5:32 PM
Subject: Re: 9.10. 2006 :: To all authorities in India/USA : PI ARREST

WORLD RELIGIONS GRO

Exhibit
ME1# Rel
E-
E-
ME#2

Plaintiff
# 82

File
PHOTO
1993
Jan 5,
Kolkata
India
Branch
A-1-1- WR
Group
New York

seminar   in
Kolkata   Branch
in   India
by   Handley
interest in WL

World Religion
Group
"Social   suicide
used
religious Reform
in any
society
WORLD
WIDE
in any

USDC/Delaware/DE

JGG
11/2/2006

JGG

List Defendants
I Violation charged
2 A → 1

Cause / Violation
- for failure
to safe guard grateful
Law for peop

(1) The U.S.A. President Hon. George Bush,
White House 1600 Pennsylvania Ave NW,
Washington DC 20000

(2) Hon Dick Cheney President as Senator
The capella Senator

(3) City of New York   100 Church Street
New York, NY 10007

(4) The U.S.A Gov't c/o U.S Attorney, of U.S. Court House
Washington DC 20001

(5) Lisa Nissan Roy,
14 Kinnion Road #55, Saranac Lake, NY 12983
The State Indiana Ford
15 Computer Drive West, Albany NY 12205

- Must ensure
fellow citizen
get justice
- Fails to
Act on complaints

(6) Harrietstown Housing Authority
and Ms Debbie Zerrabs
14 Kiwassa Road
Saranac Lake, NY 12983

for Public Govt body
failed to act its Police
and Civil right

(8) 'Citicorp Bank' Branch
at Saranac Lake, NY at Broadway
12983

- de - g Violable
- Misc Law

(9) Mrs Kelly Peterson Manson
Workers Compensation Board,
State of New York
20 Park Street, Albany NY 12207

- g, etc stting
Public law

(10) Workers' Compensation Law Judge Ms 7
c/o WC Board, NY State, 20 Park St
Albany, NY 12207
see attached

(11) Postovich Popish et al,
Attorney's at Law
see attached

name

(6) GOD - U.S. India, Rep, beach Gods
to be defended by
any follower

New York State office
(State Insurance Fund)
Nancy wood, Attorney, 199 Church St, NY, NY 10007

as Douglas J. Hayden
General Attorney

P.T.O 2

Kamal K Roy

US Associations
is Member
& Executive officer

all NG associa
are financially
very out

11/7/06

List of Defendants (2A-4)
Cause/Violations
see 2 Nts
First Page 7
Defendants

(2) Hon Dick Cheney, Vice President USA
as President of U.S. Senate
Washington D.C.

(19 &20) The District attorneys
(e) New York & Richmond County
Counties
c/o NYS Attorney General 120 Broadway, NY, NY 10271

protected
U.S.
Constitutional
Guarantee to
them under
Jurisdiction
to —

(21) Mr. Richard Osindach
(State Employee/Supervisor
Insurance Fund)
New York State
199 church St, New York NY 1600
(199 Church st, N.Y., NY 10007)

(10-4b) see
Hon Jeffery Romes
W.C.L Judge; WC Board, Bga Broadway
N.Y. State
Saranac Lake, New York 12983

Judge WC Board
perjury
charges
on job

(22) Mr James Borowski
(State Insurance Fund Auditor
A CPA from New Jersey)

—do—
perjury if
NYS filing
fraud

(23) The New York Times (English Daily of N.Y. city
west 29 street
New York, NY

silent on
violations
on people
and their
related News
item, fake
claim as such

(27) (Mg) Estelle Kraushar Attorney
S I Funds NY state 199 church st, NY, NY 10007

(28) Workers' Compensation Board, NY State,
20 Lark st, Albany, NY 12207

Fraudulent
report

(19) Hon Dick Chiney President U.S. Senate , Defendars
capitol , Washington Dc                29

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts & and labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Manzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Defen-
dant
mark

Eph
TO

NYS office &/or at the State Insurance Fund at 15 computer drive West Albany new York
12205 named as: Ms Nancy Wood and Ms. Estelle Kraushar (of SI Fund NYS) now under Mr
George Pataki Administration, New York State should be immediately as well arrested by F B
I, US Dept of Justice, for submitting false reports in respect of WCB pending cases in 2001 and
2005 (claimants : nirban Roy & Joseph Geronimo Jr to defacto state court :W.C Board, NY
State when such claimants did work and sustained serious injured in 1999 and 1993 in
various work related accidents and such attorneys gave no due process of Laws to citizen
with intents to jeopardize their safety of lives due to injuries, when they alleged fraud by
claimants without any effort to prove such crimes by claimants. NY State attorney General
shoul try to disbar these two corrupt Bureaucrats (attorneys) and judge from practising law
in State of New York, for their intentional efforts to file and harm sick citizen by Statements
made to WCB ,NY on differents dates to cause damage and human body safety of two WCB
claimants and to make a small employer not small but a bogus Entity, whhereas as the
employer H I I Inc was a duly tax exempt non profit socio religious organisation since 1992
and /or before since samaller non profit entity in USA, currently it is a smaller to medium size
International Organisation; Arrest of CPA Auditor for SI Fund also demanded. arrest of one
late middle age to senior citizen attorney of Travelers Insurance essional and highly educated
alleged criminals noted in the scripts are not expired yet and has not yet gone to hell house or
Heavenly abode of good men ( we don't have conviction of these corrul pt souls from a
competent Court of Earth as yet; then pl Arrest of some Judges, attorneys, CPA for illegal
activities at the workers' Comp commercial bunessin New York State for criminal negligence
in office and charges of perjury in high offices of Judges, WCB, the later body is deemed TO
BE court in New York State COURT SYSTEMS under Statutes: miscellaneous demand, WERE
ALSO MADE;but as per advice of letter from WCB presumably dt 6.2. 2005 notarised copies of
all ducuments pursuant to order of panel judges are resubmittred herewith , and by this
affidavit, I, Joseph Geronimo Jr aka KAMAL kARUNA Roy of 3 Riverside Drive, Saranac Lake,
New York 12983 DO HEREBY authorise any authority of Laws , government bodies and any
interested person may receive certified copies of all documents for their verification
/proof/authenticity ofanyor all documents , copies of which are attached. herewih. attach.
The IRS,SS Admn, NY S dept of labor for employment taxes paid by H I I Inc for 1990 and 19l
93, along with other Govt bodies are included, and copy forwarded to, with original affidavit
of complaints to The Federal Bureau of Investigations, Us Dept of Justice, 26 Federal Plaza,
New York, NY 10278 with a request and prayer to lawfully arrest some attorney of S I FUND,
Trvelers Insurance co , some Judges , CPA Auditor for illegally making WCB office a dumping
ground of oppression and injustices of sick ,disabled and weaker citizen of New York. The NYS
Insurance dept has been made a 3rd party Respondent pursuant to CPLR to provide Justice to
WCB Claimant s and smaller employer H I I Inc. We alleged that like enron worldcom,etc
etc,new York State under George Pataki Admn in New York is optionally using fraud , illegal
actions to control budget in a very pathetic environment of state of affdairs. Geoge Pataki,
the elected Governor may not be immune from the consequences of state sponsored
corruption lately revealed in Workers' Compensation Commercial Business through S I Fund. !
NY State. Pataki was recommended a corruption & civil violation fine of atleast $ 1000.00
penalty for of violations in decade old corruptions in New York State.The Hon US president
may immediately examine, through US dept of Justice, Washington Dc ,If the Entire Workers'
Compensation Board currently in session can be dissolved for subsequently , reappointing the
W. C Board with with honest new judges by selection of
*************************************************************** The immediate

11/27/2006

14 J

