OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 8, 2006

TO: Kamal Karna Roy, Pro Se
    PO Box 1173
    17 Kiwassa Road
    Apartment 5G
    Saranac Lake, NY 12983

        **RE: New Complaint Received - <u>Civil Action 06-685 UNA</u>**
             **Roy v. USA et.al.**

Dear Mr. Roy:

    We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 06-685 UNA. Please be advised that your papers did not contain either the $350.00 filing fee, or in the alternative, an Application to Proceed Without Prepayment of Fee and Affidavit (in forma pauperis application).

    If you desire to proceed in forma pauperis, an <u>affidavit to proceed</u> as a pauper is <u>required</u>. Should you decide to pay the filing fee, the fee is $350.00, payable to Clerk, U.S. District Court. If you pay the filing fee an affidavit of poverty is not required. No later than November 30, 2006, please complete, sign and return the enclosed form to the Clerk of Court, or submit the required $350.00 filing fee.

    When your application for pauper status is received, it will be submitted to a judge for determination as to your standing to proceed in such a manner. If this status is granted, pursuant to an Order, you would then be responsible for providing sufficient copies of the Complaint and Order (one for **each** person to be served), along with USM 285 Forms (Marshal's Service forms) to effect service. Only then will the U.S. Marshal serve your complaint on the defendants.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rbe                                       PETER T. DALLEO
                                                CLERK

cc: CA 06-685 UNA

Enclosure:  AO Form 240 - Application to Proceed Without Prepayment
            of Fees
            Docket Sheet, CA 06-685 UNA

PaperDocuments

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00685-UNA
## Internal Use Only

Roy v. USA et al  
Assigned to: Unassigned Judge  
Related Case: 1:06-cv-00503-SLR  
Cause: 42:1983 Civil Rights Act

Date Filed: 11/07/2006  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Kamal Karna Roy**  
*also known as*  
Jungle Democracy

represented by **Kamal Karna Roy**  
PO Box 1173  
17 Kiwassa Road  
Apartment 5G  
Saranac Lake, NY 12983  
PRO SE

V.

**Defendant**  
**USA**

**Defendant**  
**New York City, New York**

**Defendant**  
**President George Bush**

**Defendant**  
**Dick Cheney**

**Defendant**  
**Lisa Nisborn Roy**

**Defendant**  
**Harrietstown Housing Authority**

**Defendant**  
**Citizens Bank**

**Defendant**  
**Kelli Peterson**

**Defendant**

Nancy Wood

**Defendant**

Richmond County District Attorney

**Defendant**

Richard Osindach

**Defendant**

Hon. Jefferey Romes

**Defendant**

James Barowski

**Defendant**

The New York Times

**Defendant**

Estelle Kraushani

**Defendant**

Worker's Compensation Board, New York

**Defendant**

Hon. John Roberts

**Defendant**

Kentucky Fried Chicken

**Defendant**

Travelers Insurance Co.

**Defendant**

NYS Judicial Commission

**Defendant**

Attorney of Travelers Insurance Co.

**Defendant**

U.S. Department of Justice

**Defendant**

Executive Head State Insurance Fund

**Defendant**

NBT Bank

**Defendant**

Chairperson Travelers Insurance Co.

**Defendant**

NY State Insurance Department

**Defendant**

Prime Minister of India

**Defendant**

HSBC Bank

**Defendant**

Sommath Chatturjee

**Defendant**

The State Insurance Fund

**Defendant**

God

**Defendant**

Douglas J. Haydes

**Defendant**

Debbie Eoriyaho

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2006 | 1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Lisa Nisborn Roy, Harrietstown Housing Authority, Citizens Bank, Kelli Peterson, Nancy Wood, Richmond County District Attorney, Richard Osindach, Jefferey Romes, James Barowski, The New York Times, Estelle Kraushani, Worker's Compensation Board, New York, John Roberts, Kentucky Fried Chicken, Travelers Insurance Co., NYS Judicial Commission, Attorney of Travelers Insurance Co., U.S. Department of Justice, Executive Head State Insurance Fund, NBT Bank, Chairperson Travelers Insurance Co., NY State Insurance Department, Prime Minister of India, HSBC Bank, Sommath Chatturjee, The State Insurance Fund, God, Douglas J. Haydes, Debbie Eoriyaho, USA, New York City, New York, George Bush, Dick Cheney - filed by Kamal Karna Roy. (Attachments: # 1 Part 2 of Complaint)(ead) (Entered: 11/08/2006) |
| 11/07/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 11/08/2006) |

AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_____
Plaintiff
V.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | | |
   |---|---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ☐ Yes ☐ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.