IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
KAMAL KARNA ROY,            )
aka Jungle Democracy,       )
                            )
         Plaintiff,         )
                            )
   v.                       )   Civ. No. 06-685-SLR
                            )
UNITED STATES OF AMERICA,   )
et al.,                     )
                            )
         Defendant.         )
```

**ORDER**

At Wilmington this \_\_8th\_\_ day of December, 2006, the complaint in the above-captioned case having been filed without payment of the $350.00 filing fee or an application to proceed informa pauperis, and plaintiff making no response to the Clerk of the Court's letter dated November 8, 2006, regarding the same (D.I. 3);

IT IS ORDERED that, on or before **January 5, 2007**, plaintiff shall show cause why this case should not be dismissed for failure to pay the filing fee or submit the appropriate documents for leave to proceed in forma pauperis.

                                                      /s/ Sue L. Robinson
                                        UNITED STATES DISTRICT JUDGE