AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

at Wilmington DE

___Roy et al___
Plaintiff   C8 Nos Plaintiff
v.
___USA et al___   including
Defendant(s)   208 N53 Jungle Demo
Defendants (Craig)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1-06-CV-00685-SLR

See attached

I, ___The Rev. Dr Kamal K Roy___ declare that I am the (check appropriate box)
Was born Joseph Geronimo Jr
☐ Petitioner/Plaintiff/Movant   ☐ Other — listed or named in complaints (non Prgl) Taxexempt (21)
of Kiowa
EIN 13-3566610
SSN
Pd
3/L

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

NY 1.
12/83    Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No" go to Question 2) IRS
&
107A    If "YES" state the place of your incarceration ___N.A.___
Scribner
Ave      **Inmate Identification Number (Required):**
51.      SS# __-4399__  AD scanning
NYC      Are you employed at the institution? ____ Do you receive any payment from the institution? ____
N        No  Cd - 138.00 SS Retirement
10301
&        *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past
elsewhere   six months.*
           540.00 SSI payment
as a   2.  Are you currently employed?   ☐ Yes   ☒ No   Thet all life I worked
part                                                       as clergy on Vows
disted  a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period
mobile      and give the name and address of your employer.  NJ    Poverty
clergy  b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
            salary or wages and pay period and the name and address of your last employer.
            Worked as clergy part time
       3.  In the past 12 twelve months have you received any money from any of the following sources?
           Where renounced
on a       a.  Business, profession or other self-employment       ☐ Yes   most ☐ No
vow of     b.  Rent payments, interest or dividends                ☐ Yes   ☐ No
poverty    c.  Pensions, annuities or life insurance payments      ☒ Yes   ☐ No
on US      d.  Disability or workers compensation payments         ☐ Yes   ☐ No
IRS        e.  Gifts or inheritances                               ☐ Yes   ☐ No
to         f.  Any other sources                                   ☒ Yes   ☐ No
Fed
           If the answer to any of the above is "YES" describe each source of money and state the amount
           received AND what you expect you will continue to receive.

(marginalia, handwritten:)
See attached — 2006 Midterm election — did Curse a Cheney as a US Senator from NY & Leadership of Givingamoney — because of abuse of power made by US Laws pursued pursuant to depose defendant Plaintiffs as a poor personal — Kamal Roy

True clergy in USA I swear in namly of God and under penalty of perjury pursuant to US Laws to depose that — actions made by Defendant Plaintiffs include a poor personal Kamal Roy

J. Kamal 12/6/06

USDC / District 9

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

(2)

4.  Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No    $40 Cash

    If "Yes" state the total amount $ 50.00    NBTE In Bank The National Bank

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    Nil    ☐ Yes    ☑ No    S/L Ny 12953

    If "Yes" describe the property and state its value.

    Nil    for direct deposit —

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.    checking A/c etc

    I have 3 minor children (alien) supported by their Mother mothers

    economically I may not support family

I declare under penalty of perjury that the above information is true and correct.

12/5/2006                          The Reverend Dr
DATE                               SIGNATURE OF APPLICANT
                        a/k/a Kamal R.K.Roy
                               Karuna W Roy

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

— Was orphan as a child was born in Guam (A US Territory at Agena

Now a Naturalized US Citizen (1991)    (June 10 (58)   India Lived in USA
Was raised in U.K.