Mr. Please Return this copy with your pauper application or fee payment. Thank you. USDC-DE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

COPY

November 8, 2006

(1)

TO: Kamal Karna Roy, Pro Se
PO Box 1173
17 Kiwassa Road
Apartment 5G
Saranac Lake, NY 12983

**RE: New Complaint Received - Civil Action 06-685 UNA**
**Roy v. USA et.al.**

Dear Mr. Roy:

We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 06-685 UNA. Please be advised that your papers did not contain either the $350.00 filing fee, or in the alternative, an Application to Proceed Without Prepayment of Fee and Affidavit (in forma pauperis application).

If you desire to proceed in forma pauperis, an affidavit to proceed as a pauper is required. Should you decide to pay the filing fee, the fee is $350.00, payable to Clerk, U.S. District Court. If you pay the filing fee an affidavit of poverty is not required. No later than November 30, 2006, please complete, sign and return the enclosed form to the Clerk of Court, or submit the required $350.00 filing fee.

When your application for pauper status is received, it will be submitted to a judge for determination as to your standing to proceed in such a manner. If this status is granted, pursuant to an Order, you would then be responsible for providing sufficient copies of the Complaint and Order (one for **each** person to be served), along with USM 285 Forms (Marshal's Service forms) to effect service. Only then will the U.S. Marshal serve your complaint on the defendants.

FILED
DEC 13 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

Originals as advised are attached including [illegible] affidavit

12/6/06

For self and other Plaintiffs (8) an unincorporated Lawful association

A mobile clergy at Delaware U.S. Citizen

The Reverend Dr Kamal K Roy [illegible]

CM/ECF LIVE - U.S. District Court:ded https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?6929128877298

**Utility Events**
1:06-cv-00685-UNA Roy v. USA et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2006 at 2:54 PM EST and filed on 11/15/2006

**Case Name:** Roy v. USA et al
**Case Number:** 1:06-cv-685
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:06-cv-685 Notice has been electronically mailed to:**

**1:06-cv-685 Notice has been delivered by other means to:**

Kamal Karna Roy
PO Box 1173
17 Kiwassa Road
Apartment 5G
Saranac Lake, NY 12983

1 of 1 11/15/2006 2:54 PM

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

DEPARTMENT OF THE TREASURY

Date: NOV 22 1996

Employer Identification Number: 13-3566610
Case Number: 116264029
Contact Person: C. MOORE
Contact Telephone Number: (718) 488-2915

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.N. & W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Our Letter Dated: December 10, 1992
Addendum Applies: No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

Non-profit Tax exempt Religious Tax exempt Appendix EX L 10 "Non Profit Tax exempt" H.11 11A

as on 8-14-2006
List Appellants
List Defendants
2A-1
Cause / Violation
(1) Hon U.S.A President Hon George Bush, White House, 1600 Pennsylvania Ave NW, Washington DC 20500
(2) Hon Dick Cheney President U S Senate
(3) City of New York 100 Church Street New York, NY 10007
(4) The U S A Govt c/o U S Attorney, U S Court House Washington DC 20001
(5) Lisa Nisbet Boy 14 Kiwassa Road #5E, Saranac Lake, NY 12983
The State Insurance Fund 15 Computer Drive West, Albany NY 12205
(6) Harrietstown Housing Authority
(7) and Ms Debbie Zerzahn 14 Kiwassa Road Saranac Lake, NY 12983
(8) Citizens Bank Branch at Saranac Lake, NY at Broadway 12983
(9) Notary Kelli Peterson Manza
Workers Compensation Board, State of New York 20 Park Street, Albany, NY 12207
(10) to 16 Workers Compensation Law Judge Nos 7 c/o WC Board, NY State, 20 Park St Albany, NY 12207
(17) Pasternack Popish et all, Attorney's at Law
see attached for name
New York State officer (State Insurance Fund) Nancy Wood Attorney 199 Church St, NY, NY 10007
Mr. Douglas J. Hayden General attorney
P.T.O 2
Note: More Defendants have been identified from 1st that Defendants 141 Nos as of 8-14-2006 and rising
8-14-06

UNITED STATES DISTRICT COURT

Plaintiff

-vs-

REQUEST TO PROCEED IN FORMA PAUPERIS

Defendant(s)

I, ______, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.

YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

a) Are you receiving any public benefits? ☐ No. ☐ Yes, $

b) Do you receive any income from any other source? ☐ No. ☐ Yes, $

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE USDC for Delaware District at Wilmington

Plaintiff

-vs-

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

Defendant(s)

I, Kamal K. Roy, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Disabled since 1993 ... on SSI payment since 1998

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.

YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Disability payment

   a) Are you receiving any public benefits? ☐ No, ☒ Yes, $ 488 p.m. Social Security

   b) Do you receive any income from any other source? ☐ No, ☐ Yes, $ disability payment

ORIGINAL

Page 1, poor

P.T.O. — Page 2

Kamal K. Roy 12/10/2006

Petitioner Kamal K Roy, Plaintiff (PRO SE), U.S. citizen

For self as US citizen and Member

Rev Dr Kamal K Roy

12/5/2006

Civil [illegible] 10-31-2016

(✓) Original

(✓) In UNITED STATES DISTRICT Court SDNY, 500 Pearl St, New York, N Y 10007 Civil complaints Docket No [illegible] JUDGE : Hon. [illegible] data [illegible] [illegible] Plaintiffs V. State of New York, Albany, N.Y. a few more "Jungle Democracy" oppressions [illegible] et al (48 Nos defendants named, see FRCP list of 48 includes Mr Gov.George Pataki. The U S A Govt. et al (48 Nos defendants named; a list of 48 includes in due course of actions, see FRCP list of 48 includes Mr Defendants may be added in the list in due course of actions, Mr Maurice Greenburg ex chief A ebbers ex chief Worldcom, Mr Kenneth lay ex chief Enron Inc, Mr [illegible] of all attorneys, friendly & Insurance Co, Republic of Iraq, Baghdad, Iraq ; Peterson [illegible] for bad business and oppression Defendants ; UPS Store, Broadway, Saranac Lake, N Y 12983 for unfair demand of money and refusal to sell copy to Plaintiff Geronimo and H I T W. R Group ; [illegible] Harrietstown Housing Authority 14 cards at fixed place at their franchise store at Saranac Lake, Housing Assistant, and Notary Kiwassa Rd, Saranac Lake, N Y 12983 ; and Debbie [illegible] ; Govt of India, New Delhi, India ; 3 more Notaries at Saranac Public N Y S, for illegal conducts; Govt of India, are violating public laws to insult activities of Lawful Lake at local Banks at Saranac Lake, are violating public laws to weaker section of Society ;for refusal of Notaries to nature, just because plaintiffs belong to weaker section of Society ... Defendants ; Docket No ___ Judge (✓) Jury Trial perform public service to Plaintiffs) ... Defendants world wide against Plaintiffs Demanded : Issue: Civil rights violations in New York, USA, IN India, world wide, by plaintiffs (5 Nos now) and recoverable compensatory and Punitive damages [illegible] If not assessed more more by U. Damages recovery demanded, upto one half billion dollars of U S currency. If not assessed more more, submitted by Jury, the effective value, as of 8-8-2005 date of filing amended Affidavit to U S District court priority by USPS priority Mail.

Attached [illegible] List of Defendants

"Jungle Democracy ... etc" is the first Plaintiff as the defendants are are followers to Jungle Democracy ... the individual Plaintiffs op[illegible] ... The publisher Reforms International of "Jungle Democracy was damaged as the progress of association was truly hampere[d] ... malpractices. The publisher Reforms International of "Jungle Democracy was damaged as the progress of association as the most of scripts are replicas of the inherent malpractices detailed in the script above, below and some already submitted to court above, affecting Plaintiffs and which caused pains and damages [illegible] d truth of facts that occurred in terms of Violations of laws in USA and in India affecting Plaintiffs and which caused pains and World wide of news in as individual, corporate or unincorporated Association; Lawfully constituted associations in USA and in India and World wide. Oppression now. The Corruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy" ... violated laws and caused civil rights violatio[ns] People/ Nations to weaker People/alien, et al, by Geronimo. The fact most Defendants either violated laws and caused civil rights violation constitutional laws in USA or India. Thus caused sufferings to plaintiff, Geronimo or chief editor the Reverend Lisa Roy as the defendant for her survival in decent and healthy living. Fourth plaintiff H I I world Religions Group suffered for loss of recognition by most of [illegible] c/o Prime Ministe[r] nages are claimed as described below and above by a Jury Trial. The Government entities like Govt of India, New Delhi, New York are gross violators of civil right of individual plaintiffs. Others are violators as well.

[handwritten:] Those political leaders of superpower (USA) world body UN[O] & foreign Govts were actively negligent of rights of weaker people and plaintiff did suffer heavily. Most damaging was of leaders.

We are extremely sad to announce that conventional Gods are losing powers to the [illegible] rulers & dictatorial HUMAN GODs all over the World. Conventional GODS and divinity concepts are defini[te] ... Gods, in terms of Faiths, if they are not ornamental. In Magical powers of Gods & pragmatic beliefs and amended th[e] United national SLOGANS world wide that "WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign [rule]" (The Reverend Lisa N Roy, Chie[f] ... sitting of of the reverend Joseph Geronimo Jr, aka kamal Karuna Roy Priest (a Plaintiff) ... IOCRACY ... etc" is another victim and Plaintiff/ appellant/ Claimant.

[handwritten annotations, largely illegible:] We Web [illegible] Kamal Roy 14 [illegible] N Y 12983 ... filed in U S D Court ... Joseph Geronimo Jr ... All respectfully submitted ... Kamal KK Roy ... for all 6 Plaintiffs

12/5/2006 The Rev Kamal KK Roy Ph.D D.D MS (MBA) (SUNY Maritime College 1973) Total 100 pages

To Hon Chief Judge U.S.D Court 500 Pearl St, NY NY 10007 ... Delaware, DE

Sir This is a petition to redress of grievances of 6 Plaintiffs (One US citizen) Kamal KK Roy

Kamal KK Roy
Joseph Geronimo Jr 12/5/06
for Plaintiffs

In the U S SDC for Delaware District Wilmington

Additional affidavits complaint

**In the U S District Court, SDNY, 500 Pearl St, New York, N.Y 10007 the The U. S Court of Appeals, for the 2nd Circuit of New York, NY 10007 at U.S Court House , centre St, at Foley Sq, New YOrk N Y 1[illegible]**

Dated filed : 9.8.2005 – Civil complaints/ appeal from decision of district court on 8.9.2005 [illegible] of natural disasters. Let us feel united for reliefs to all affected and reliefs to poor people those who are sure to be [illegible] [illegible]ath of this disaster in consequences like price rises in Gasoline at al all over the world , and especially millions o U S poors, often neglec[ted] [illegible] ties in various Governments in USA.

The BACKGROUND

+++The Reverend Dr. Joseph Ger[onimo] Sole appellant/ Plaintiff is an Ordained Priest, [illegible] in other countries in general educational fields like management science, Public administration, religions and many Gods and people...etc; registered as a [illegible] religious marriage officer", New York State(a N Y State constitutional Officer ) ,with the City Clerk, City o[f New] York ,1 Centre St, New York, N.Y 10007. is planning to meet public and members of news media/ Press , national and International, in behalf of World Religions Group, 107A ,Scribner Avenue , Staten Island, N[Y] 10301; India & Oriental main office ; 46 C Chowringhee Road , Kolkata 700071, West Bengal, India.: Me[eting] Hours on 9.4.2005, Sunday 6 pm till 9 p.m evening , rsvp. our phones 518 891 5466 or 315- 276 5001 . [illegible] invited.. Venue ; Namie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa Road, Sa[ranac] Lake, New York 12983 , USA (At Adirondack Mountains) . Discussion topics ; deficiencies of modern Democ[racy] society and Concepts of Gods and Divinity at modern times of International violence with target to achiev[e] Peace. ( 2.) misc. issues with topic like amendment needed in concepts, of century and geographic , an[d] based ,name_ Gods. Like Allah, Vishnu, son of God_Jesus, to cater religious and divinity needs of public i[n] general , with patterns of many Diversities of regions and the associated very different Interests.( 3.) Electronic Publication of Rev , Joe's Book volume," JUNGLE DEMOCRACY ...OPPRESSION .. by rich and po[werful] people/Nations/ State to weaker people of domestic national origins /aliens and/or foreign Countries fo[r] for oil, for property etc etc or for nothing to help Humane_crises of Human_animals .. etc etc.." shall be d[istributed] to the Press community and public in general, on e_mails or hard copies. ( 4.) COFFEE may be served at [the] Hall to attending Guests , during the scheduled hours of meeting, Errors & Omissions may be excepted. Th[anks] regards, from the above noted priest, World Religions Group and Associates. Thanks Again. In case you a[re not] available for the scheduled meeting and you may provide us with your e mails then World Religions Grou[p] Handicap Interests International W.R. Group shall send you a precise text of the discussions on Gods , Democracies, amendments with Newer Gods Concepts with regional priorities WORLD_WIDE. [illegible] whether You are unsure about democracy or a Jungle democracy where you are in. You are requested [to] extend your kind Hand to help victims of last KATRINA HURRICANE CALAMITY IN USA August 2005. We'r[e] [praying for] heavenly retirement of all departed souls as a result of this enormous destruction in USA. Please note vic[tims] and not USA need your assistance. You may send your assistance in terms of money//cash through organiza[tions] like," RED CROSS" world wide, ""World Religions Group H I I tax exempt by IRS, USA do accept donations [by] check and/or Money order addressed to H I I World Religions Group, P O Box 1173, Saranac Lake, New Yor[k] 12983 ; email : VISHWA12@HOTMAIL.COM PHONE usa 518 891 5466 CELL PH. 315 276 5001, rsvp, Than[ks] regards.

Anticipatory Notice of Appeal and extremely urgent Motion for an order to district Court, SDNY to accept complaint as [illegible] deposited to the court, but several times returned back to complainant by Pro Se Office of Court with return of $ 95.00 [illegible] 0 of $ 155.00 submitted to court on 7.21. 2005 is still in possession of the SDNY ; Returned money order Coupn is resubmitted for possible order of Court of appeals , 2nd circuit, N Y to accept the Civil complaints as submitt[ed] Appeals Court 2nd circuit on 8.25. 2005 by certified priority mail, ex Parte motion & Notice of appeals on the Ground that Sole plaintiff/appellant the Reverend Joseph Geronimo Jr aka K Roy ss # 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, a U S Ci[tizen] is Guaranteed by the USA constitution to U S Citizen to file complaint to Government to voice concerns and allegations against Government; as U S court System is basic constituent of US Government, Plaintiff Geroni[mo] files ex Parte motion for relief with anticipations that the subject Civil COMPLAINT AND ALLEGATIONS OF G[illegible] violations of Civil rights and other law_violations againt the plaintiffs/appellants wherein Joseph Geronimo i[s] party_Plaintiff_Individual, may be returned again and agin not not lawfully accepted for submissions at the S[DNY]

2

Sworn statement in names of all Gods, Human_Gods, Powerful enough & divine [illegible] attitudes/appearances among public on earth, and sworn under penalty of perjury: filed by USPS Priori[ty] Mail from Saranac Lake, N.Y 12983 on 9.8.2005 HELP ; HURRICANE KATRINA IS INTERNATIONAL S O [S] DISASTER like TSUNAMI: PEOple of entire world should extend [illegible]

What Damages were provided as huge as Civil Complaint [illegible] legal jurisdictions under many laws [illegible]

That News Media including Defendant NY Times & NYC used discriminatory news delivery to citizens by illegal U.S. Anti trust Laws

Kamal Roy 12/5/2006

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2005
Claim Number: 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 DI

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual-Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2005 | Continuing | $489.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2005.

**Information About Your Payments**

Your regular monthly check of $489.00 will be sent to your representative payee about the first day of November 2005.

**Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

SSA-L8151

Civil Complaint

Original

In UNITED STATES DISTRICT Court SDNY, 500 Pearl St, New York, N Y 10007 ... Civil complaints ... Docket No ... JUDGE : Hon ... date : ... et al, Plaintiffs V. State of New York, Albany, N.Y. ... a few more "Jungle Democracy" ... oppressions ... (48 Nos defendants named ; list of 48 includes ... Gov. George Pataki, The U S A Govt. et al ... Defendants may be added in the listin due course of actions, see FRCP ... ex chief Enron Inc. ... ex chief Worldcom ... Republic of Iraq, Baghdad, Iraq ... Saranac Lake, N Y 12983 ... for bad business and oppression ... Defendants ; UPS Store, Broadway, Saranac Lake ... and refusal to sell copy ... Housing Authority ... to Plaintiff Geronimo and H T I W R Group ... franchise store at Saranac Lake ... Housing Assistant, and Notary ... Saranac Lake, N Y 12983 ; and Debbie ... Govt of India, New Delhi, India ; 3 more Notaries at Saranac ... Public N Y S, for illegal conduct ... are violating public laws to insult activities of Lawful ... Lake at local Banks at Saranac Lake ... section of Society for refusal of Notaries to ... just because plaintiffs belong to weaker ... perform public service to Plaintiffs) ... Defendants ... Docket No ... Judge ... Jury Trial

... Civil right violations in New York, USA, IN India, world wide, against Plaintiffs ... by plaintiffs ( 5 Nos now)

Demanded ; Issue ... Punitive damages

and recoverable compensatory ... If not assessed more money ... by U S District court submitted ... Affidavit to U S District ...

**Damages** recovery ... the effective value as of ... date of filing amended ... priority Mail

... the individual Plaintiffs ... "Jungle Democracy" ... in USA and in India ... World wide, of ... Jungle Democracy ... Oppression ... civil rights violation ... Reverend Lisa Roy as the defendant ... Geronimo ... People's Nations in weaker People ... in USA or India ... World Religions Group ... Govt of India, New Delhi ... New York ... great violations of civil right of individual plaintiffs

... THE POLITICAL LEADERS ... FOREIGN GOVT WERE ACTIVELY NEGLIGENT OF RIGHTS OF WEAKER PEOPLE AND PLAINTIFF ... DID SUFFER HEAVILY ; MOST DAMAGING ...

**We are extremely sad to announce that conventional Gods are losing powers to the ... rulers & dictatorial HUMAN** GODs all over the World. Conventional GODS and divinity concepts are defined ... in Magical powers of Gods & pragmatic beliefs and amended ... Gods, in terms of Faiths, if they are, not ornamental ... WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign ... United national SLOGANS world wide ... (The Reverend Lisa N Roy ... Joseph Geronimo ... Kamal ... Karuna Roy Priest (a Plaintiff) ... writing of the reverend ... DEMOCRACY ... is another victim and plaintiff ...

12/5/06

The Rev Kamal K K Roy

PhD DD MS (MDR) (SUNY Maritime College 1973)

To Hon Chief Judge U.S.D Court ... 500 Pearl St NY NY 10007

Delaware, DE

Kamal K K Roy

All respectfully submitted ...

Kamal K K Roy 12/5/06 2006

Original

IN THE USDC for Delaware District at Wilmington

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff

REQUEST TO PROCEED IN FORMA PAUPERIS

Defendant(s)

I, Kamal K Roy, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

Disabled since 1993 ... on SSI payment since 1998

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month. N/A

YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

Disability payment

a) Are you receiving any public benefits? ☐ No. ☒ Yes, $ 488 pm

b) Do you receive any income from any other source? ☒ No. ☐ Yes, $

Social Security disability payment

Kamal K Roy

ORIGINAL

ORIGINAL

P.T.O — Page 2

Kamal K Roy 10/10/2006

(1) That I have material/cash worth $ 50.00 only including in all Banks which I use for collecting SS & SSI payment 12/5/2006

Petitioner Kamal K Roy

Plaintiff U.S. Citizen (PRO SE)

For self as US citizen and Member/Hon Executive & financially very weak organization

107 A Sr 14 Kiwassa Rd P.O Box 1173 S/L NY 12983

Plaintiff Pro se

All Respectfully Submitted For Grant of poor status For Kamal K Roy For self & his lawful associates with others

(Page 2)

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Got 15 00/100 in hand only
likely to get monthly SSI payment soon

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No ☐ Yes, ______

6. List the person(s) that you pay money to support and the amount you pay each month.

pl see Page 1

7. Do you pay for rent or for a mortgage? If so, how much each month?

$ 181.00 pm in OUS subsidized Housing

8. State any special financial circumstances which the Court should consider.

I am disabled (part) and sick and very very slowly recovering my ailments. This matter has been civil rights / human rights violations by State / UNO / private entities as Defendants I had common law wife New York at different time, but that marriage is not affirmed in New York

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this ~~5th~~ Nov 21, 2006 day of ~~November~~ Dec 5, 2006 ~~2005~~

Original Dr Kamal K Roy Kamal K Roy a/k/a
(signature)

and was born as JOSEPH GERONIMO JR — now a part disabled priest (Mobile) in Manhattan & Delaware

rev. 1/2001

IN THE USD Court for Delaware Wilmington DE

Exh poor

Page 2 poor

12

personally unable to financially care for 2 daughters: natural born Terbi Park Roy 1st & Mita Roy (23)

see exhibit 1 & others

List of Defendants (22) 8 Pgs

a/k/a The Reverend Kamal R

ORIGINAL

12/5/2006 By Kamal R K R

12/5/2006

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2005
Claim Number: 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 DI

125 CMP5,M10,151,057975 000057975 01 MB 0.800

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual-Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2005 | Continuing | $489.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2005.

**Information About Your Payments**

Your regular monthly check of $489.00 will be sent to your representative payee about the first day of November 2005.

**Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

SSA-L8155

(17)

adkattic@yahoo.com; agentservice@mostchoice.com; ajolly@pressrepublican.com; askdoj@usdoj.gov; avene.box199@nysif.com; cm@mp.nic.in; cm@wb.gov.in; cm@wb.nic.in; dhurjati97@rediffmail.com; gargi6819lahiri@yahoo.com; letters@nytimes.com; letters@time.com; letters@washpost.com; news@pressrepublican.com; tlffreepress@yahoo.com; web@us.doj.gov; webmaste@thejakartatimes.com
Cc: angeline.toh@reuters.com; askdoj@usdoj.gov; branch0439@charterone.com; calcutta@ttsvisa.com; gargi6819lahiri@yahoo.com; news@telegraph.co.uk; news@telegraph.com; northeastwebsite@unicel.com; smitamitra68@rediffmail.com; state@ny.us/governor; stockholmweb@state.gov; tconnors@nydailynews.com; thestatesman@vsnl.com; vice.president@whitehouse.gov; vishva_dh@yahoo.com; washington@nytimes.com; wbhrc@cal3.vsnl.net.in; web@us.doj.gov
Sent: Fri, 22 Sep 2006 2:01 PM
Subject: Re: 9 .22. 2006 IN ORIENT & AS DT IN WEST/WORLD :: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER , Hillary R Clinton, later two persons are two candidates of Nov 2006 election from New York & now are defendants in Jungle democracies ..etc as complained in action file & they were noted in et al in defendants column and now fully identified as defendants. National demecratic and republican parties of U S A at Washington DC have been positively identified as defendants and now appellees as per FRCP, FRAP of U S Courts. Pl note that action was decided sua ponte. However all 160 defendants including Mrs Gargi Roy (Lahiri),other Lahiris of krishnaghar w b , India, Govt of India and all others + World press community , U N O, New York headquarters have been notified of appeal by e mail;God/s as defendant/s have been notiofied of this action of appeal through press in USA for " We the People" are main constituents of manmade Gods in democracies and now in phases of Jungle Democracies in countries where God has control in some form in people.Plaintiffs by The Reverend Dr Kamal Roy aka Dr Joseph geronimo Jr swear under penatuy of perjury that God/s do exist for the people, by the people , of the people' in USA as a failed or successful democratic actionanble entitity.art of God/s anmd divine systems for other planets,universe or other animals are excluded from the action or appeal. God/s are real conceivable by human_animals of defendant nations. damage recoveries from defendant/s / appellantGod/s, as and when available can be paid by people who created God and divine system or believe in ailing system of democratic God/s. If not recoverable, or delays, if any on recoveries the amount may be kept in suspense fund with negative $ values. Plaintiffs/appellants are positive that we the appellants can recover amount in $ values or equivalent god/s' blessing to us all kamal roy for all appellants.

Re: 9 .24. 2006 IN ORIENT & AS DT IN WEST/WORLD :: Republican Party & Democraic party_national,at washingto D C Hillary clinton & Elliot Spitzer NY State attorney General , later as candidates at Nov 2006 General election were made Defendants/appellees in current actions of complaints/appeal process, as the parties were identified as positive Defendants in the civil action filed at US DC, delaware district jurisdiction, USA,previously identified as et. al defendants and now identified lawfully as additional defendants nos 157 to 160 nos defendants for practices of Jungle democracies and beneficiaries of corruptions in elections in USA/ NY State , due in Nov 2006, the proess stated & Primaries were held in Sept 2006 & Kamal K Roy as a would be contestant in Geral elections etc was left out of process as left out due corruptions in electoral practices due corruption, amaging chances of being elected leader in USA/NY State as US senator from New York State or && governor of the State N Y., news agencies like N Y times ignored candidacy of Kamal aka Joseph in monopoly in news produce and services. DAMAGES

Ex. 1 Relevant

USDC Delaware

(19)

steve.carbone@wcb.state.ny.us; toieditorial@group.com; tvnews@vsnl.com; washington@nytimes.com; emailnewsletters@usatoday.com; ethics@dos.state.ny.us; foreign@nytimes.com; vishwa12345@hotmail.com; dhurjati97@rediffmail.com; gargi6819lahiri@yahoo.com; web@us.doj.gov; webmaster@dawn.com; cm@wb.gov.in; cmdelhi@res02.gov.in; jaytc@unicel.com; conedit@ajc.com
Cc: ptidelhi@pti.org.com; senator@biden.senate.gov; imckinstry@pressrepublican.com; karna_roy@hotmail.com; karnaroy@netescape.net; spscbkol@cbi.nic.in; state@ny.us/governor; stockholmweb@state.gov; support@themoscowtimes.com; tanya4u@mail.ru; tlffreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh@yahoo.co; webmaster@unicel.com; agentservice@mostchoice.com; apec@immi.gov.au
Sent: Thu, 21 Sep 2006 12:24 PM
Subject: Re: 9 .21. 2006 IN ORIENT & AS DT IN WEST/WORLD :: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Cri

9 .21. 2006 IN ORIENT & AS DT IN WEST:: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Crime fighter AS CURRENT ATTORNEY GENERAL in New York IS possibly a victim or A beneficiary OR BOTH ,DUE To corrupt practices in New york Governor/ US senate race etc in New York State , Nov 2006 general election. Jungle democracy publications chief author Rev Kamal k k Roy aka Joseph geronimo jr american (US clergy, possibly a victim of corrupt practice in ERlection in New York state Nov 2006 General election*** To all authorities in India/USA : Pl ARREST 4 (FOUR) LAHIRI'S, Mrs Anuka Lahiri 70+ , Gargi Roy (Lahiri) 40+ , w/o mr k k roy new york, Dhurjati, et al 1 R n Tagore rd, krishnagar ,Nadia dist, w.b, India,, ALL CRIMINAL FOR VIOLATION

USDC Delaware

9 .21. 2006 IN ORIENT & AS DT IN WEST:: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Crime fighter AS CURRENT ATTORNEY GENERAL in New York IS possibly a victim or A beneficiary OR BOTH ,DUE To corrupt practices in New york Governor/ US senate race etc in New York State , Nov 2006 general election. Jungle democracy publications chief author Rev Kamal k k Roy aka Joseph geronimo jr american (US clergy, possibly a victim of corrupt practice in ERlection in New York state Nov 2006 General election*** To all authorities in India/USA : Pl ARREST 4 (FOUR) LAHIRI'S, Mrs Anuka Lahiri 70+ , Gargi Roy (Lahiri) 40+ , w/o mr k k roy new york, Dhurjati, et al 1 R n Tagore rd, krishnagar ,Nadia dist, w.b, India,, ALL CRIMINAL FOR VIOLATION

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

- Yahoo!
- My Yahoo!
- Mail

20

As we remember the way in which **God** has blessed the Convention throug the years, ... **Democracy** means government â€œof the people, by the people, ...
www.sbc.net/ - 51k - Cached - Similar pages

EnMasse :: View topic - Lawsuit against **God** dismissed
The case is **JUNGLE DEMOCRACY**; KAMAL K.K. ROY v. USA GOVERNMENT AT WASHINGTON DC & AT DENVER; **GOD**/S ALL OVEI THE US, No. 06-1281. The case was dismissed, ...
enmasse.ca/forums/viewtopic.php?t=5631& view=next&sid=90ca330ac372814a293cf9d8e566cdd1 - 35k - Cached - Similar pages

TIMEasia.com | Out of **God's** Hands | 1/29/2001
Out of **God's** Hands The child leaders of a Karen rebel group seek refuge i Thailand after years of **jungle** warfare By ROBERT HORN Ratchaburi ...
www.time.com/time/asia/ magazine/2001/0129/thai.burma.html - 23k - Cached - Similar pages

**Jungle** Rumblings: 12/01/2004 - 12/31/2004
**Jungle** Rumblings. POVs, political rants and stream of consciousness meanderings. ... After that, have a Merry Christmas for **God's** sake, or we'l kill ya! ...
**jungle**rumble.blogspot.com/ 2004_12_01_**jungle**rumble_archive.html - 34l Cached - Similar pages

Stan Goff: Witnesses
Burning Slaves at the Stake: On "Sinners in the Hands of an Angry **God**". / Tonak ... Letter from Baghdad: a **Democracy** of Killings and Bombings ...
www.counterpunch.org/goff09142004.html - 66k - Cached - Similar pages

These are a few of my favourite things...
**jungle** book ii... posted by f.d.rahman at 12.11.06 0 comments ... is to trave all around the world and capture the beauty of **God's** various creations.. and ...
dustysunrays.blogspot.com/ - 31k - Cached - Similar pages

Operation: **Jungle** Lotus
**democracy**: (n.) A product so extensively exported that the domestic supp is depleted faith: (n.) The stubborn belief that **God** approves of Republican moral ...
rebel-lion.blogspot.com/ - 85k - Cached - Similar pages

Bkk post - We support Suu Kyi, say
Kyaw Ni = told the Associated Press from the **jungle** base of **God's** Army that Suu ... fighting for **democracy** and that **God's** Army strongly supports Suu Kyi. ...
burmalibrary.org/reg.burma/ archives/199912/msg00407.html - 8k - Cachec - Similar pages

Result Page: 1 2

Try Google Desktop: search y(

U.S. POSTAGE
PAID
SARANAC LAKE, NY
12983
DEC 08 '06
AMOUNT
$1.35
00046083-04
19801
0000
U.S.M.S.
X-RAY
Roy V. USA et al
1:06-cv-00685
(SLR)
To
Hon Chief
S. L Robinson
through Clerk Pro Se
United States District Court
for District of Delaware
U.S. Court House J Caleb Boggs Federal Building
844 N. King street, Wilmington
DE 19801
Mobile
clergy
at Delaware
at Wilmington
PO Box
Saranac
Lake
New York 12983