AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

06-685

*See all attached*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

*Legal full name*

The Rev Dr Kamal Kuno Roy #2 et al ; Jungle Democracies Cat & Mouse Doctrines

**Plaintiff** (16 Nos)

V.

USA/God — 240 Nos

**Defendant(s)**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT** of the seven etc

as of 12/14/2006

CASE NUMBER: SLR #1 Plaintiff

I, **The Reverend Dr Kamal P. Roy** a.k.a. "was born as Joseph Gerreton Jr mobile" declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

#2 for self and as Member Officer of Unincorporated Assn of Plaintiffs (all for)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

(Even a poorest in US can be part of the...) financial ...tions (per us for 1st amendment right)

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____ ✗

   **Inmate Identification Number (Required):** ✗

   [STAMP: FILED DEC 19 2006 BD Scanned U.S. DISTRICT COURT DISTRICT OF DELAWARE]

   Are you employed at the institution? **No**   Do you receive any payment from the institution? part sick part disabled retired but mobile

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. ☒ Are you currently employed?    ☐ Yes    ☒ No    disability + SS retirement    Clergy of God / Religious / Divinity

   $580/mo SSI Total

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   & We The People

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☒ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

The Rev Dr    NA

(2)

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes" state the total amount $ 51.00       $51.00 in A/C

   TLN Bank

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes  ☒ No   NY 12983

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I have 3 minor natural children but I support them without monetary assistance with smaller valued gifts

   I declare under penalty of perjury that the above information is true and correct.

   12/14/2006                The Rev. Kamal KKR     Supported by family of their mother some day is my hope
   _____          a/k/a K Way
   DATE                       born as Joseph Geronimo      SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

a model clergy at USA/Delaware Lived in USA New York since 1968 Naturalized citizen of US since 1981 in U.S. territory ... Raised as orphan ... to help them if any ... money

AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

*See all attached* **UNITED STATES DISTRICT COURT** *Legal Full new*
*The Rev Dr Kamel Kumo Roy #1 et al ; Jungle Pemeraries Cat & Moral doctrines*
**DISTRICT OF DELAWARE**

_____ Plaintiff  (16 N°s)   **APPLICATION TO PROCEED** *of the*
V.                               **WITHOUT PREPAYMENT OF** *sworn*
USA/God - 2/0 N°s                **FEES AND AFFIDAVIT** *...etc*
_____ Defendant(s)           *as of 12/12/2006*

CASE NUMBER: _SLR #1_  *Plaintiff*

I, _The Reverend Dr Kamel P N Roy a/k/a_ declare that I am the (check appropriate box)— *a new*
*was born as Joseph Gervonon Jr mobile*
☐ Petitioner/Plaintiff/Movant   ☐ Other  *#2 for Self and as Member/Officer of Unincorporated Assn of*

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.   *Plaintiff (all pls)*

In support of this application, I answer the following questions under penalty of perjury: *(Even a poorest in US can be part/officer)* *Renamed 2 Associations (poor US*

1.  Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No" go to Question 2) *First amendment right —*

    If "YES" state the place of your incarceration ____×____

    Inmate Identification Number (Required): ____×____

    Are you employed at the institution? *No* Do you receive any payment from the institution? ____
    *part sick part disabled retired but mobile*
    *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*
    *Clergy 2 Gods*
2.  ☒ Are you currently employed?  ☐ Yes  ☒ No   *15+SS*   *Religious/Divinity*
    *$580/mo Total* *get SSI for disability + SS net remt*  & 
    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period   *we the*
        and give the name and address of your employer.                                              *people*
    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
        salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes    ☒ No
    b.  ~~Rent payments, interest or dividends~~               ~~☐ Yes~~  ~~☒ No~~
    c.  Pensions, annuities or life insurance payments         ☐ Yes    ☒ No
    d.  Disability or workers compensation payments            ☒ Yes    ☐ No
    e.  Gifts or inheritances                                  ☐ Yes    ☐ No
    f.  Any other sources                                      ☐ Yes    ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount
    received AND what you expect you will continue to receive.    *NA*
    *The Rev. Dr*

*The Rev Dr Kamel Rt*
*for all Plaintiffs*
*& as Plaintiff for self and other unincorporated*

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?   ☒ Yes  ☐ No
   If "Yes" state the total amount $ 51.00    $51.00 in A/C TLN Bank S/L

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  ☒ No    NY 12983

   If "Yes" describe the property and state its value.

   W/

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I have 3 minor natural children but I support them without monetary assistance with smaller valued gifts

I declare under penalty of perjury that the above information is true and correct.

12/14/2006                    The Rev. Kamal KPo    Supported by family of new mother some day to my late
DATE                          SIGNATURE OF APPLICANT
12/16/2006 a/k/a was born as Joseph Geronimo

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

a world clergy at UCC/Delaware   Lived in USA New York since 1968 Naturalized citizen   in U.S. Territory (since 1971)   lower to help them if Raised option in until I have any total money   The Rev Dr Kamal KPo mobile clergy UCC Delaware

IN THE USDC ~~District~~ Wilmington DE

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

KAMAL K ROY the Plaintiff et al
_____  (8 Nos Plaintiffs)
Full name of Plaintiff

v.                                                        Civil Action No. _____

NY State; Bush; USA; God/s (210 Nos
_____
Defendant(s)  The Rev Dr  (8 Plaintiffs + 206 Defendants as attached)

I, Kamal K Roy a/k/a, declare under the penalty of perjury, that I am the plaintiff in or listed as referred
the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give
security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefor and that I believe I am entitled to relief. I brought civil rights action for

1.) Are you presently employed? Misc Violations in self and Damages in Complainant
   Yes ☐  No ☒                                                                             Complai
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address  nts
        of your employer. _____
        _____

   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month
        which you received. Disabled Since 1999
        _____

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?         Yes ☐   No ☒
   b.) Rent payments, interest, or dividends?                     Yes ☐   No ☒
   c.) Pensions, annuities, or life insurance payments?           Yes ☐   No ☒
   d.) Gifts or inheritances?                                     Yes ☐   No ☐
   e.) Any other sources?                                         Yes ☒   No ☐   get
   If the answer to any of the above is "yes", describe each source of money and state the amount received from  138.00
   each during the past twelve months. _____  SS
                                                                                          &
                                                                                         545.00
3.) Do you own cash, or do you have money in a checking or savings account?  Yes ☒  No ☐   pm
   If the answer is "yes", state the total value of the items owned. $50 only now        SSI
                                                                                         pay
                                         Currently in bank / cash                        ment
4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding  only
   ordinary household furnishings and clothing)?         Yes ☐  No ☒
   If the answer is "yes", describe the property and state is approximate value. _____

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and
   indicate how much you contribute toward their support. I have 3 minor children
   + 4 others. I could not support
   them and they were raised by their
   I declare under the penalty of perjury that the foregoing is true and correct.  mothers

EXECUTED ON  12/14/2006         The Rev Dr Kamal K Roy +2 Family
              (Date)                          (Plaintiff's Signature)  SS# 578-80
   14th Dec 2006                        /s/ J.C.                        -4385
For reasons unrelated in Action
Dr Kamal K Roy is obliged to God/s
                                        ~~son~~ & other Gov't's defends