Roy Vs State of DE ... for District Delaware, Wilmington

1:06-cv-00685-SLR

Case No 1:06-cv-00685 SLR Hon Robinson

Post order Motion FRCP 60(b)

Order dt Dec 2006

(1) We may be allowed to file civil complaints without prepayment of fees for filing and court's effort should be made to redress core complaint filed. Submitted for grant of prayer.

(4) That name of Plaintiff #1, as was marked in complaint was removed DE beyond laws as such, we pray the names of plaintiffs should be noted as is per Laws of USA. (5) Atleast twice (once with original complaint) (FRCP) poor person affidavits were submitted to court (see check file)

Mr Kamal K Roy
PO Box 1173
Saranac Lake, NY 12983

The Rev Kamal Roy Prose for Plaintiffs 12/15/2006

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(2) Including ... a resident of place ... Rd, #56, S/L NY 12983 (07A) ... Staten Island, New York city NY 10301 & on mobile places as often required to work as mobile clergy. Post order dt Dec 06 Judge Hon Robinson and Plaintiffs bring motion by the Prose Plaintiffs The Rev Dr KR Federal legal mobile clergy in Jurisdiction of District of Delaware, Wilmington DE USA & an electronic Preacher of God/s, Divinity and Multiple Religions; a U.S. citizen; a victim of civil rights violations in intercontinental environment of "Jungle Democracies", cut and Monroe doctrines, oppression of weaker people/nation by powerful people/Nations / superpower/allies and the human animal conceived God/s in Democracy including Republic of USA. Plaintiff #1 (an Association representing elexpower, FRCP) a legal entity, a published Book, is EIN 13-3566610 the author of electronic Kamal K. Roy

That Kamal K Roy humbly pray to amend court order et to redress some of the above facts publication, a legal entity (EIN 13-3566610) harms and damages sustained grievances in pains, by the people including the Rev Dr Kamal K R, PhD, DD MS (MBA) SUNY Maritime College Bx 1973 Dec, ... in a poor clergy, legally on vow of poverty (IRS ...)

(3) That Plaintiff #2 Kamal K Roy ... in addition same may be heard ... (poor ... association of Plaintiffs are FRCP) ... became financially poorer for misconducts of people in effects of vow of poverty as clergy and civil and govt including USA in God/s in USA etc that remained poor (legally) and weaker person in USA. I became most poor in economically term when I lost chance to contest in term elections ...

Kamal KR 12-16-06

Served ... on 12/14/2006 by email to US Attorney, USDC Delaware District, Wilmington

cc The U.S. Attorney

Defendants attached

Same maybe heard

Exh 2

ajolly@pressrepublican.com, apec@immi.gov.au, askdoj@usdoj.gov, aven
chiefsec@wb.gov.in

Everyone is raving about the all-new Yahoo! Mail beta.ï»¿

Google Web Images Video News Maps more

Jungle democracy GOD

**Web** Re

06-1281 -- **Jungle Democracy** v. USA Government at Washington DC anc
**JUNGLE DEMOCRACY**; KAMAL K.K. ROY,. Plaintiffs - Appellants,. v. US, GOVERNMENT AT WASHINGTON DC & AT DENVER; **GOD**/S ALL OVEI THE US,. Defendants - Appellees. ...
www.kscourts.org/CA10/cases/2006/11/06-1281.htm - 7k - Cached - Simila pages

Milwaukee Federalists: **Jungle Democracy**
What is "**jungle democracy**"? Why, its the name of a person who is suing, among others, President Bush, **God**, the NY Times, and Kentucky Fried Chicken, ...
my.execpc.com/~fedsoc/2006/11/**jungle-democracy**.html - 15k - Cached - Similar pages

Southern Baptist Convention - Reaching the World for Christ
As we remember the way in which **God** has blessed the Convention throug the years, ... **Democracy** means government â€œof the people, by the people, ...
www.sbc.net/ - 51k - Cached - Similar pages

EnMasse :: View topic - Lawsuit against **God** dismissed
The case is **JUNGLE DEMOCRACY**; KAMAL K.K. ROY v. USA GOVERNMENT AT WASHINGTON DC & AT DENVER; **GOD**/S ALL OVEI THE US, No. 06-1281. The case was dismissed, ...
enmasse.ca/forums/viewtopic.php?t=5631&view=next&sid=90ca330ac372814a293cf9d8e566cdd1 - 35k - Cached - Similar pages

TIMEasia.com | Out of **God's** Hands | 1/29/2001
Out of **God's** Hands The child leaders of a Karen rebel group seek refuge i Thailand after years of **jungle** warfare By ROBERT HORN Ratchaburi ...
www.time.com/time/asia/ magazine/2001/0129/thai.burma.html - 23k - Cached - Similar pages

**Jungle** Rumblings: 12/01/2004 - 12/31/2004
**Jungle** Rumblings. POVs, political rants and stream of consciousness meanderings. ... After that, have a Merry Christmas for **God's** sake, or we'l kill ya! ...
**jungle**rumble.blogspot.com/ 2004_12_01_**jungle**rumble_archive.html - 34l Cached - Similar pages

Stan Goff: Witnesses
Burning Slaves at the Stake: On "Sinners in the Hands of an Angry **God**". / Tonak .... Letter from Baghdad: a **Democracy** of Killings and Bombings ...
www.counterpunch.org/goff09142004.html - 66k - Cached - Similar pages

These are a few of my favourite things...

Exh Web - reference of issues 12/15/2006 Rev Dr Kamal KK Roy 12/16/06 Plaintiff #2 SC US Washington DC 20002

Kamal K Roy 12-16-2006

CM/ECF LIVE - U.S. District Court:ded https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?692912887729

**Utility Events**
1:06-cv-00685-UNA Roy v. USA et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2006 at 2:54 PM EST and filed on 11/15/2006

**Case Name:** Roy v. USA et al
**Case Number:** 1:06-cv-685
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:06-cv-685 Notice has been electronically mailed to:**

**1:06-cv-685 Notice has been delivered by other means to:**

Kamal Karna Roy
PO Box 1173
17 Kiwassa Road
Apartment 5G
Saranac Lake, NY 12983

1 of 1 11/15/2006 2:54 PM

Mr. Roy - Please return this copy with your pauper application or fee payment. Thank you. USDC-DE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

COPY

November 8, 2006

TO: Kamal Karna Roy, Pro Se
PO Box 1173
17 Kiwassa Road
Apartment 5G
Saranac Lake, NY 12983

**RE: New Complaint Received - Civil Action 06-685 UNA**
**Roy v. USA et.al.**

Dear Mr. Roy:

We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 06-685 UNA. Please be advised that your papers did not contain either the $350.00 filing fee, or in the alternative, an Application to Proceed Without Prepayment of Fee and Affidavit (in forma pauperis application).

If you desire to proceed in forma pauperis, an affidavit to proceed as a pauper is required. Should you decide to pay the filing fee, the fee is $350.00, payable to Clerk, U.S. District Court. If you pay the filing fee an affidavit of poverty is not required. No later than November 30, 2006, please complete, sign and return the enclosed form to the Clerk of Court, or submit the required $350.00 filing fee.

When your application for pauper status is received, it will be submitted to a judge for determination as to your standing to proceed in such a manner. If this status is granted, pursuant to an Order, you would then be responsible for providing sufficient copies of the Complaint and Order (one for **each** person to be served), along with USM 285 Forms (Marshal's Service forms) to effect service. Only then will the U.S. Marshal serve your complaint on the defendants.

IN THE US District Court for District of Delaware
Case No
Judge Hon Robinson

Post order Motion FRCP 60(b)
Order dt Dec 2006

(1) We may be allowed to file civil complaints ~~06-50226~~ without prepayment of fees for filing and Court's effort should be made to redress core complaint filed, submitted or argument or prayer.

(4) That name of Plaintiff #1 as was marked was removed beyond Laws as Dr. Kamal... We pray the names of Plaintiffs should be noted as per Laws of USA (5) Atleast twice (once with original complaint) poor person affidavits were submitted to court.

Mr Kamal K Roy
PO Box 1173
Saranac Lake, NY 12983

The Dr Kamal Roy
Prose for Plaintiffs

(3) That Plaintiff #2 Kamal K Roy did act for self and Plaintiff poor ecclesiastic ... see FRCP

(I)

I, Kamal K K Roy a resident of place see check file (2) including 14 Kiwassa Rd #56, S/L NY 12983 / 167A Scribner Ave, staten Island New york city NY 10301 bring motion Post order dt ______ and a monk clergy in Federal legal Jurisdiction of District of Delaware Wilmington DE USA & an electronic Preacher of God/s, divinity and Multiple Religions; a US citizen; a victim of civil rights violations in intercontinental environment of "Jungle Democracies", cat and Mouse doctrines of oppression of weaker people/nation by powerful people/Nations/Superpower/allies and the human animal conceived God/s in Democracy including Republic of USA. Plaintiff #1 Kamal Roy is the author of electronic publication, a legal entity (EIN 13-3166110) to redress some grievances in pains, harms and damages sustained by people including The Rev Dr Kamal KKR MS (MBA) SUNY Maritime College Bx 1973 Dec, PhD, DD etc is a poor clergy, legally on vow of poverty IRS rules.

In addition to effects of vow of poverty as clergy I became financially proven for misconducts of people in USA including USA, God/s in USA etc and Govt civilians remained poor (legally) and weaker person in USA. I became most poor in chronically form when I lost chance to contest in term election 2nd ...

KKR
DR
12/16/06

pages

Milwaukee Federalists: **Jungle Democracy**
What is "**jungle democracy**"? Why, its the name of a person who is suing, among others, President Bush, **God**, the NY Times, and Kentucky Fried Chicken, ...
my.execpc.com/~fedsoc/2006/11/**jungle-democracy**.html - 15k - Cached - Similar pages

Southern Baptist Convention - Reaching the World for Christ
As we remember the way in which **God** has blessed the Convention throug the years, ... **Democracy** means government â€œof the people, by the people, ...
www.sbc.net/ - 51k - Cached - Similar pages

EnMasse :: View topic - Lawsuit against **God** dismissed
The case is **JUNGLE DEMOCRACY**; KAMAL K.K. ROY v. USA GOVERNMENT AT WASHINGTON DC & AT DENVER; **GOD**/S ALL OVEI THE US, No. 06-1281. The case was dismissed, ...
enmasse.ca/forums/viewtopic.php?t=5631&view=next&sid=90ca330ac372814a293cf9d8e566cdd1 - 35k - Cached - Similar pages

TIMEasia.com | Out of **God's** Hands | 1/29/2001
Out of **God's** Hands The child leaders of a Karen rebel group seek refuge i Thailand after years of **jungle** warfare By ROBERT HORN Ratchaburi ...
www.time.com/time/asia/ magazine/2001/0129/thai.burma.html - 23k - Cached - Similar pages

**Jungle** Rumblings: 12/01/2004 - 12/31/2004
**Jungle** Rumblings. POVs, political rants and stream of consciousness meanderings. ... After that, have a Merry Christmas for **God's** sake, or we'l kill ya! ...
**jungle**rumble.blogspot.com/ 2004_12_01_**jungle**rumble_archive.html - 34l Cached - Similar pages

Stan Goff: Witnesses
Burning Slaves at the Stake: On "Sinners in the Hands of an Angry **God**". / Tonak ... Letter from Baghdad: a **Democracy** of Killings and Bombings ...
www.counterpunch.org/goff09142004.html - 66k - Cached - Similar pages

These are a few of my favourite things...
**jungle** book ii... posted by f.d.rahman at 12.11.06 0 comments ... is to trave all around the world and capture the beauty of **God's** various creations.. and ...
dustysunrays.blogspot.com/ - 31k - Cached - Similar pages

Operation: **Jungle** Lotus
**democracy**: (n.) A product so extensively exported that the domestic supp is depleted faith: (n.) The stubborn belief that **God** approves of Republican moral ...
rebel-lion.blogspot.com/ - 85k - Cached - Similar pages

Bkk post - We support Suu Kyi, say
Kyaw Ni = told the Associated Press from the **jungle** base of **God's** Army that Suu ... fighting for **democracy** and that **God's** Army strongly supports Suu Kyi. ...
burmalibrary.org/reg.burma/ archives/199912/msg00407.html - 8k - Cachec - Similar pages

K. K. Roy v. Bush

UNITED STATES DISTRICT COURT APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: The Reverend Dr KAMAL K Roy A/K/A & was born as

Address of Defendant: 7 unincorporated association Joseph Geronimo Jr — was orphan as a child.

Place of Accident, Incident or Transaction: See Lists

(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☐ see attached List

Does this case involve multidistrict litigation possibilities? Yes☐ No☐

*RELATED CASE, IF ANY:*

Case Number: ______ Judge ______ Date Terminated: ______

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes☒ No☐ Some issues only

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes☐ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust → (also include
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights / including Democratic rights in Republic of USA the chance to lead (or in part, U.S.A / States)
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases (Please specify) Misc Civil rights violations by intercontinental Defendants Nov 2007 Nos

**ARBITRATION CERTIFICATION**

*(Check appropriate Category)*

I, ______, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought. civil rights / electoral rights violation which failed KAMAL ROY to contest leadership Governor NYS Senator US Midterm Nov 2006 Election NYS et al

DATE: 12/14/06 ______ Attorney-at-Law Kamal K Roy Jr (Pro se) Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE: 12/14/2006 ______ Attorney-at-Law ______ Attorney I.D.#

CIV. 609 (4/03)

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

DEPARTMENT OF THE TREASURY

Date: NOV 22 1998

Employer Identification Number: 13-3566610
Case Number: 116264029
Contact Person: C. MOORE
Contact Telephone Number: (718) 488-2915
Our Letter Dated: December 10, 1992
Addendum Applies: No

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.N. & W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

Appendix EXL 10 "Non Profit Tax exempt" H.I.I.

...e United states District Court of ...DC. S.D.N.Y. ............ District of ...Washington DC/ New York

USA ............ Civil ........ADDITIONAL Complaints/ AFFIDAVITS - Docket #____ Judge ________ FILED

11-09-2005

11-10-2005 Complaints

11-11-2005 / 6 Pages + 7 pages list of Defendants + Marked Exhibits

Additional CIVIL / COMPLAINTS Affidavit

JURY TRIAL Demanded Poor person petition to file complaints of laws denial & Private Defendants abused Plaintiffs & Damaged

IN THE USD Court for Delaware District Wilmington

Additional DE Affidavit 12/5/06

ORIGINAL FILED BY us Priority mails on : 11_5_5 2005 & 11___3. 3005 at Two jurisdictionss of U.S. Federal Court

...vil action / Complaints: Docket No ______ Judge : Hon ......

by Govt/State/U.N.O.

Jury Jury Trial demanded : Neglects of 1st amedndment Constitution right of U.S Citizens / Due Process

# COMPLAINTS++++++Jury Trial demanded+++++++++ Title of CIVIL Action: "Jungle Democracy. ...Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower allies & democratic Devils, Human Gods. Gods of faiths in USA/ India and/ or / Nations to ...people world wide .......etc ". E.I.N 13-3566610 for( trade name non profit tax exempt) : a ...ublished in USA and world wide. Book volume by the Reverend Joseph Geronimo Jr / a ...itity in Democracy: Publisher :Reforms International.( E I N 133462738 ). Non ...x exempt by I R.S.. P O Box 1173 . ( E I N & tax exempt : ID # 13 -3566610 ) .Saranac Lake. ...k 12983. U S A. The Reverend Kamal K Roy/ aka/ Joseph Geronimo Jr S S # 578804399 . 107 ...er Avenue, Staten Island . New York City. New York 10301: Chairperson. Board of Editors ...le Democracy ... CAT & MOUSE DOCTRINE of Oppressions ..... by rich & ...people/ Nations to WEAKER CITIZens OR aliens / FOREIGN NATIONS. Etc WORLD WIDE ... ETC ) - BY JOE GERONIMO JR. PRIEST. NOTED ABOVE AND BELOW

In the USC Appeals 3rd Circuit Philadelphia PA 601 Market St US Court House for 3rd Circuit

(1) That KAMAL ROY AJHA ... 14 Kiwassa Rd NY 12983 swear under penalty of perjury ... (galaborman) Plaintiff #1

That God (U.S., India, Iraq et al based is defendant as God or name-sake GODs with Religion man made and ... errors ... That as mandates dictated theme of God in Democracies, ...

Many Defendants as National / International / SUPERPOWER ... LEADERS ... FORM A CHARACTERS Of Compassions for common human being of the Nation before you contest to any power in DEMOCRACIES. You may be responsible to Gods, devils or "WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER ... [illegible]

to the deficiencies in area of Defendants as people or Leaders of Govt caused Damages claimed above. USA Govt is a Defendent. Kamal

(2) That Damages were prorated and filed in Jurisdictions under different Law and Violations and with versions of common Defendants & under Laws including Discriminations in News ... Plaintiffs

All sworn under penalty of perjury The Rev Dr Kamal K K Roy SS# 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 AJHA & was born as Joseph Geronimo ... at Guam - was ...

USDC / District of Delaware / Wilmington

the United states District Court of DC/SDNY District of Civil Complaint Docket #

That U.S.A et al must review own Democratic failures of citizens of U.S.A with weaker background in money, power and privilege

Hurricane Alpha, Beta, Rita, Katrina et.al and victims of terrorism, Bombardments of superpower Nations, world wide as of 11.4.2005

The Plaintiffs by Rev. Dr. Kamal K Roy a/k/a Joseph Geronimo Jr

reaffirm faiths in people, Gods, Nature et al., now as the events of loss in faiths may slow down any Peace process, any Democracy in the World

Desire to restore for people who may prefer to live in society with more peace and devoid of diturbances created at random in modern world of crises

One after another. Thanks for people who desire Sustained peace. I, Kamal K Roy aka Joseph Geronimo jr, a ed and U S ntional 14 Kiwassa Road Saranac Lake, New York 12983 swear in names of GODS of multiple and under penalty of perjury the facts above, below and all signed attachments submitted before and being d on 11.3. 2005 I further depose that I, Kamal K Roy aka Joseph Geronimo jr, a U . S based and U S ntional assa Road Saranac Lake, New York 12983 swear in names of GODS of multiple Religions and under penalty of the facts above, below and all signed attachments submitted before and resubmitted on 11.2 2005.

That I swear for myself as individual and for legal associations that I am associated with but I am filing the Petition of my own as a poor disabled person, such poor person was filed to the court before.

THAT I , AS INDIVIDUAL AND IN MY LEGAL / STATUTORY CACACITY SHOULD ACT AS OF NOW IN THIS ACTION : I AM A MEMBER OF " WE THE PEOPLE" THE TRUTHFUL DEMOCRATIC TERMS AND INHERENT MEANINGS THEREOF, THE GOGT, USA, INDIA ET AL AND THE U N O WE OR OUR ANCESTORS HELPED TO EASTABLISH AND I AM PART OF IT. BUT THE SYSTEMS OF DEMOCRATIC GOVT OR UNO HAVE COMETO AGE AND EACH BECAME TOO POWERFUL AND FOR DECADES SUCH ENTITIES FAILED ME AND US INCLUDING DEMOCRATIC ENTITY " GOD" HAS FAILED US AS WELL THROUGH POWERFUL PEOPLE OF DEMOCRATIC SYSTEMS. I AND MY ASSOCIATIONS WERE DAMAGED DUE TO JUNGLE DEMOCRATIC CONDITIONS AROUND ME AND ASSOCIATIONS. NON GOVT ENTITIES AS DEFENDANTS TOOK ILLEGAL CHANCES TO ABUSE PLAINTIFFS , FURHTER TAKING ADVANTAGE OF OPTIONAL USE OF LAWS IN THE

(a) The U.S.A by its leader at current times

- Trust in God is incomplete void of trust in MOTHER NATURE and People World _wide Joe , priest from" JUNGLE DEMOCRACY...". All respectfully submitted Kamal K Roy aka Joseph Geronimo jr all Pro Se 107 A Scribner Ave,

Want to dictate and supervise Foreign democracies/others and spends thousands of Billions of US$ and such spending do not support the facts that Democratic rights are missing to weaker people for lack of Money

10/10

10/25/06

10/27/06

10/27/06

12/11/2006

10/10/06

The Rev Dr Kamal K Roy

District Court of ... DC / SDNY............District of ...Washington DC/New York/an USA/, 2006316
Docket #

Natrions International platforms , if convicted, Sadam be exiled from Iraq on internationally supervised exile to a Nation outside Iraq in a country willing to shelter Him.. No sky may fall on people who may like him killed at any cost, rather it maybe international escape from JUNGLR DEMOCRACY TO SOME TRUE DEMOCRATC Ethics in olden standards. Save USA, SAVE IRAQ, SAVE UNO SAVE SADDAM from Jungle Democracy. ::::: Civil/Complaint : filed in various Jurisdictions as on 12.167.2005 , for various Damages on different grounds of violations of Laws, as the text of complaints are close but legally separate under various Leagal issues Jurisdiction and countries of violations as the Plaintiffs were mobile as individual or associations and both tpes of Plaintiffs were migratory under Immigration and International Business Laws. However many Damages and pains and sufferings were cummulative , as such were separated from claims of Damages. USA Govt and U S "God " as a Democratic entitities are Defendants ( any democratic person or entity may defend GOD as they support " God " ethics but God has failed Plaintiffs along with by other defendants. Plaintiff believe that God rule through " People " as HIS creation and time has arrived that his liabilities be shared by PEOPLE who mostly achieve Gods' blessings. Court Must rule on democratic failures and Gods' role in Democracies, now in turmoils. Big or small many as defendants are alleged by plaintiffs.

**Jury Trial demanded** ++++++++++++++File photo follows in the current affidavits for the mobile Ordained Priest / FAKIR & Plaintiff : **Kamal Karuna K Roy /aka/ The Reverend Dr. Joseph Geronimo Jr , an unknown religious Planner and strategist. & social Reforms worker , activist, a teacher in Management sciences , Religions, GODS, PEOPLE et al : (Handicap Interests int'l File and archive material, at Staten Island, New York City N.Y 10301, USA ) ; the part poor but not so poor on dreams of human developments in comung generations of Human animals in societal distress at current time : a part Mobile priest: Part disabled+++Author of story of contemporary world, in the most chaotic conditions ,with atrocities on have nots, by the militarily powerfuls and with privileges & assistance of modern information technologies etc on their sides, to subsist their fanatic greed of properties, all assets conceivable by humans and power games for destruction of the weak population of all categories including Nations , but no win some game on human considerations : Jungle Democracy , Cat & Mouse doctrines of oppressions by the Powerful**

++ Scripts and relevant complaints of " JUNGLE DEMOCRACY ....CAT and MOUSE DOCTRINES of Oppressions to weaker people/ Nations .. etc " and this legal entity with approved EIN 13=3566610 as Plaintiff # 1 , to be represented by author cum another Petitioner ,are the allegations that Defendants acted in bad faiths in Democracy and adopted jungle ules as a preference and convenient way to act, and thus the defendants violated rights and privileges of Plaintiffs and damaged Plaintiffs for yuears and/or for decades. Compensations are now due lawfully,are essentially based of researches, realities and Faiths of Human civilizations these days as there are apparent great chaos and crises among living souls of HUMAN ANIMALS in leadership,

LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of

Hussain – a non hostile Defendant

That complaints were filed in various Jurisdictions of Law

Kamal KKRoy 7/23/2006



14776182

LEGAL APPEALS UNIT
WORKERS' COMPENSATION BOARD
20 PARK ST
ALBANY, NY 12207
www.wcb.state.ny.us

David P. Wehner
Chairman

**State of New York - Workers' Compensation Board**

**In regard to Nirban (Lisa James) Roy, WCB Case #0933 9977**

**MEMORANDUM OF BOARD PANEL DECISION**

*keep for your records*

Opinion By: A. Edel Groski
Jeffrey R. Sweet
Robert M. Zinck

* This decision also pertains to the following case(s): 09053942.

In an application filed January 27, 2005 the claimant, acting on her own behalf, requests review of the Worker's Compensation Law Judge ("WCLJ") decision filed January 18, 2005 wherein the WCLJ closed the matter pending submission of medical evidence of further causally related disability, and stated no further action was planned by the Board.

On appeal, the claimant asserts the WCLJ determination is unfair, violative of her due process, and contrary to prior Board decisions that had made awards.

In rebuttal, the carrier asserts that the WCLJ determination was proper and should be affirmed. Carrier further asserts that this matter also presents an underlying issue of whether the claim is even compensable, and that the materials submitted as part of the appeal further undermine the claimant's credibility with regard to this matter. Additionally, the carrier asserts that portions of the materials submitted on appeal relate to another claimant whose documentation and claims for compensation are substantially intertwined with the claimant in this matter, to the extent that the accounts of work injury and work related activity are largely corroborated only by each other.

At the hearing, the WCLJ noted that awards had previously been made through the year 2000, and that no evidence had been submitted indicating that the claimant had a causally related disability for any period subsequent to the year 2000. The WCLJ also noted that there is a WCL section 114-a issue pending in this matter, which would also need to be developed in the event the claimant did produce the necessary medical documentation.

The Board Panel finds, based upon a review of the entire record in this matter, that the determination of the WCLJ is proper, and that the claimant's offering on appeal is insufficient to warrant disturbing the WCLJ's findings.

*** Continued on next page ***

| | | | |
|---|---|---|---|
| Claimant - | Nirban (Lisa James) Roy | Employer - | Handicap Interests Intern'l |
| Social Security No. - | | Carrier - | State Insurance Fund |
| WCB Case No. - | 0933 9977 | Carrier ID No. - | W204002 |
| Date of Accident - | 06/07/1993 | Carrier Case No. - | 37998432-053 |
| District Office - | Albany | Date of Filing of this Decision - | 03/25/2005 |

Accordingly, the WCLJ determination filed January 18, 2005 is affirmed. No further action is planned by the Board at this time.

All concur.

All Plaintiffs (pro se) By :

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such bi
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constitituional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to to
alleged by the Plaintiffs including Kamal K Roy,as duly announced & intende
Republican registered candidate in November 2006 election for one of the e
of e mails to govt andreporting media and , we the people in USA and world,
electoral contests in New York , et al in USA shall continue . Kamal is an ord
circumstances in a free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>________________________________________
>>>Get FREE company branded e-mail accounts and business Web site fro
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><< ____________Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINAL_SWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>
>>><< _joseph________________________.htm >>
>>
>>
>>><<
>>>KAMAL_rOY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>________________________________________
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democr
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER CO
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps c

Web ref KR 12/14/06

Ext Relevant JL 10/30/06 10/31/06

64

Marked Exh'd APC

**World News from New york :8.6. 2005 :: Coventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered::**
**In UNITED STATES DISTRICT Court, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)**

***ventional GODS are definitely superior to Human_Gods, in terms of Faiths, if they are not ornamental to Magical vers ( of Gods) and pragmatic beliefs and amended time bases Faiths, as the social and environmental changes do ect wisdoms of human_animals necessitating amendment of faiths ,generation to generation. The Human_Gods , erntly often turn into devils. The death of Americans in Iraq , in Places lik in Russian Republic, Afganisthan, divided shmir and AT MANY PLACES OF VIRTUAL WAR AND/OR OPPRESSIONS BY DICTATES OF Human_Gods. Internation mmunities must once again bring back true patters of Democracy on soils of earth, atleast for our next generations PLE to live in freedom and and free from Human_Gods alias DEVILS OF DEMOCRATIC SOCIETY.....QUOTED FROM" gle democracy....oppressions...."by joe , the unknown priest solliociting freedom from bondage and slavery of Rich l powerfuls, Human_Gods and/or devils of Domocracy.***

(X)Thal

- ***We are sad to announce that conventional Gods are losing powers te conventional GODS are definitely superior to Human_Gods, in terms of Faiths, if they are not ornamental to Magical powers ( of Gods) and pragmatic beliefs and amended time bases Faiths, as the social and environmental changes do affect wisdoms of human_animals necessitating amendment of faiths ,generation to generation. The Human_Gods , alterntly often turn into devils. The death of Americans in Iraq , in Places lik in Russian Republic, Afganisthan, divided Kashmir and AT MANY PLACES OF VIRTUAL WAR AND/OR OPPRESSIONS BY DICTATES OF Human_Gods. International communities must once again bring back true patters of Democracy on soils of earth, atleast for our next generations of PEOPLE to live in freedom and and free from Human_Gods alias DEVILS OF DEMOCRATIC SOCIETY.....QUOTED FROM" Jungle democracy....oppressions...."by joe , the unknown priest solliociting freedom from bondage and slavery of Rich and powerfuls, Human_Gods and/or devils of Domocracy.***

***control affairs of Human_animals, and for welfares of living beings, mostly Human_species:The epidemic from rus of "Human_Gods" have made modern democracies as new empires of greed,Control by powerfuls, new slavery r the weaker section of people//poors//have_nots who are trading their democratic rights for bare necessities of rvival of lives. The convetional Gods and ethics must have Incarnations, again, to replace Human_Gods, or ny devils, powerfuls enough by manipulations, intelligence, power, money, coterie,etc etc;to interfare ur democratic rights and freedoms, for true welfare of human_animals civilizations of next generations.***

JCG 12/14/06

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers & dictatorial*** *HUMAN_GODs all over the World..* ***Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Gebnimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

JGR 7/24/05 8 Sep 2005 9-9-2005 All respectfully Submitted APC Kamal RR Pro se petitioners P.O. Box 1173

Appeal from USDC for Delaware Wilmington DE Page 2

3. **Statement of Issues.**

a. **First Issue:** see Pages 1A

**Argument and Authorities:** 06 4250 case No appeals

1st amendment U.S constitutional right to petition Govt (by Court) were ignored to redress as the Hon Judge at USDC Delaware failed to realise trouble inflicted to weaker people/entity who suffered most in

b. **Second Issue:**

**Argument and Authorities:** 1 Trillion 810 billion damages now (US) which were less in complaint filed but damages rising along with named and Identified Defendants noted in et al columns of List of Defendants

U.S constitutional rights to petition Govt (court) ignored by Judge as Govt a Govt official failed to do what he was supposed to do

News Reporting organ N.Y Times ignored weaker people of USA in comparison to Elites in matters like election in USA by discrimi-nating practices of News are public poor weaker appellants vs elites in USA since 10/19/1990 For all

P O Box 1173 S/L NY 12983

Petitioner Kamal K K Roy (Pro se)

12/17/2006

www.canopas.org/**opinion**.html - 154k - Cached - More from this site - Save

2. Wither the Empire: The Rise of Global Resistance By Omar Barghouthi
**Opinion** Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati **Roy** writes: ...
aljazeerah.info/**Opinion** editorials/2004 **opinions**/July/16 o/... - 48k - Cached - More from this site - Save
3. SLR Opinions
To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/SLR**opinions**-1.htm - 524k - Cached - More from this site - Save
4. HIMAL SOUTH ASIAN
... comes only with the practice of **democracy**, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati **Roy**. ...
www.himalmag.com/november2001/**opinion**_2.htm - 58k - Cached - More from this site - Save
5. Opinions-30-Days
To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/**Opinions**-30-Days.htm - 35k - Cached - More from this site - Save
6. Opinion/Editorial: Wither the Empire: The Rise of Global Resistance
... Al-Ahram, CounterPunch, Znet, Open **Democracy**, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati **Roy** writes: ... of the **jungle** that the United ...
electroniciraq.net/news/1587.shtml - 54k - Cached - More from this site - Save
7. Newslink
**JUNGLE DEMOCRACY** and **Kamal** Karna **Roy**, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM **OPINION** FARNAN, J. ... **Jungle Democracy** and **Kamal** ...
westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site - Save
8. WHAT IS CPI
But beyond that whatever has happened is a farce of **democracy**. ... Rabindra Nath expressed his unhesitant **opinion** about the song and sent a letter ...
www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save
9. orrin judd
The Democrat governor, **Roy** Barnes, had dared to remove the Confederate symbol ... The 30-Second **Democracy** (Richard Cohen, November 8, 2002, Washington Post) ...
brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save
10. MIFTAH–Wither the Empire - The Rise of Global Resistance
Judging from consistent media reports and **opinion** polls, the rest of the world ... compelling Indian writer, Arundhati **Roy**, expressively revealed, "In most parts ...
www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

Web reference Plaintiff

12345678910
Next

jungle democracy kamal Search the Web | My Web (beta)

Yahoo! Answers: Search questions and answers

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

USDC/Delaware

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

DE

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

Re: 9.28. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGE BELoNGed TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL ROY BELONGed TO THE WEaKER SECTION OF our allegedly jungle DEMOCRACY ; IF JUDGE opted or WISHed she Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

claimant has failed to submit evidence as directed in the Memorandum of Decision filed January 24, 1996.

Accordingly, the WCLJ decision filed December 4, 2003 is AFFIRMED. The case is closed.

All concur.

Scott C. Firestone Karl A. Henry Frances Libous

| | | | |
|---|---|---|---|
| Claimant - | Joseph Geronimo | Employer - | Handicap Interests Internati |
| Social Security No. - | 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 | Carrier - | State Insurance Fund |
| WCB Case No. - | 0931 4088 | Carrier ID No. - | W204002 |
| Date of Accident - | 02/26/1993 | Carrier Case No. - | 37488442-083 |
| District Office - | Albany | Date of Filing of this Decision - | 04/08/2004 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

the United states District Court of ... D.C / S.D.N.Y. ... District of ...Washington DC/ New (4)

...USA............ Civil.......... ADDITIONAL..Complaints/ AFFIDAVITS . Docket # ____ Judge ... FILED ON 11...

( errors and ommisions may be lawfully excused, if permitted on human considerations or laws as the plaintiff is Partly disabled, legally and medically for work place injuries in New York State , the facts were unlawfully denied by NY State. A defendant. Many complaints were filed to authorities but were ignorewd by them and the issues of N.Y State are also to be adjudicated for violations claimed The as a body has become more or less careless of human sufferings inflicted to persons including Plaintiff. Legal damages as permissible is also claimed.

++ This complaints only relates to Violation of Govt defendants viz USA, NY work Govt , Govt of India et al. of individual plaintiff - Kamal Karuna Roy aka and was as Joseph Geronimo Jr. formerly an orphan, born in Guam, now a fully grown U.S citizen Priest in some distress in society but replenished deficits in society with some love of Gods and demand damages paid for equitably from defendant, 62 in nos. There are one individual plaintiff and 4 other lawful part associations , those he represents as honorary advisor/ Officer as Reverend Joseph Geronimo Jr., an unknown part disabled priest, Mobile, at Washington D.C Legal Jurisdiction, and in places in most continents of Globe. US District Court has legal Jurisdiction as defendant USA and India/ Iraq Govt and many others have offices in D.C area through Embassis etc. Minimum damage claimed U.S.$ one Million to be decided by Jury awd upto a US One Billion $ US of current Value of $ in International Currency. A U.S God is a defendant in this action as theme of GOD or goodness, the ethics or faiths failed through PEOPLE In U.S Authorities. The Government viz U.S.A caused pains for Mass killings of US Srvicemen in IRAQ, Afganistan elsewhere, killing of Local freedom fighters in Kashmir etc etc. Plaintiff complained to Governments and UNO et al but they did never try to redress pain and grievances of Plaintiff so the action is essential and Damages are appropriately claimed. Detils are in scripts below or in Marked Ehibits which are relevant to issues. The first about 40 pages are essential Complaints and rest of pages are Exhibits against against actions of defendants which were illegal and violatives of Laws inluding civil rights or Plaintiff or his social association s in USA and world wide.

**for the next generations of New People from just tomorrow. We want new Gods ( in oriental Hindi language : HUM SOBKO NAYA Bhagawan/Allah chahiye +JINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e to demand by people on earth to peacefully survive, as matter of rights.ALL human-ANIMAS ARE COMBINED EFFORTS OF HUMAN REPRODUCTIONS Nature of animality, WITH ACTIVE ASSISTANCES OF Mother Nature, Gods and societies bound ethics of the current generations, as such we may demand to survive with protocol of New Gods new people next generations,however we are not sure if Mother Nature may subject to protocols, if any, and what speed af acceptance of the same or other...From Joe'mobile texts.**

12/14/06

U S D C / Delaware

FOR ALL PRO SE.9.28 . 2006 :

That

Re: 9.28'wE THE PEOPLE" AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION ARE BOTH DELIGHED AND PANICKED THAT jUDGES BELNG TO PRIVILEGED SOCIETY AND THE PLAINIFF KAMAL ROYBELONG TO THE WEKER SECTION OF DEMOCRACY THE REASON BEING IF JUDGE ES WISH THEY CAN FIND OUT EASILY WHY AND HOW THE ODDS OF PRIVILEGES SHOULD REPLACE DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE, THT JUDGES MAY FORGET NEED OR EQUITIES FOR THE WEAKER PEOPLE, & THAT IS A FACT OF JUSTICE; WE THE PEOPLE MUST APPEAL ORDERS OF A JUDGE IF THE ORDER MAY NOT EQUATE JUSTICE WITH REDRESS FOR COMPLAINTS THE LATER IS TRULY FREEDOM OF EXPRESSION OF PAINS, HARMS AND DAMAGES CLAAIMED IN A DIVIDED SOCIETY FOR MOST OF US TO LIVE IN: QUOTED FROM JUNGLE DEMOCRADIES ...ETC.." PLAINTIFF # 1 , A MOBILE PUBLICATIONS RATIFIED AND BY kAMAL rOY, PLAINTIFF # 2 /APPELLANT FOR ALL PRO SE.9.28 . 2006 :

(13)

10-30-06

Re: 9.28. 2006'wE THE PEOPLE" AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION ARE BOTH DELIGHED AND PANICKED THAT jUDGES BELNG TO PRIVILEGED SOCIETY AND THE PLAINIFF KAMAL ROYBELONG TO THE WEKER SECTION OF DEMOCRACY THE REASON BEING IF JUDGE ES WISH THEY CAN FIND OUT EASILY WHY AND HOW THE ODDS OF PRIVILEGES SHOULD REPLACE DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE, THT JUDGES MAY FORGET NEED OR EQUITIES FOR THE WEAKER PEOPLE, & THAT IS A FACT OF JUSTICE; WE THE PEOPLE MUST APPEAL ORDERS OF A JUDGE IF THE ORDER MAY NOT EQUATE JUSTICE WITH REDRESS FOR COMPLAINTS THE LATER IS TRULY FREEDOM OF EXPRESSION OF PAINS, HARMS AND DAMAGES CLAAIMED IN A DIVIDED SOCIETY FOR MOST OF US TO LIVE IN: QUOTED FROM JUNGLE DEMOCRADIES ...ETC.." PLAINTIFF # 1 , A MOBILE PUBLICATIONS RATIFIED AND BY kAMAL rOY, PLAINTIFF # 2 & APPELLANT FOR ALL PRO SE APPELLANTS .9.28 . 2006 :

10/30/2006

*vishwa dharma* <*vishwa_dh@yahoo.com*> wrote:

*karnaroy@aim.com* wrote:

for Dr Kamal K Roy 12/14/2006 12/14/2006

- Reply
- Reply All
- Forward
- Delete
- Move

USDC / ~~Western~~ Delaware

**World News from** ~~New york :8.6. 2005~~ **:: Coventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered:: In *UNITED STATES DISTRICT Court*, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)**

***judges of Workers' Compensations Board alleged to have violated criminal and civil laws to harm and damages to Plaintiffs.***

(8)

******* FRCP and CPLR Motion & Mobile afidavit # 58, A & B , C ,dated 7. 28 .2005 for new decision for evidences found since Post appeal filing with WCB, NY State , decisions filed on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 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 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Nazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005.***

(9)

***Jurisdiction s : USD Court SDNY,New York as white color crimes took place by mostly bureaucrats of NY State, and Gov George Pataki NY Governor, el al in sdny Area, Joesph is a mobioe priest at New York Manhattan areas, though very sick and disabled. A he is a registered clergy with City Clerrk , Manhattan New York, a victim of auto accident at FDR drive, while at job onJune 7, 1993 et al***

Address of All plaintiffs P.O Box 1173 Saranac

***Lake, N.Y 12983 Ph 518 8915466 & cell ph 315 278 5001***

U.S.A.

***E_mail : VISHWA12@hotmail.com***

~~7.21.2005 4 30pm~~ That 10/30/2006

***Civil right violations of US citizens and dishonor inflicted on US non profit smaller corpn and associations. Defendants were careless maintaining laws pursuant to Laws and U.S constitution as per their oath to office, or they were engaged in violations of many laws of USA or parties like the York York crimes often ignored social responsibilities and made false propagandas/ advertisements for their Publications to make sufferings of plaintiffs worse. As Plaintiffs suffered many losses not fully evaluated in money terms, Jury may make lawful awards though minimum amount demanded has been quoted in scripts below or above.***

***Demand damages: 50,000 US $ to US $ 500.00 Millions in punitive and compensatory damages. Jury Trial Demanded & prayers to issue court order for criminal investigations in violations alleged byGovernment entities and individuals***

We send As there are no active Court actions are pending

***With prayers to order of court to US Law and enforcement authorities to investigagate criminal violations by any/all parties under all criminal Laws of of Usa as the plaintiffs failed all efforts*** Plaintiffs feel that violations are global and corrupted by Principles of Jungle

***Made to such authorities in past and so far.***

DEMOCRACY ~ oppressions of weaker

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers & dictatorial*** *HUMAN_GODs all over the World..* ***Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

(11) So USDC / ~~SDNY, NY, NY~~ to complete Court to decide damages to Plaintiffs who suffered with misconducts of Defendants

Kamal Roy 12/14/06 10/30/2006

USDC ~~Texas WD~~ San Antonio Delaware at DE Page - 6

**World News from** **New york :8.6. 2005 ::** Coventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered::
In *UNITED STATES DISTRICT Court*, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)

ue to on job injuries, the themes of Books written may be controversial to some, may be even widely ot_read, but book and themes may havce been circulated through Electronic publications world_wide; s such, construction errors or spelling error may be plentiful as , text of scripts were partly typed in computers by disabled person with Brain injuries from job related accidents. As the English languages have mobile spelling and construction styles at countries world wide, where English is a medium of publications we, the editors and Publishers of " Jungle Democracy ..... etc " declare that some . The Reverend Lisa N Roy, the 4th ~~Plaintiff~~ is a victim of above laws violations in US AND INDIA, & AN 2_OWNER AND INTERESTS HOLDER OF CERTAIN PROPERTY DESCRIBED IN THE CURRENT SCRIPT OF AFFIDAVIT AT 16 F , 46 C, CHOWRINGHEE ROAD , KOLKATA 700071, IN INDIA BASED ON CERTAIN REAL ESTYATE DEED RECORDED WITH THE REGISTRAR OF ASSURANCES, GOVT OF WEST BENGAL IN OR AROUND 1997 WHEN PLAINTIFFS VISITED IN KOLKATA INDIA. THE DEED IS IRREVERSIBLE AS THE LOAN IS ASSOCIATED IN BETWEEN PLAINTIFFS AND THE PLAINTIFF NON PROFIT ASSOCIATIONS ALSO REGISTERED IN INDIA AS PER LAWS.PLAINTIFF : : REFORMS INTERNATIONAL PO BOX 1173 NON PROFIT PUBLICATION WING IS LAWFULLY REGISTERED WITH THE CHIEF METOPOLITAN MAGISTRATE OFFICE GOVT OF WEST BENGAL INDIA & WITH AUTHORITIES IN USA INCLUDING WITH BUREAU OF CHARITIES , OFFICE OF N Y STATE ATTORNEY GENERAL,NEW YORK, N.Y 10271 .

That a Foreign Govt i.e. Govt of India is constantly violating civil rights

***con struction or spelling variances, or as if no errors, in compositions, and such practices are made acceptable and declared by us the initial authority in the field; as ways for Handicap and allied Literatures to reduce hardships to handicapped authors. As some are PUBLISHED By us in English Languages. We the, editors , of publications do swear in names of Gods etc, that we ACCEPT AI AUTHORIZE use the of SOME CONVENTIONAL errors in modern Handicap _English languages as appropriate, for use universally, We approve repeat approve... such writing.. ...Joe from writing of "Jungle Democracy .........etc" *******We are very sad to announce that conventional GODS are losing powers to control affairs of Human_animals, and for welfares of living beings, mostly Human_species:The epidemic from virus of "Human_Gods" have made modern democracies as new empires of greed,Control by powerfuls, new slavery for the weaker section of people/poors/have_nots who are trading their democratic rights for bare necessities of survival of lives. The convetional Gods and ethics must have Incarnations, again, to replace human_Gods, or any devils, powerfuls enough by manipulations, Intelligence, power, money, coterie,etc etc;to interfare our lives .**************************** Note: Errors and ommissions may be tolerated by readers , if any, as a matter of Handicap_literature handicap literature, in matters of typing or construction_in English_languag , the typist of the scripts is disabled with brain injuries. With work related accidents.***

JURY Trial is demanded for Global violations

*****************************************************************************************Human Gods and devils do jeopardize democratic rights and freedoms, for true welfare of human_animals and civilizations of current generation and the future of our future generations.Human_lives are immortal through our next generations through our offsprings.Wee have agreements with mother Nature to protect next generations of our species Th*

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the **assumed rulers &** **dictatorial** HUMAN_GODs all over the World.. **Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths, Raise ***SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Religions Group suffered for loss of recognition by most of defendants So damages are claimed as described below and above by a jury Trial.

Lisa N Roy 7/21/05

The Rev Dr K Roy

12/14/2006

10/31/06

IN THE District of Delaware
~~the United states District Court of ... DC / SDNY~~ ............ District of ...Washington DC/ New York..., USA............
I.......Complaints Docket #
Wilmington DE original

their population of citizenry love withou disclosures in Public the Islam faith based nations generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi faiths and plurality of religions, and preferrably The God s notions must be made democratic beyond religious faiths . The power and liability of any God of religious followings .in.multiple afaiths ; can be reviewed at span of say 50 years for adjustments with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of social and religious leaders . ecology , etc etc pertaining to groups of Human animals' democratic patterns of updated live style. Gods concepts.

++++++++++(1)+ Jungle Democratic VIRUS ~~CONTINUED~~ : ~~I am so~~ His harmful to human developments ,but I have developed in last centuries, a special love hate relationship with the most powerful people in any Democracy and they all are my favorites ,and such people favor me as well very conveniently in power controlling game. I am so wide spread beyond continents , regions and groups , that I need no cover now, I am a most killing virus named "JUNGLE DEMOCRACY". I have no cure , no vaccine until HUMAN ANIMALS are reformed and surrender to humanity. Even Gods may not help people world wide to fully reform except people try to mend their ways and conscience of their own. Powerful people abuse me by using me. We have a love hate relationship. But it is my time to retire from my infecting game to people. As I am no Mother Nature produce , I am human generatedm due to moral handicaps. I am immune from any chemical medication. But I am virus and I kill interests of most of the common people world wide. I Am tire of Killing interest of people and real prople in thousand , even in millions at times. History is ripe and manmade civilization may abuse me and may kill billions of real people around globe with a killing spree of both powerfuls and powerless without much discriminations in death as atomic bombing and nuclear weapons have no eye and ears. I start killing and continue game of destruction of human belongings including animal and vegetation assets of human ownership including Human animals live and freedom. My virus nomenclature is mostly known JUNGLE DEMOCRACY...OPPRESSIONS ETC on weker people of civilization, aliens / foreign Nations for gain or no Gains to serve animalinstinct of human animals etc, etc. I am a mobile book publication world wide, with pet name " JUNGLE DEMOCRACY". I may not have good reference from any doctor, researcher or pharmacuetical corpn. But any common man may identify my presence, Human Gods, democratic devils and powerful People may hide my presence, but i am sure peoplelike even Mr Georgfe Bush of USA know my Viral existence if he knows " BIRD FLU VIRUS" , THERE IS NO WAY HE SKIPPED MY VIRAL NAME. MY PROMISE TO ALL PEOPLE AROUND Globe, "if U kill me" I won "t strike You back before my death , rather I may surrender to billions of people world wide with one time blessing to the human race, : " ~~ENJOY~~

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of~~ )+ No body is beyond Laws except the Conventional Gods, U./ S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled, & act for Plaimtiff Asscns as honorary officer (FRCP ), 11.28. 2005 ; PO Box 1173 , S/L, N Y 12983 ++ Title of CIVIL Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc" , a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitity in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S., , P O Box 1173 , ( E I N & tax exempt : . # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S S # 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 .

New understandings of GODS, Mother Nature and people of all walks of life and DEMOCRACIES desired. All respectfully submitted for grant of most prayers and kindly order enquiries for abuses by Govermment to weaker people.

The Rev Dr Kamal K Roy aka was born as Joseph Geronimo Jr for 3/10 Faith

KR

List ^ Incoming Defendants (1470) (2A-2) (2)

Cause/Violations see 2 Nos First Page of Defendants

(2) Hon Dick cheney Vice President USA as President of U.S. Senate Washington D.C.

(19 & 20) The District attorneys (a) New york & (b) Richmond county Counties county c/o NYS Attorney General 120 Broadway, N.Y., NY 10271 — Ignored U.S. Constitutional Guarantee to citizen under Jurisdiction

(21) Mr. Richard Orindach (State Insurance Fund) Employee/Supervisor 199 church st, New york, NY 10007 New York state (199 Church st, N.Y., NY 10007) — do —

see (10-16) Hon Jefferey Romeo W.C.L Judge; W C Board, Broadway N.Y. state Saranac Lake, New York 12983 — Judge WC Board perjury charges on job

(22) Mr James Borowski (State Insurance Fund Auditor A CPA from New Jersey) — do — perjury — NYS filing fraud

(23) The New york times (English Daily of N.Y City west 29 street New york, NY — silent on violations on people and their related News item, false claim as such

(27) (Ms) Estelle Kraushar Attorney S I Funds NY state 199 church st, N.Y., NY 1007 → Fraudulent report

(28) Workers' Compensation Board, NY State, 20 Park st, Albany, NY 12207

Kamal K Roy [illegible] 9/25/2006 [illegible]

[illegible] 8/7/2006

1

Defendants (20) (2 - 5) (3) (10)

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Albany, New York — Violations US Constitution Guarantee on new Yorker

(30) State of New York c/o NYS Attorney General 120 Broadway, NY., NY 10271 — do

(31) NY State Senate, Eagle St Albany, NY or elsewhere — do

(32) Republic of Iraq c/o Ambassador of Iraq on the U N O, E 4 st, U N Plaza, NY. NY. — Civil Violation & Pain to both

(33) U.N.O., World Body, U.N Plaza, NY, NY. — Commission for human rights

(34) Govt of West Bengal, Writers' Bldg, Kolkata - 70001, INDIA c/o Indian Embassy Washington DC — do — Violation of Laws

(35) Govt of India c/o Prime Minister of India New Delhi - 100011, INDIA c/o Indian Embassy Washington DC — do

(36 to 38) 3 Notaries Public at S/L Local Banks New York 12983 — Notary Laws Violations & Banking Service false promises of free Notary Service

(39) NYS Human Rights Commission Bronx New York — Discrimination

(40) Verizon Wireless, Albany, New York a/k/a "Verizon" "Adelphia" — do

(41) Adelphia Communication a/k/a Broadway, Saranac Lake, NY 12983 — do

mr #10

41A Unicel Wireless Vermont USA

Cingular Wireless NY

Sprint NY, Nextel Wireless

P.T.O Page 4

Breach of contract