IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAMAL KARNA ROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-685-SLR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et. al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 4th day of January, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                _____
                                                United States District Judge