I) US District Court for Delaware Wilmington
II) USC Appeals for 3rd circuit Phila, PA

Notice of Appeals of order of Hon Judge

Kamal K Roy, Jungle Democracy v. USA etal
SL Robinson, USDJ Delaware at Wilmington
Civ action No 06-685-SLR
entered on 4-11-2007 — see exhibit "appeal-order"

FILED
APR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To the
Dear Appeal Clerk (Pro se)
of above court

Dear sir/Madam

The undersigned Plaintiff/appellant Kamal K Roy a/k/a & was borne, Joseph Geronimo Jr shall move to the USCA 3rd circuit in full on order of civ action above entered on 4-11-2007. The undersigned Plaintiff appellant for self as US Citizen and under 1st amendment US Constitution associated with Plaintiffs/appellants /Unincorporated Associations acted lawfully as join as appellants Pro se before and on Court of Appeals on forma pauperis as The Rev Dr Kamal Roy is partly disabled and person under poverty level and Associations/plaintiffs/appellants are all financially are starved and as such appeal may be maintained by US citizen/appellant. All issue of order is appealed as the issues on constitutional violated due process of laws except Judge was kind to grant poor allowance status for filing civil action. The status may be granted as I remained poor everyone

P.T.O Page-2

4/11/2007
P.O Box 1173
S/L N712483
Kamal K Roy
Kamal K Roy
Joseph Jr
for Plaintiffs appellants
Pro se

(1) Order on exhibits
(2) Hon Judge failed reaches fair and Damages due to violations in US Democracy etc of ... ed

2) That Judge wrongfully omitted name of Plaintiffs Associations were omitted. Jungle Democracy etc was abbreviated and later named Appeal — which violates Associational rights, etc etc

(Page 2)

One of the Legal Grounds of appeal: Extent U.S. President's office by Mr G.W. Bush Page 2 is not a personal business owned by Defendant George W Bush and Mr J Robert JR was not only Competent Jurist in USA - Mr Roberts was picked for Supreme Court Associate Justice and before his confirmation to Job he was elevated his candidacy to chief Justice. Defendant of US. confirmed by Senate. Like USA was Bush of forgot laws employer Job of chief an equal opportunity political appointment. But Justice of U.S is political appointment may not devoid Such appointment more competent trust worthy candidacy of to be U.S. Justice of US for Life person Defendent Bush abused power violated of equal opportunity and US laws violated discriminated other person in high office in a rule of "Jungle Democracies Cat and Mouse doctrine of oppression to Weaker people by powerfuls ---etc" The later script is a mobile book volume and Plaintiff/Appellant #1 But Judge Robinson without regard to laws shortened to Jungle Democracy appx Kamal K Roy. erroneously John G Roberts is a beneficiary of violative conduct of Defendant G.W. Bush. Mr Roberts Jr is Defendant appellee in this action latter appeal Judge Robinson erred and dismissed action

4/18/07 Kamal K Roy
Appellant

T.D. Page 3
Appellant

Kamal K Roy
Appellant

USDC Delaware U S CA 3rd Circuit Page 3

Original

WRIT OF certiorari petition

To THE Supreme Court of U.S. Washington Dc

IN The_u . s._ COURT OF APPEALS for the 2nd Circuit of new york at New York 10007 / Appeal from_ US District Court, SDNY, New York 10007_ decisions of repeated rejections of filing of original civil complaints after amendments and corrections made as per instruction of court's clerk, but reportedly failed to meet standards of filings, siuggested by by the court officers / U S District Court ..... additional suibmissions. All respectfully submitted as notice of appeal, part of appeal brief/ submission to the named court, etc , for grant of appeal process/ Court action pending, all Pro se by Kamal Roy aka Joseph aKa "JOE" a poor unknown unkown Priest of 14 Kiwassa road, Su 5 G, Saranac Lake, New York 12983 for all Plaintiffs/ Appellants, PO Box 1173 , Saranac Lake New York 1298[illegible] 1.7 . 2006

Writ of Certiorari to U.S. Supreme Court from order [illegible]

ppeal/notice of appeal to ____________ U S Court of APPEALS __ for 2nd circuit at new York , N Y 10007 which [illegible] clude USDC, SDNY at NY 10007 Date of filing : 2.7 2006.

complaints/additional affidavit for case no ________ for filing / for appal /notice of appeal to ________

The State of New York c/o N.Y.S Attorney General, 120 Broadway, New York , N.Y 10271, et al [illegible] defendants ; pl see lists from pages -1-a- to -1-i. Note : a poor persons affidavit duly signed in [illegible]k and dated is enclosed for waiver of filing fee or prepayment of fees of Court. A Counsel may also be appointed by court if granted by court for proper proceedings in Court, as the plaintiff,individual and his association in USA , he is unable to bear cost of bonafide attorny as the individual plaintiff JOE is poor, part disabled and he has been a priest on vow of poverty and he was poor all along and he curently receives S S I payments; pl see letter from S S Admn, USA. Lists of defendants and Plaintiffs as full from next pages, marked ..... to ..... along with major [illegible]tations of violations against each of defendants. More affidavitsmay be filed with court's order anytime in next filings. More over Marked Exhibits # may reflect some detailed information on violator of laws as the captioned defendants et al as of now 80 in number, and Five Leggal named Plaintiffs, # I Plaintiff is a legal entity , a able to file action as an unincorporated non profit Tax exempt association with EIN 13-3566610 of (USA); All plaintiffs by Kamal aka "Joe", the priest /aka /the Reverend Dr Joseph Geronimo Jr , MBA, (State University of New York Maritime College, Bronx,N.Y City, USA, ACAPA (Graduate school, Washington DC , D.D (Doctorate of Divinity ) PH.D , the part disabled , & on vow of poverty........Defendants ( Total 85 ) as of 2.3 2006/appellees . detailed below, +++ That additional complaints and/or submissions were filed on 2-3-2006 in above [illegible]sdictions and complaints were also filed at different courts of legal jurisdictions . of the world in different countries where some violations were rampant an[illegible] used plaintiffs suffer and they were damaged; Compensations of various jurisdictions were different on varous but totally different lagal violations, so that clai[illegible] damages may not be repeatative, but violations were generated in the similar Jungle democratic dysfunctions* Date filed were slightly different in world de legal Jurisdictions in various countries of different legal violations , and were not on same violations ; However the JunGle Democratic dysfunctions are patently similar**** world wide ***** as also pains of oppession sand damages were more local and National but slightly lessfor Internationalabuse except [illegible]ltiple air_strikes on innocent and civilians by the foreign and/or superpower and /of domestic rulers and at times such parties are in collusion to suppress and pressregional movementsbased on religions, faiths, ethics, not in parity with the powerful people, entities, military warlords and superowers or even a Nationalo [illegible]al Govtfor equivalent money terms . File with following jurisdictions for violations on different legal issues but with [illegible]ghtly diverse and different jungle democratic environments, as pains ,oppressions anddamages may not be measured in [illegible]e money scale. ++++++++++++++ That If former coldwar enemies could turn god tactical friends now, a cease fire in [illegible]tween So called regional terrorists ( and/or regional Nationalists in many nations are possible subject to change of [illegible]arts of both sides, in prospects of warring garoups) and permanent solutions to conflicts between holders of power and [illegible]eedom and dignity of the regional "Liliputs" at par with now "GOLIATHS" are feasible in future. Win or lose Goliaths [illegible]ve to retire by laws of nature. Some Mr Bush and/or regional Liliputs ,please You both restrain becoming forces of [illegible]ass destruction. ... from... Joe, the priest, in stuggle for own and commoners survival for decades.+++ ++++++++++That

Compensation demanded [illegible] Billion US $

New GOD/S and/or divine system s are essential for introductions to people in diversities in availab[illegible] opportunities to freedom,equities and access t justice to people, such systems must bot be of magic[illegible] alues but optimum in achievements by most people ; the system must encourage the propects of human_animal redevelopments so that oppressions to commoners may gradually reduce to acceptable standard, as the powerful and power_hungry or powerless people, all ,have variances in "Jungle democracies" as harmful events , destructive & abusive ethics have grown supreme now. The powerfuls ,llpeople/ nations 4 or superpowers may note that,.It is time to amend That Godhood and divinity themes were fairly introduced and now declining

Appellants Pro se Kamal Roy aka/The Reverend Dr Joseph Geronimo Jr

For self as U.S. Citizen (1994)

For Plaintiffs Appellants

Page 1

Ex 1, attached order

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KAMAL KARNA ROY a/k/a JUNGLE DEMOCRACY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

) Civ. Action No. 06-685-SLR

**MEMORANDUM ORDER**

At Wilmington this 11th day of April, 2007, having screened the case pursuant to 28 U.S.C. § 1915;

IT IS ORDERED that the complaint is dismissed without prejudice as malicious and frivolous pursuant to 28 U.S.C. § 1915, for the reasons that follow:

1. **Background.** Plaintiff Kamal Karna Roy ("Roy") a/k/a Jungle Democracy filed this civil rights action on November 7, 2006. (D.I. 1) He appears pro se and was given leave to proceed in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 11) Plaintiff filed this lawsuit against more than thirty defendants, including God, Chief Justice of the U.S. Supreme Court John G. Roberts, Jr., U.S. President George Bush, the prime minister of India, the United States, various United States agencies, federal officials and judges, numerous agencies and officials for the State of New York, insurance companies and financial institutions, Kentucky Fried Chicken, the New York Times, and private individuals. The complaint appears to be a "cut and paste" of other lawsuits filed by Roy and it contains numerous handwritten, scribbled notes in its margins.

Page 2

plaintiff attempts to proceed. He refers to religion, politics, "jungle democracy", and workers' compensation. The complaint does not adequately apprise the defendants of their alleged wrongdoing. Moreover, in the rare case when a sentence is intelligible, the allegations fail to state a cause of action. For example, plaintiff complains of actions taken by George Bush during his presidency, but those complaints do not rise to the level of a viable claim. Having said that, for the most part, the complaint is unintelligible. There are handwritten notations throughout the complaint and seemingly unrelated phrases are interspersed throughout the document. Indeed, the court is unable to recognize any cognizable claim.

9. **Conclusion**. The complaint is dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). See Jungle Democracy v. Bush, No. 06-cv-505 (E.D.Pa. Feb. 14, 2006), aff'd, No. 06-1911 (3d. Cir. June 2, 2006)(complaint that is irrational and incomprehensible with no cognizable claim or intelligible sentence is dismissed with prejudice)

UNITED STATES DISTRICT JUDGE

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2005
Claim Number: 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 DI

125 CMP5,M10,151,037976 000037976 01 MB 0.309

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual-Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2005 | Continuing | $489.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2005.

**Information About Your Payments**

Your regular monthly check of $489.00 will be sent to your representative payee about the first day of November 2005.

**Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

US CA 3rd Circuit — 3rd Party / Defendants — List Defendants Appellee — (2A-1) (18) (1A)

Respondents

(1) Hon. U.S.A. President Hon. George Bush, White House, 1600 Pennsylvania Ave NW, Washington DC 20500 — Cause Violation — for failure to safe guard Constitution law for people

(2) Hon Dick Cheney President U S Senate — do — above — do

The Corporation Counsel, City of New York, 100 Church Street, New York, NY 10007 — do

(3)

(4) The U. S. A. Govt c/o U S Attorney, c/o U.S. Court House Washington DC 20001 — do

(5) Lisa Nisbon Boy, 14 Kiwassa Road #56, Saranac Lake, NY 12983 — Must ensure fellow citizen get justice

The State Insurance Fund, 15 Computer Drive West, Albany NY 12205 — failed to Act on complaints

(6) Harrietstown Housing Authority

(7) and Ms Debbie Zerzahn, 14 Kiwassa Road, Saranac Lake, NY 12983 — Quasi Govt body failed to are fed rules and civil rights

(8) 'Citizens Bank' Branch at Saranac Lake, NY at Broadway 12983 — do — & Violated Misc Law

(9) Notary Kelli Peterson Manger — do — Workers Compensation Board, State of New York, 20 Park street, Albany, NY 12207 — do — Notary Public laws — do — Violate Law & Due process

(10) to 16 Workers' Compensation Law Judge Ms 7, c/o WC Board, NY State, 20 Park St, Albany, NY 12207 — see attached for name

(11) Pasternack Popish et all, Attorney's at law, see attached — Should state facts re Lisa N Roy in WCB violation

'GOD', US based Gods & others Address - Above — Gods failed to workers people

(16) New York State Officer (State Insurance Fund) Nancy Wood, Attorney, 199 Church St, NY, NY 10007 — do

Mr Douglas T. Hayden, General attorney MS #8

P.T.O. 2 Through People as do followers Corruption all over

Total 2 JP to 205 Defendants named here as noted in scripts as well as John and Jane Does Gods or Different faith in Democracies

List of Defendants Appellees at U.S. Supreme Court, Washington DC

Kamal K. Roy 2/4/2006, 2/18/2006, 12/20/05, 12/12/2005

USCA / circuit List 3rd Party Defendants (1240) (2A-2) (2)

Cause / Violations see 2 Nos First Page of Defendants

(2) Hon Dick Cheney, Vice President USA as President of U.S. Senate Washington D.C.

(12) (15)

(19 L20) The District attorneys (a) New York & (b) Richmond county Counties county c/o NYS Attorney General 120 Broadway, N.Y., NY 10271 — Ignored U.S. Constitutional Guarantee to citizen under Jurisdiction

(21) Mr. Richard Osindach (State Employee / Supervisor Insurance Fund) New York State (199 Church St, N.Y., NY 10007) 199 Church St, New York, NY 10007 — do —

see (1041) Hon. Jefferey Romeo W.C.L Judge; W C Board, B... Broadway N.Y. State Saranac Lake, New York 12983 — Judge WC Board perjury charges on job

3rd Party Defendants

(22) Mr James Borowski (State Insurance Fund Auditor A CPA from New Jersey) — do — perjury of NYS filing fraud

(23) The New York times (English Daily of N.Y city west 29 street New York, NY — silent on violations on people and their related News item, false claim as such

(27) (Ms) Estelle Kraushar Attorney S I Funds NY State 199 church st, N.Y., NY 1007 → Fraudulent report

(28) Workers' Compensation Board, NY State, 20 Park st, Albany, NY 12207

Kamal K Roy 9/28/2006

8/7/2006

Defendants (2A) (3) (ID)

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Albany, New York — Violations US Constitution Guarantee on New Yorker

(30) State of New York c/o NYS Attorney General 120 Broadway, NY, NY 10271 — do —

(31) NY State Senate, Eagle St Albany, NY or elsewhere — do —

(32) Republic of Iraq c/o Ambassador of IRaq UN UNO, E 4 st, UN Plaza, NY. NY — Civil rights Violation & Pain to Intl Commune for human dignity

(33) U.N.O. World Body, U.N Plaza, NY, NY.

(34) Govt of West Bengal, Writer's Bldg, Kolkata -70001, INDIA c/o Indian Embassy Washington DC — do — Violation of laws

(35) Govt of India c/o Prime Minister of India New Delhi -100011, INDIA c/o Indian Embassy Washington DC — do —

(36 to 38) 3 Notaries Public at S/L Local Banks New York 12983 — Notary Laws violations & Banking Service false promises of free Notary Service

(39) NYS Human Rights Commission Bronx New York

(40) Verizon Wireless, Albany, New York a/k/a "Verizon" — Discrimination — do —

(41) Adelphia Communication a/k/a "Adelphia" Broadway, Saranac Lake, NY 12983 — do —

mr AB

P.T.O Page 4

K Roy
Jungle Democracy
PO Box 1173
S/L,
New York
12983
12983
FIRST CLASS
Notice of Appeal
Civ No 06-685-SLR
Roy Vs USA
To
Appeals Clerk (Pro se)
Hon
U S District Court
For Dist of Delaware
at Wilmington
844 N King st,
WILMINGTON
DE 19801
UNITED STATES POSTAL SERVICE
0000
AMOUNT
$0.87
U.S. POSTAGE
PAID
SARANAC LAKE,NY
12983
APR 18, '07
00046083-04
19801