CV. 06-685-SLR
USDC Delaware





FILED
APR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO, DENVER

Civil Action No. 06-CV-00676-PNB

Plaintiff(s),
v.
USA
Defendant(s).

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ___ do not ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.
(2) The nature of this action is: Civil rights violations
(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

MARITAL STATUS AND DEPENDENTS
Single ___ Married ___ Separated X Divorced ___

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name: Ms. Mita Das Roy    Age: 17    Relationship: daughter
Name: Ms. Rinku Das Roy   Age: 17    Relationship: daughter
Name: Ms. Urbi Bakshi Roy Age: 15    Relationship: daughter

RESIDENCE
Street Address: 914 Kiwassa Rd
City:
State:
Zip Code: Saranac Lake
Telephone:

K.K. Roy AFFIDAVIT cont'd    Stay Richmond Pg-2  (2)(4)

3. Have you ever received, within the past twelve months, any money from any of the following sources?
   a. Business, profession, or form of self-employment?  YES___  NO_X_
   b. Rent payments, interest, or dividends?  YES___  NO_X_   (1)
   c. Pensions, annuities, or life insurance payments?  YES___  NO_X_
   d. Gifts or inheritances?  YES___  NO_X_
   e. Any form of public assistance?  YES_X_  NO___  Disability
   f. Any other sources?  YES___  NO_X_  SSI & Retirement

   total $508 pm
   If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months. see letters A   SS Admn
   from 1995   S.S. Admn, New York

4. Do you own any cash or do you have money in a checking or savings account?

   YES___  NO_X_  (Including any funds in prison accounts)

   If the answer is yes, state the total value owned.
   Me only 20.00 cash on hand
   (No Bank A/c now)

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

   YES___  NO_X_

   If the answer is yes, describe the property and state its approximate value.
   Nil

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   Notes (cont'd) Natural born
   (1) I's have 8 & minor Children (2) 5 daughters
   (1) Mita Das Roy & Rinku Das Roy (twins) & mother
   now living at Bhattobazar Late Manju Roy, born in 1895 India
   at Birati, Purnea/Katihar Bogra Bihar 104 each 75 yrs old (Eighteen)
   (Ms Paromita Roy) and Ms Urbi Bakshi Roy WB Bor India Alien now 13
   
7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

8. State any special financial circumstances which the court should consider in this application. I can't
   I am unable to help financially now. Mother Maushumi Bakshi Roy (Now living at Kalighat Kolkata
   But I intend to help them when I shall be able to do so financially. children born at Home all Living in India)
   May help some day in above village Home in Bihar
   Kamal K Roy   As I am disabled India
   Kamal Roy  a/s/a Jr.
   Now disabled  sick now
   Kamal Roy     priest     4/16/06
                            4/21/2007   PTO Page 3
   4/18/2006                           Kamal K Roy
   3/21/07  4/16/07 Kamal Roy          mobile clergy
         Jr.                            in SE
                                        in Richmond



Envelope:

From:
K Roy
Jungle Democracy
PO Box 1173
S/L,
New York
12983

FIRST CLASS

Notice of Appeal
Civ No 06-685-SLR
Roy vs Win

To:
Appeals clerk (for SLR)
Hon U.S. District Court
For Dist of Delaware
at Wilmington
844 N King St
Wilmington
DE 19801

Postage: $0.87 — SARANAC LAKE, NY 12983, APR 18 '07