FPS - 338                                           DATE: May 1, 2007

<h2 style="text-align:center;">UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</h2>

<u>No. 07-2293</u>

Roy v. USA

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

_____
    The foregoing motion to proceed <u>in forma pauperis</u> is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

                                                For the Court,

                                                /s/Marcia M. Waldron
                                                Clerk

                                                A True Copy:

                                                Marcia M. Waldron, Clerk

Dated: May 2, 2007
CLW/cc: Mr. Kamal Karna Roy
        Attorney General of DE
        Attorney General of NY
        US Attorney NJ