Motion for Leave to appeal
single Associated Motion on submission Association status of
Justice Motion to appeal District Court us
Decision/order directly to U.S.
Supreme Court
US District Court for Delaware Wilmington
USCA In the Appeals for 3rd Circuit Phil, PA
& In U.S Supreme Court, Washington DC 20543

Notice of Appeals of revised order of Hon Judge
Leave filed Listing at and entered on 4/24/2007

Kamal K Ray        SL Robinson USDJ Delaware at Wilmington
Jungle Democracy   # Civ action No 06-685-SLR
V.                 entered on 4-24-2007
USA etc

To the @ USCA, 3rd Circuit see exhibit
At                for issue exception appealing
Dear Appeal Clerk (Pro Se) to US supreme Court
                  for curbing rights of Plaintiff Association
                  violation of rights of citizens to 1st amendment US
of above court
Dear sir/Madam  Plaintiff/Appellant and Act
                The undersigned Kamal K Ray a/k/a
was born a, Joseph Geronimo Jr shall move to the
USCA 3rd Circuit in full
                Non order that on a Civ action above
entered on 4-24-2007. The undersigned Plaintiff
Appellant for self as US Citizen and under 1st
amendment US Constitution associated with Plaintiffs/Appellants
/Unincorated Associations acted lawfully as
join as appellant Pro se before and on
Court of Appeals on forma pauperis a
The Rev Dr Kamal Ray is partly disabled and poor
under poverty level and Association/Plaintiffs/Appellant
are all financially starved and as such appeal
may be maintained by US citizen/appellant
All issue of order is affected as the issue
violated due process of law on constitutional
allowance except Judge was kind to grant poor
main status status for filing civil action. The same poor
status may be wanted as

The Reverend Dr
NYS Attorney General (copy)
                 5/3/07         Kamal K Roy Jr

From
K Ry
J. Democracy
P.O. Box 1173
S/L
New York 12983

To
Clerk (attached) P/o
United States District Court
for Delaware
844 N King street, Lockbox 18,
Wilmington
Delaware 19801-3570

[Postmark: SARANAC LAKE NY, MAY 08 2007]
[Stamp: U.S.M.S. X-RAY]