OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4928 |

www.ca3.uscourts.gov

May 11, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 07-2293
    Roy vs. USA
    D. C. No. 06-cv-00685

Dear Mr. Dalleo:

   Receipt is acknowledged on 5/8/07, of notice of appeal filed with the district court on 5/4/07, in the above-captioned case.

   Since the notice of appeal filed on 5/4/07 merely amends the appeal already docketed at No. 07-2293, this notice will not be given a new number but will be placed in the file.

                    Very truly yours,
                    MARCIA M. WALDRON
                    Clerk

                    *(signature: Carmella L. Wells, tyw)*

                    By:  Carmella L. Wells
                         Case Manager

cc:
     Mr. Kamal Karna Roy
     Office of Attorney General of Delaware
     Office of United States Attorney