IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAMAL KARNA ROY a/k/a JUNGLE DEMOCRACY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civ. Action No. 06-685-SLR |
| ) UNITED STATES OF AMERICA, ) et al., ) ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 18th day of July, 2007;

On April 23, 2007, plaintiff filed a motion for leave to appeal in forma pauperis. (D.I. 18). On May 2, 2007, the United States Court of Appeals for the Third Circuit granted plaintiff leave to appeal in forma pauperis. (D.I. 20); See Roy v. United States, No. 07-2293).

THEREFORE, IT IS HEREBY ORDERED that the motion for leave to appeal in forma pauperis (D.I. 18) is **denied** as **moot**.

_____
UNITED STATES DISTRICT JUDGE